AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Girard J. Lafortune
80 Allen Road
Billerica, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 03m - 1158-JGD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about May 21, 2003 in Middlesex county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly receive visual depictions of sexually explicit conduct that had been shipped and transported in interstate of foreign commerce, the production of such visual depictions having involved the use of a minor engaging in such sexually explicit conduct; and did knowingly transport in interstate or foreign commerce visual depictions of sexually explicit conduct, the production of such visual depictions having involved the use of a minor engaging in such sexually explicit conduct

in violation of Title 18 United States Code, Section(s) 2252(a)(2) and (a)(1)

I further state that I am a(n) Special Agent, F.B.I. and that this complaint is based on the following
Official Title

facts:

See attached affidavit of Todd I. Richards

Continued on the attached sheet and made a part hereof:  [X] Yes  [ ] No

_____
Signature of Complainant
Todd I. Richards

Sworn to before me and subscribed in my presence,

10-29-2003                                    at           Boston, MA
Date                                                       City and State

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE      _____
Name & Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.