UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
03-M-1158-JGD

UNITED STATES OF AMERICA

v.

GIRARD J. LAFORTUNE

**MEMORANDUM AND ORDER OF DETENTION**

November 7, 2003

DEIN, M.J.

The defendant is charged in a criminal complaint with receiving and transporting child pornography in violation of 18 U.S.C. §§ 2252(a)(2) and (a)(1).  An initial appearance was held on October 29, 2003, at which time the government moved for detention under 18 U.S.C. §§ 3142(f)(1)(A) and (f)(1)(D) (danger to the community) and (f)(2)(A) (risk of flight).  A detention hearing was held on October 31, 2003, at which time the defendant was represented by counsel.  The defendant requested a continuance and an evidentiary hearing was held on November 7, 2003.  The defendant was again represented by counsel.

Special Agent Richards testified at the detention hearing on behalf of the government, and was cross-examined by defense counsel.  The defendant presented no evidence.  At the conclusion of the government's case, the defendant withdrew his objection to the government's motion for detention, without prejudice to his right to seek release at a later date.  In addition, he conceded that there is probable cause to believe

that the offense charged was committed and that the defendant committed the offense. The defendant is to be bound over for further proceedings in the District Court.

IT IS ACCORDINGLY ORDERED that the defendant be DETAINED pending trial, and it is further Ordered --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge