UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) 03M-1158-JGD |
| v. | ) |
| | ) |
| GIRARD LAFORTUNE | ) |

### MOTION TO UNSEAL SEARCH WARRANT DOCUMENTS

The United States respectfully moves the Court pursuant to Fed. R. Crim. P. 41(i), to unseal the search warrant documents related to this case, which were assigned Magistrate Number 03M-1151-JGD. The search warrant documents had been filed under seal by order of the Court on October 27, 2003. As reason therefor, the government states the public disclosure of the information contained in said documents is no longer likely to jeopardize an ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

*Sara L. Gottovi* (signature)
SARA L. GOTTOVI
Trial Attorney

SO ORDERED:

Date: November 7, 2003

_____
JUDITH GAIL DEIN
United States Magistrate Judge

Date:

Certificate of Service

A copy of this motion was hand delivered to Syrie D. Fried, Esq., Federal Defender's Office.

_____
Sara L. Gottovi