UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 03CR 10366 PBS |
| ) | VIOLATION: |
| V.                        ) | |
| ) | 18 U.S.C. §2252(a)(1) & (b)(1) |
| GIRARD LAFORTUNE          ) | Transportation and Attempted |
| ) | Transportation of Child Pornography |
| ) | 18 U.S.C. §2252(a)(2) |
| ) | Receipt of Child Pornography |
| ) | 18 U.S.C. §2252(a)(4)(B) |
| ) | Possession of Child Pornography |
| ) | 18 U.S.C. §1466A(a)(1) |
| ) | Distribution of Obscene Visual |
| ) | Representations of the Sexual Abuse |
| ) | of Children |

INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(1) &(b)(1) - Transportation and Attempted Transportation of Child Pornography in Interstate Commerce

The Grand Jury charges that:

On or about May 21, 2003, at Billerica in the District of Massachusetts, and elsewhere,

GIRARD LAFORTUNE,

defendant herein, knowingly transported and attempted to transport a visual depiction in interstate commerce by any means, including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction being of such conduct, to wit:

1

computer image files contained in the photo album "holly n rim" on the Yahoo! Group Baldy3.

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

<u>COUNT TWO</u>: 18 U.S.C. §2252(a)(2) - Receipt of Child Pornography

The Grand Jury further charges that:

On or about May 21, 2003, at Billerica in the District of Massachusetts, and elsewhere,

GIRARD LAFORTUNE,

defendant herein, did knowingly receive visual depictions that had been mailed, shipped and transported in interstate commerce, by any means including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depictions being of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that:

On or about October 29, 2003, at Billerica in the District of Massachusetts,

GIRARD LAFORTUNE,

defendant herein, did knowingly possess one or more matters containing visual depictions that had been mailed, or shipped or transported in interstate or foreign commerce or which were produced using materials that were shipped or transported in interstate and foreign commerce, the production of such visual depictions involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

COUNT FOUR: 18 U.S.C. §1466A(a)(1) - Distribution of Obscene Visual Representations of the Sexual Abuse of Children

The Grand Jury further charges that:

On or about May 21, 2003, at Billerica in the District of Massachusetts, and elsewhere,

GIRARD LAFORTUNE,

defendant herein, did knowingly distribute an obscene visual depiction, to wit: a digital image or picture, computer image or picture, or computer generated image or picture, of a minor engaging in sexually explicit conduct, as that term is defined 18 U.S.C. §2256(2)(A), to wit: sexual intercourse and lascivious exhibition of the genitals or pubic area of said minor, in the circumstances specified in 18 U.S.C. § 1466A(d)(1) and (d)(4).

All in violation of Title 18, United States Code, Section 1466A(a)(1).

Forfeiture Allegation

18 U.S.C. §§ 2253(a) and 1467 -- Criminal Forfeiture

   1.   The allegations of Count One through Four of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Sections 2253(a) and 1467.

   2.   Upon conviction on any of Counts One through Four hereof, the defendant GIRARD LAFORTUNE shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Sections 2252 and 1466A; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by law enforcement officials from his residence on October 29, 2003, including:

   1.   Hewlett Packard Laptop Computer, Model Number ze4210, Serial Number (S) CN30413017

   2.   Computer Data Storage Media

   All pursuant to Title 18, United States Code, Sections 2253(a) and 1467.

6

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Trial Attorney


DISTRICT OF MASSACHUSETTS; December __3__, 2003


Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK      2:35 pm

7