UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 03-CR-10366-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| GIRARD LAFORTUNE | ) | |
| | ) | |

GOVERNMENT'S CONSENTED TO MOTION FOR CONTINUANCE OF INITIAL STATUS CONFERENCE

Comes now the United States of America, by undersigned counsel, and respectfully moves this Court for a continuance of the Initial Status Conference in the above-captioned matter, currently scheduled for January 22, 2004 at 11:00 a.m. As grounds therefore, the Government states that counsel for the Government has a scheduling conflict and cannot appear in this District on January 22.

The undersigned counsel has spoken to Ms. Syrie Fried, counsel for the defendant, and she has consented to this motion.

The parties suggest the following dates for rescheduling the Status Conference: any time on January 27, 2004, or on January 28, 2004 at any time except the period between 2:00 pm and 3:00 pm. Ms. Fried has a hearing before another judge at 2:00 pm on January 28, 2004.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*

SARA L. GOTTOVI
Trial Attorney
United States Department of Justice

Child Exploitation and Obscenity Section<br>(202) 305-4133

December 31, 2003

## CERTIFICATE OF SERVICE

I certify that a true copy of this motion was served by First Class Mail, postage prepaid, upon Syrie Fried, counsel for Defendant.

*[signature]*