UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

**FURTHER ORDER ON EXCLUDABLE TIME**

January 27, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

January 9, 2004 through March 12, 2004,

that being the period between the date the initial order on excludable time expired and the date of the Interim Status Conference.

Based upon the prior order of this court dated December 12, 2003 and this order, as of March 12, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge