UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 03-CR-10366-PBS |
| | ) | |
| v. | ) | |
| | ) | |
| GIRARD LAFORTUNE | ) | |
| | ) | |

JOINT STATEMENT OF THE PARTIES PURSUANT TO LOCAL RULE 116.5(a)

1) The parties anticipate the need for relief from the provisions of L.R. 116.3 based on the volume of discovery involved in this case. See ¶ 3 below.

2) The defendant requests discovery pertaining to expert witnesses pursuant to F.R.Cr.P. 16 (a)(1)(G). The parties request that the deadlines be set as follows: the Government must provide such discovery 30 days prior to trial and reciprocal discovery shall occur 14 days prior to trial.

3) The Government anticipates providing additional discovery in this case as the result of the forensic examination of the defendant's computer and the receipt of additional documentation from the investigative agency. The Government anticipates that the forensic report on the computer will be completed by the end of February. In addition, the Government will be providing access to defense counsel to review a large quantity of materials, which contain contraband images and film-style video clips, seized during the search of defendant's house. The Government and defense counsel anticipate that this review will take a substantial amount of time.

4) The defendant expects to file a motion to suppress evidence and statements and may file other motions. Defense counsel requests that no filing date be set at this juncture because discovery is incomplete.

5) Thus far, a period of 8 days have elapsed for purposes of the Speedy Trial Act, and the period from December 12, 2003 through January 9, 2004 have been excluded. The parties would further request that the following periods be excluded in the interest of Justice:

   A) The period of January 9, 2004 through and including January 27, 2004, during which time the parties reviewed discovery in the case and met to discuss ongoing discovery;

        B)    The period of January 27, 2004 through and including the date of the next status conference in this case, during which time the parties anticipate conducting additional discovery.

6)    At this time, due to ongoing discovery, the parties have not reached a conclusion regarding the need for a trial in this case. If a trial were to occur the parties anticipate that it would take approximately 7 to10 days.

7)    The parties request that an interim status conference be set for the first week of March to review the progress of ongoing discovery.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

*/s/ Syrie Fried*
SYRIE FRIED

Federal Defender's Office
408 Atlantic Avenue
Third Floor
Boston, MA 02210
(617) 223-8061

*/s/ Sara L. Gottovi*
SARA L. GOTTOVI

Trial Attorney
United States Department of Justice
Child Exploitation and Obscenity Section
(202) 305-4133

January 26, 2004