UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

**FURTHER ORDER ON EXCLUDABLE TIME**

March 12, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following

period of time excludable from the time period within which trial must commence:

March 12, 2004 through May 12, 2004

that being the period between the Interim Status Conference and the next status

conference.

Based upon the prior orders of this court dated December 12, 2003, January 27,

2004, and this order, as of May 12, 2004, there will be zero (0) days of non-excludable

time under the Speedy Trial Act and seventy (70) days remaining under the Speedy

Trial Act in which this case must be tried.

_____ / s / Judith Gail Dein _____
JUDITH GAIL DEIN
United States Magistrate Judge