IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL No. 03-10366-PBS |
| v. | : |
| | : |
| GIRARD LAFORTUNE, | : |
| Defendant | : |

## JOINT STATEMENT FOR INTERIM STATUS CONFERENCE

The parties submit the following pursuant to Local Rule 116.5(A):

(1) The parties anticipate the need for relief under the timing requirements under L.R. 116.3 due to the volume of discovery in this case.

(2) The defendant requests discovery pertaining to expert witnesses pursuant to F.R.Cr.P. 16(a)(1)(G). The parties request that the deadlines for making the requisite expert witness disclosures thirty be set as: the United States must provide such discovery (30) days prior to trial and the defendant must provide reciprocal disclosures fourteen (14) days prior to trial.

(3) The parties anticipate providing additional discovery in accordance with item (2) above. The United States also anticipates providing additional discovery, including a forensic report, reports relating to known victims depicted in seized images, and other items. The United States recently provided the defendant with a spread sheet detailing the content of inventory received from the defendant's residence. Counsel for the defendant has not yet had the time to review this spreadsheet, or

the many items listed therein.

(4) The defendant expects to file a motion to suppress the evidence and may file other motions. Defense counsel requests that no filing date be set at this time because discovery is incomplete.

(5) Thus far a period of 8 days have elapsed for purposes of the speedy trial act, and the period from December 12, 2003 through March 12, 2003 has been excluded. The parties request that the time period from March 12, 2004 through and including the date of the next status conference in this case, during which time the parties anticipate conducting additional discovery.

(6) At this time, due to ongoing discovery, the parties have not yet reached a conclusion regarding the need for a trial in this case. If a trial were to occur, the parties anticipate that it would take approximately 7 to 10 days.

(7) The parties request that another interim Status Conference be scheduled to be held during the first week of May, 2004.

GIRARD LAFORTUNE
By His Attorney

MICHAEL J. SULLIVAN
United States Attorney
By:

*/s/ Syrie Fried/DTS*
SYRIE FRIED, ESQ.
(617) 223-8061

*/s/ Dena Sacco*
DENA T. SACCO
Assistant U.S. Attorney
(617) 748-3304

SARA GOTTOVI
Trial Attorney
U.S. Department of Justice
(202) 305-4133

March 10, 2004