```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>                         )<br>    V.                   )<br>                         )<br> GIRARD LAFORTUNE        )<br>                         )<br>                         )<br>                         )<br>                         )<br>                         )<br>                         )<br>                         )<br>                         )<br>                         ) | CRIMINAL NO. 03-10366-PBS<br>VIOLATION:<br><br>18 U.S.C. §2252(a)(1) & (b)(1)<br>Transportation and Attempted<br>Transportation of Child Pornography<br>18 U.S.C. §2252(a)(2)<br>Receipt of Child Pornography<br>18 U.S.C. §2252(a)(4)(B)<br>Possession of Child Pornography<br>18 U.S.C. §2251(d)<br>Printing or Publishing a Notice or<br>Advertisement for Child Pornography |

## FIRST SUPERSEDING INDICTMENT

COUNT ONE: 18 U.S.C. §2252(a)(1) & (b)(1) - Transportation and Attempted Transportation of Child Pornography in Interstate Commerce

The Grand Jury charges that:

On or about May 21, 2003, at Billerica in the District of Massachusetts, and elsewhere,

GIRARD LAFORTUNE,

defendant herein, knowingly transported and attempted to transport a visual depiction in interstate commerce by any means, including by computer, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depiction being of such conduct, to wit:

1

computer image files contained in the photo album "holly n rim" on the Yahoo! Group Baldy3.

All in violation of Title 18, United States Code, Section 2252(a)(1) & (b)(1).

COUNT TWO: 18 U.S.C. §2252(a)(2) - Receipt of Child Pornography

The Grand Jury further charges that:

On or about between May 1, 2003 and October 29, 2003, at Billerica in the District of Massachusetts, and elsewhere,

GIRARD LAFORTUNE,

defendant herein, did knowingly receive visual depictions that had been mailed, shipped and transported in interstate commerce, by any means including by computer, the production of such visual depictions having involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and such depictions being of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT THREE: 18 U.S.C. §2252(a)(4)(B) - Possession of Child Pornography

The Grand Jury further charges that:

On or about October 29, 2003, at Billerica in the District of Massachusetts,

GIRARD LAFORTUNE,

defendant herein, did knowingly possess one or more matters containing visual depictions that had been mailed, shipped and transported in interstate and foreign commerce and which were produced using materials that were shipped and transported in interstate and foreign commerce, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2)(A), and which visual depictions were of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

COUNT FOUR: 18 U.S.C. §2251(d) - Printing or Publishing a Notice or Advertisement for Child Pornography

The Grand Jury further charges that:

On or about May 21, 2003, at Billerica in the District of Massachusetts, and elsewhere,

GIRARD LAFORTUNE,

defendant herein, did knowingly make, print, and publish, and caused to be made, printed, and published, a notice and advertisement seeking and offering to receive, exchange, buy, produce, display, distribute, and reproduce visual depictions, the production of which visual depictions involved the use of a minor engaging in sexually explicit conduct and which visual depictions were of such conduct, and which such notice and advertisement was transported in interstate commerce, to wit: an email entitled "as promised..".

All in violation of Title 18, United States Code, Section 2251(d).

Forfeiture Allegation

18 U.S.C. § 2253(a) -- Criminal Forfeiture

    1.   The allegations of Count One through Four of this Indictment are hereby repeated and incorporated herein by reference for the purpose of alleging forfeiture to the United States under Title 18, United States Code, Section 2253(a).

    2.   Upon conviction on any of Counts One through Four hereof, the defendant GIRARD LAFORTUNE shall forfeit to the United States any and all matter which contains visual depictions produced, transported, shipped or received in violation of Title 18, United States Code, Section 2252; any property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations; and any and all property used or intended to be used in any manner or part to commit and to promote the commission of the aforementioned violations, including the computer system and related items that were seized by law enforcement officials from his residence on October 29, 2003, including:

    1.   Hewlett Packard Laptop Computer, Model Number ze4210, Serial Number (S) CN30413017

    2.   Computer Data Storage Media

All pursuant to Title 18, United States Code, Section 2253(a).

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
Trial Attorney

DISTRICT OF MASSACHUSETTS; March 31, 2004
4:03 pm

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
DEPUTY CLERK