IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       :
                                :   CRIMINAL No. 03-10360-PBS
        v.                      :
                                :
GIRARD LAFORTUNE,               :
        Defendant               :

NOTICE OF APPEARANCE

Pursuant to L.R. 83.5.2, please enter the appearance of Assistant United States Attorney Dena T. Sacco as counsel for the United States in the above-captioned matter. Sara Gottovi, Department of Justice Trial Attorney, also will continue to represent the United States.

                            MICHAEL J. SULLIVAN
                            United States Attorney

                        By:

                            _____
                            DENA T. SACCO
                            Assistant U.S. Attorney
                            (617) 748-3304

April 29, 2004

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>Syrie Fried
>Federal Defender Service
>408 Atlantic Avenue
>Boston, MA 02210

This 29th day of April, 2004.

*Dena T. Sacco*
Dena T. Sacco
ASSISTANT UNITED STATES ATTORNEY