IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL No. 03-10366-PBS |
| v. : | |
| : | |
| GIRARD LAFORTUNE, : | |
| Defendant : | |

JOINT STATEMENT FOR SECOND INTERIM STATUS CONFERENCE

The parties submit the following interim status report:

(1) On April 29, 2004, the Defendant was arraigned on a superceding Indictment. Based on the additional charges contained therein, and based on the large volume of discovery in this case, some of which is computer forensic evidence that must be reviewed by expert witnesses, the defense needs additional time prior to making decisions regarding dispositive motions and other aspects of this case.

(2) Thus far a period of 8 days have elapsed for purposes of the Speedy Trial Act, and the period from December 12, 2003 through May 12, 2004 has been excluded. The parties request that the Court exclude the time period from May 12, 2004 through and including the date of the next status conference in this case, during which time the parties anticipate conducting additional discovery and reviewing discovery.

(3) The parties request that another interim Status Conference be scheduled for late June or early July, 2004.

| | |
|---|---|
| GIRARD LAFORTUNE<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| *Syrie Fried/DTS*<br>SYRIE FRIED, ESQ.<br>(617) 223-8061 | *Dena T Sacco*<br>DENA T. SACCO<br>Assistant U.S. Attorney<br>(617) 748-3304<br><br>SARA GOTTOVI<br>Trial Attorney<br>U.S. Department of Justice<br>(202) 305-4133 |

May 4, 2004