UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

**FURTHER ORDER ON EXCLUDABLE TIME**

May 12, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 12, 2004 through June 29, 2004

that being the period between the Interim Status Conference and the next status conference.

Based upon the prior orders of this court dated December 12, 2003, January 27, 2004, March 12, 2004 and this order, as of June 29, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge