IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA           :
                                   :    CRIMINAL No. 03-10366-PBS
        v.                         :
                                   :
GIRARD LAFORTUNE,                  :
        Defendant                  :

### JOINT STATEMENT FOR THIRD INTERIM STATUS CONFERENCE

The parties submit the following interim status report:

(1) The defendant intends to file a Motion to Suppress and a Motion to Dismiss one or more counts of the Indictment. Based on the large volume of complex discovery involved, the defendant asks that the Court set a filing date of October 8, 2004 for such motions. The United States asks until November 8, 2004 to respond to the motions.

(2) Thus far the period from December 12, 2003 through June 29, 2004 has been excluded from calculation under the Speedy Trial Act. In a prior status report, the parties erroneously stated that 8 days had elapsed under the Act; in fact, no days have elapsed. The parties request that the Court further exclude the time period from June 29, 2004 through and including the Court's ruling on dispositive motions, based on the pendency of the motions.

```
                                    Respectfully submitted


GIRARD LAFORTUNE                    MICHAEL J. SULLIVAN
By His Attorney                     United States Attorney
                              By:
  /s/ Syrie Fried/DTS                  /s/ Dena Sacco
SYRIE FRIED, ESQ.                   DENA T. SACCO
(617)223-8061                       Assistant U.S. Attorney
                                    (617) 748-3304

                                    SARA GOTTOVI
                                    Trial Attorney
                                    U.S. Department of Justice
                                    (202) 305-4133


June 24, 2004
```