UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| GIRARD LAFORTUNE | ) | |

DEFENDANT'S MOTION SEEKING EMERGENCY
RELIEF RE PRIVATE VIEWING OF DECEASED MOTHER

    Defendant moves for emergency relief, namely that the United States Marshal take him for a private viewing at Farmer and Dee, a funeral home in Tewksbury, Massachusetts (978-851-7411) of his recently deceased mother (Friday, July 9) at a time before her funeral service and burial scheduled for this coming Wednesday morning, July 14.

    GIRARD LAFORTUNE
By his attorney,

/s/ Owen S. Walker for Syrie Fried

Owen S. Walker
  B.B.O. #513040
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061