**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

December 14, 2004

Thomas Quinn
Courtroom Clerk to the
Honorable Judith G. Dein
United States District Court
One Courthouse Way
Boston, MA 02210

      **Re:**    **United States v. Girard LaFortune**
                   **No. 03-10366-PBS**

Dear Tom:

Kindly add my name to the docket as co-counsel to Ms. Fried in the above-entitled matter.

Thank you for your assistance. Please feel free to call me with any questions you may have.

                                      Sincerely,

                                      /s/ Timothy G. Watkins
                                      Timothy G. Watkins
                                      Assistant Federal Defender