UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL NO. 03-10366-PBS
                              )
GIRARD LAFORTUNE              )
```

### JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A) REGARDING STATUS CONFERENCE BEFORE MAGISTRATE-JUDGE

1) The parties do not anticipate the need for further relief from the provisions of L.R. 116.3.

2) The defendant has requested discovery pertaining to expert witnesses pursuant to F.R.Cr.P. 16 (a)(1)(G). The parties request that the deadlines be set as follows: the Government must provide such discovery 30 days prior to trial and reciprocal discovery shall occur 14 days prior to trial.

3) The Government has made available a large quantity of materials and documents. Review is ongoing, but neither party anticipates discovery disputes for resolution by the court. Both parties recognize their respective duties of continuing disclosure.

4) The defendant expects to file dispositive motions, including motions to dismiss and to suppress evidence and statements. Defense counsel requests that the court establish a filing date of no sooner than February 15, 2005. The government requests an appropriate period of time to respond.

5) Thus far, a period of no days have elapsed for purposes of the Speedy Trial Act, and the period through December 21, 2004 has been excluded. The parties would further request that the following periods up to and including the scheduling of the Final Status Conference be excluded because of anticipated motions and in the interest of Justice.

6) This parties anticipate that this matter will go to trial. The parties anticipate that trial will take approximately 7 to 10 days.

7)  The parties request that the Final Status Conference be set for the second week of March, 2005 to review the status of dispositive motions and replies.


Respectfully submitted,

| | |
|---|---|
| MICHAEL SULLIVAN<br>UNITED STATES ATTORNEY | GIRARD LAFORTUNE<br>By His Attorneys, |
| /s/ Timothy Watkins o/b/o<br>Dena Sacco<br>Assistant United States<br>Attorney<br>United States Courthouse<br>Suite 9200<br>1 Courthouse Way<br>Boston, MA 02210<br>Tel: 617-748-3304 | /s/ Timothy Watkins<br>Syrie D. Fried<br>Timothy G. Watkins<br>Federal Defender Office<br>408 Atlantic Ave. 3rd Floor<br>Boston, MA  02110<br>Tel: 617-223-8061 |