UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

**FURTHER ORDER ON EXCLUDABLE TIME**

December 21, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

December 21, 2004 through March 15, 2005,

that being the period between the Interim Status Conference and the date by which the government's responses to the defendant's motions are due.

Based upon the prior orders of this court dated December 12, 2003, January 27, 2004, March 12, 2004, May 12, 2004, June 29, 2004, October 6, 2004, December 7, 2004 and this order, as of March 15, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

      / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge