UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-10366-PBS |
| ) | |
| GIRARD LAFORTUNE ) | |

MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE MOTIONS

The defendant, Girard Lafortune, respectfully moves this Court for an extension of time within which to file pretrial motions in the above-captioned case.  Pretrial motions are due to be filed on February 15, 2005.  Counsel requests an extension of time up to February 25 for the filing of motions.  As grounds for this extension of time, undersigned counsel states that her obligations to the First Circuit have prevented her from completing motions in this case.  Specifically, counsel filed a brief in the case of United States v. Joseph Burhoe, 04-1787, on February 3, 2005, and a petition for rehearing in the case of United States v. Carl Romain, 04-1297, on January 21, 2005.  Additionally, counsel had to prepare for a career offender sentencing hearing in the case of United States v. David Glavin, 04-10093-MLW, filing a sentencing memorandum in that case on January 28, 2005.   As a result, counsel will not be able to finish researching and writing substantive motions for filing in this case by the due date of February 15, 2005.

Counsel has left a telephone message for Assistant United States Attorney Dena Sacco informing her that counsel will be seeking an extension of time for the filing of motions in this case. Counsel cannot make any representations regarding Ms. Sacco's position with respect to this motion.

WHEREFORE, for the above-stated reasons, undersigned counsel respectfully requests that this motion for an extension of time be granted.

>GIRARD LAFORTUNE
>By his attorney,
>
>/s/ Syrie D. Fried
>
>Syrie D. Fried
>   B.B.O. # 555815
>Federal Defender Office
>408 Atlantic Avenue, 3rd Floor
>Boston, MA  02110
>Tel: 617-223-8061