UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
03-10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

**FINAL STATUS REPORT**

February 14, 2005

DEIN, M.J.

A Final Status Conference was held before this court on Monday, February 14, 2005, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report and orders, to wit:

1. At this point, a trial is anticipated.

2. Discovery is completed, except for reciprocal expert witness disclosures which the parties have agreed to make before trial.

3. The defendant intends to file dispositive motions. These motions shall be filed by March 7, 2005. The government's response is due on April 11, 2005.

4. Based upon the prior orders of this court dated December 12, 2003, January 27, 2004, March 12, 2004, May 12, 2004, June 29, 2004, October 6, 2004, December 7, 2004, and December 21, 2004, as of this date there are zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered an order excluding the period from today through April 11, 2005, the date by which the government is to file its response to the defendants' motions.

5. It is estimated that if the case goes to trial, the trial will last approximately 7-10 days.

6. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                                          /s/Judith Gail Dein
                                          Judith Gail Dein
                                          United States Magistrate Judge