UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

**FURTHER ORDER ON EXCLUDABLE TIME**

February 14, 2005

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

February 14, 2005 through April 11, 2005,

that being the period between the Final Status Conference and the date by which the government's responses to the defendant's motions are due.

Based upon the prior orders of this court dated December 12, 2003, January 27, 2004, March 12, 2004, May 12, 2004, June 29, 2004, October 6, 2004, December 7, 2004, December 21, 2004 and this order, as of April 11, 2005 there will be zero (0) days of non-excludable time under the Speedy Trial Act and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

                                    / s / Judith Gail Dein
                                    JUDITH GAIL DEIN
                                    United States Magistrate Judge