UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL ACTION
                NO.  03-10366-PBS

v.

GIRARD LAFORTUNE

## NOTICE OF MOTION HEARING AND PRETRIAL CONFERENCE

SARIS, U.S.D.J.                                                                                February 15, 2005

       TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Dispositive Motions, and a Pretrial Conference on **April 25, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                   By the Court,

                                                   _/s/ Robert C. Alba__
                                                   Deputy Clerk

Copies to:  All Counsel