IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                      CRIMINAL No. 03-10366-PBS

GIRARD LAFORTUNE,
       Defendant

### ASSENTED-TO MOTION TO CONTINUE HEARING

The United States respectfully requests that the Court continue the hearing in the above-captioned matter currently scheduled for April 25, 2005 to April 26 or April 27, 2005, or to May 2, 3 or 4, 2005. As grounds for this Motion, the United States submits that the April 25 date creates a conflict for both prosecutors involved in this case, due to the Passover holiday.

The undersigned Assistant United States Attorney has contacted defense counsel, Syrie Fried, who gave her assent to this Motion.

                              Respectfully submitted

                              MICHAEL J. SULLIVAN
                              United States Attorney

                 By:
                        DENA T. SACCO
                        Assistant U.S. Attorney
                        (617) 748-3304

                        SARA GOTTOVI
                        Trial Attorney
                        U.S. Department of Justice
                        (202) 305-4133

February 16, 2005

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> Syrie Fried
> Federal Defender
> 408 Atlantic Avenue
> Boston, MA 02210

This 16th day of February, 2005.

*Dena T. Sacco*
Dena T. Sacco
ASSISTANT UNITED STATES ATTORNEY