```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| GIRARD LAFORTUNE | ) | |

ASSENTED-TO MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE MOTIONS

Defendant, Girard Lafortune, respectfully moves this Court for an extension of time within which to file pretrial motions, presently due to be filed on March 7, 2005, to March 21, 2005. The parties request that if the Court allows this motion, it modify the briefing schedule to allow the government until April 25, 2005 to respond, and that it continue the motion hearing date, now scheduled for April 27, 2005, by one week to on or about May 4, 2005.  As grounds for this motion, undersigned counsel state the following:

1. Defendant is charged with various child pornography offenses including, inter alia, an offense which carries a mandatory minimum sentence of 35 years in prison.

2. Undersigned counsel have been engaged in substantial factual and legal research in preparation for the filing of substantive motions.

3. Both undersigned counsel, however, have been unusually distracted by the press of other responsibilities in the Federal Defender Office.  These responsibilities include the absorption of the case loads of two attorneys in the office, including one who is on medical leave and another who is departing imminently to take a Magistrate Judge position.

4. In addition to their ordinary duties in the district

       court, undersigned counsel, between them, are responsible for the filing of five briefs in the First Circuit Court of Appeals within the last six weeks.

5. Undersigned counsel have, between them, been preparing for three trials within the last few weeks, including United States v. Geezil, No. 03-10072-RCL, United States v. Dubose, No. 04-10291-RGS, and United States v. Dwinells, 04-10010-PBS.

6. Finally, the litigation concerning past and present clients in the wake United States v. Booker and its progeny has exacted significant resources from the Federal Defender Office as a whole and the undersigned in particular.

7. Undersigned counsel expect to be able to devote their combined attention to the research and filing of the substantive motions in this case in an expedited, timely fashion.

8. The government assents to this motion, but requests that the briefing schedule be adjusted to provide adequate time for its responses.

WHEREFORE, for the above-stated reasons, undersigned counsel respectfully requests that this motion for an extension of time be granted, that the briefing schedule be modified to allow the government time to respond, and that the motion hearing date be continued by one week.

                                      GIRARD LAFORTUNE
                                      By his attorneys,

                                      /s/ Timothy G. Watkins
                                      Syrie D. Fried
                                           B.B.O. # 555815
                                      Timothy G. Watkins
                                         B.B.O. #567992
                                      Federal Defender Office
                                      408 Atlantic Avenue, 3rd Floor
                                      Boston, MA  02110
                                      Tel: 617-223-8061