UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| | ) | |
| GIRARD LAFORTUNE | ) | |

MOTION TO LEAVE TO LATE-FILE
<u>MOTION TO SEVER COUNTS</u>

Counsel for the defendant Girard Lafortune respectfully moves this Court for leave to file his motion to sever counts one day late. Mr. Lafortune's motions were due to be filed on March 21, 2005. In excuse for this late-filing, counsel states that the above-captioned case raises a multitude of difficult legal issues which require a great deal of research and writing. Counsel regrets any inconvenience occasioned by this late-filing.

Wherefore, counsel moves that this motion for leave to late-file the defendant's motion to sever counts be granted.

GIRARD LAFORTUNE
By his attorney,

/s/ Syrie D. Fried

Syrie D. Fried
   B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061