UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                           )     CRIMINAL NO. 03-10366-PBS<br>)<br>GIRARD LAFORTUNE         ) | |

### MOTION FOR LEAVE TO FILE ADDITIONAL PRETRIAL MOTIONS

Defendant, Girard Lafortune, respectfully moves this Court grant leave to file additional pretrial motions in this case. Specifically, defendant contemplates filing three additional pretrial motions that should be filed and ruled upon pursuant to Fed. R. Crim. P. 12(b)(3).  The three motions are: (1) Motion to Dismiss Count Four (First Amendment Overbreadth Grounds); (2) Motion to Dismiss Count Four (Eight Amendment Cruel and Unusual Punishment Grounds); and (3) Motion to Suppress Physical Evidence Illegally Seized Pursuant to a Search Warrant.  Each motions is substantially completed, but require additional research and drafting before filing.  Defendant requests that the Court grant two weeks for defendant's filings and two weeks for the government to respond.  None of the anticipated motions requires an evidentiary hearing; counsel, however, would request a hearing date be set for argument prior to trial.

Counsel for defendant are cognizant that a briefing and hearing schedule for pretrial motions was established by the magistrate judge and this Court, and that, even with extensions

granted by the magistrate and this Court, the deadline established for the filing of 12(b) pretrial motions has long-passed, and that a Pretrial Conference at which these motions are to be heard is scheduled for tomorrow, April 27, 2005.[1] Undersigned counsel have been engaged in substantial factual and legal research in preparation for the filing of substantive motions, but have been continually distracted by the press of other responsibilities in the Federal Defender Office.  These responsibilities include the absorption of the case loads of Leo Sorokin (who has recently departed to take a Magistrate Judge position), Owen Walker (who is in the process of retiring from the office, and Miriam Conrad (who has recently been appointed Federal Defender and is grappling with administrative responsibilities).

Complicating pretrial preparation in this matter is that defendant is charged with various child pornography offenses including, <u>inter</u> <u>alia</u>, an offense which carries a mandatory minimum sentence of 35 years in prison.  In these circumstances, defendant is entitled to the full attention of both counsel and the exploration of any and all meritorious motions.

---

[1] Defendant has filed (and the government has responded to) a Motion to Sever Counts, which the parties expect to be heard at the hearing.

WHEREFORE, for the above-stated reasons, undersigned counsel respectfully request that this Court grant leave to file additional pretrial motions.

                              GIRARD LAFORTUNE
                              By his attorneys,

                              /s/ Timothy G. Watkins
                              Syrie D. Fried
                                  B.B.O. # 555815
                              Timothy G. Watkins
                                  B.B.O. #567992
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel: 617-223-8061