```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
_____
                              )
UNITED STATES OF AMERICA      )
                              )   CRIMINAL NO. 03-10366-PBS
     v.                       )
                              )
GIRARD LAFORTUNE              )
                              )
_____)
```

**JOINT MOTION FOR EXCLUSION OF TIME**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the undersigned counsel, jointly with Syrie D. Fried and Timothy G. Watkins, Counsel for the Defendant, respectfully request that the Court issue an order excluding time under 18 U.S.C. § 3161 (h)(8)(A), and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this court.

Specifically, the parties request that time be excluded from April 27, 2005, through and including the scheduled trial date in this matter, October 17, 2005. In support of this Motion, the parties state that the exclusion of time is in the interest of justice to allow time for preparation of additional motions and preparation for trial.

Accordingly, the parties move under 18 U.S.C. § 3161 (h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this court, that this court find, based on the above, that the ends of justice served by granting the requested exclusion outweigh the best interest of the public and the

defendant in a speedy trial, and, accordingly, exclude the requested time period from April 27, 2005, through and including October 17, 2005.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GIRARD LAFORTUNE<br>Defendant | MICHAEL J. SULLIVAN<br>United States Attorney |
| By His Attorney: | By: |
| /s/ Syrie Fried<br>SYRIE FRIED<br>TIMOTHY WATKINS<br>FEDERAL DEFENDER OFFICE | /s/ Dena T. Sacco<br>DENA T. SACCO<br>Assistant U.S. Attorney<br><br>SARA GOTTOVI<br>Trial Attorney<br>U.S. Department of Justice |