UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| GIRARD LAFORTUNE | ) | |

NOTICE OF APPEARANCE

The United States files this Notice to inform the Court and defense counsel that Assistant U.S. Attorney George W. Vien will appear on behalf of the government in this case.

                                                  Respectfully submitted,

                                                  MICHAEL J. SULLIVAN
                                                  United States Attorney

                            By:    /s/ George W. Vien
                                     George W. Vien
                                     Assistant U.S. Attorney

                                       SARA L. GOTTOVI
Dated: June 29, 2005                  Trial Attorney