COPY



U.S. Department of Justice

*Michael J. Sullivan*
United States Attorney
District of Massachusetts

---

Main Reception: (617) 748-3100

John Joseph Moakley United States Courthouse
1 Courthouse Way
Suite 9200
Boston, Massachusetts 02210

September 20, 2005

Ms. Syrie Fried
Mr. Timothy Watkins
Federal Defender
408A Atlantic Avenue
Boston, MA 02210

    RE:   <u>United States v. Girard LaFortune</u>,
           Case No.: 03-10366-PBS

Dear Ms. Fried & Mr. Watkins:

    Pursuant to Federal Rule of Criminal Procedure 16 (a)(1)(E you are hereby notified that the Government may call the following individuals as expert witnesses in the trial of the above-captioned matter.

(1) <u>Lam Nguyen</u>

    Mr. Nguyen is an expert in the area of computer forensics, computer forensic data acquisition and analysis, and the Internet. He currently is employed at the United States Department of Justice, Washington DC. Enclosed please find Mr. Nguyen's curriculum vitae describing his expert qualifications.

    Mr. Nguyen is expected to testify concerning the Internet and the contents of the computer system seized from Mr. LaFortune's home. His testimony is expected to focus on softwa: installed on the computer, which includes Internet access software such as Newsrover among other pieces of software, and files and records found stored on the hard drive which are related to the software programs. Based on his knowledge, skil: training and experience in the area of computer forensics and forensic data acquisition and analysis, as well as on his reviev of the FBI's image of Mr. LaFortune's computer, Mr. Nguyen is expected to provide his expert opinion on some of the methods M: LaFortune employed to use the computer to gain access to child

pornography materials on the internet. He will also testify as to the presence and evidence elimination function of the softwa program Windows Washer Pro, installed on the computer.

(2) <u>Kevin Swindon</u>

Mr. Swindon is the Federal Bureau of Investigation CART examiner who performed the computer forensic examination of Mr. LaFortune's computer. He currently is employed by the FBI in Boston, Massachusetts. Enclosed please find a two-page curriculum vitae. Mr. Swindon's report on the computer was previously provided during discovery.

Mr. Swindon is expected to testify concerning the forensic image he made of Mr. LaFortune's hard drive after the it was seized from his home. He will describe the process and purpose of making a forensic image of the hard drive and will explain searches he performed using forensic software to develop eviden for the case.

(3) <u>Celeste R. Wilson, M.D.</u>

Dr. Wilson will testify at trial concerning the ages of th victims depicted in the images in this case. I have attached D Wilson's curriculum vitae.

Please contact the either of us with any questions or concerns.

                                          Very truly yours,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                         By: _____
                              George W. Vien
                              Assistant U.S. Attorney
                              Sara Gottovi
                              Trial Attorney
                              U.S. Department of Justice

cc: United States District Court

# CURRICULUM VITAE-CELESTE R. WILSON, M.D.

**PART I: General Information**

**DATE PREPARED:** 07/18/2005

**Name:** Celeste Raquel Wilson

**Office Address:** Children's Hospital-Boston
300 Longwood Avenue
Boston, MA 02115

**Email:** celeste.wilson@childrens.harvard.edu    **FAX:** 617-730-0049

**Place of Birth:** Columbus, OH

**Education:**
| | | |
|---|---|---|
| 1991-1995 | M.D. | Columbia University-College of Physicians and Surgeons |
| 1987-1991 | B.A. | Harvard University |

**Postdoctoral Training:**
| | | |
|---|---|---|
| 1998-2001 | Fellow in Academic/Developmental-Behavioral Pediatrics | Children's Hospital, Boston, MA |
| 1996-1998 | Resident in Pediatrics | Children's Hospital, Boston, MA |
| 1995-1996 | Intern in Pediatrics | Children's Hospital, Boston, MA |

**Licensure and Eligibility:**
| | |
|---|---|
| 1999 | Board Certified, American Board of Pediatrics |
| 1998 | Massachusetts License |
| 1998 | DEA Registration |
| 1998 | Massachusetts Department of Public Health Registration |

**Other Professional Appointments:**
| | | |
|---|---|---|
| 2002-2003 | Director of Pediatric Urgent Care | Holy Family Hospital, Methuen, M. |
| 2001- | Assistant in Medicine | Children's Hospital, Boston, MA |
| 2001- | Instructor in Pediatrics | Harvard Medical School, Boston, MA |
| 2000- | Associate Investigator, Center for Adolescent Substance Abuse Research (CeASAR) | Children's Hospital, Boston, MA |

**Major Committee Assignments:**
| | | | |
|---|---|---|---|
| 2004- | Internship Selection Committee | Associate Director | Children's Hospital, Boston, MA |
| 2003- | Child Fatality Review Team | Medical Reviewer | Norfolk County District Attorney's Office, Canton, MA |
| 2003- | Workshop Selection Committee | Chairperson | Association for Medical Education and Research in Substance Abuse (AMERSA) |
| 2002- | Internship Selection Committee | Faculty Reviewer | Children's Hospital, Boston, MA |
| 1999-2000 | Curriculum Committee, Pediatric Health Associates | Member | Children's Hospital, Boston, MA |

C. Wilson, MD
Curriculum vitae
2

| | | | |
|---|---|---|---|
| 1997-2000 | Internship Selection Committee | Housestaff Interviewer | Children's Hospital, Boston, MA |
| 1993-1995 | Medical Review Journal | Board of Editors | Columbia University-College of Physicians and Surgeons, New York, NY |
| 1992-1995 | Student Health Center | Board of Governors | Columbia University-College of Physicians and Surgeons, New York, NY |
| 1992-1995 | Rape Crisis Team | Advocate | Columbia University-College of Physicians and Surgeons, New York, NY |
| 1992-1995 | Emergency Medicine Club | Team Coordinator | Columbia University-College of Physicians and Surgeons, New York, NY |
| 1993 | Committee on Guidelines for Reporting Sexual Assault | Member | Columbia University-College of Physicians and Surgeons, New York, NY |
| 1992-1993 | International Health Organization | President | Columbia University-College of Physicians and Surgeons, New York, NY |

**Professional Societies:**

| | | |
|---|---|---|
| 2002- | Association for Medical Education and Research in Substance Abuse (AMERSA) | Executive Board |
| 2000- | American Professional Society on the Abuse of Children (APSAC) | Member |
| 1999- | Ambulatory Pediatric Association (APA) | Member |
| 1999- | Association for Medical Education and Research in Substance Abuse (AMERSA) | Member |
| 1995- | American Academy of Pediatrics (AAP) | Member |

**Community Service Related to Professional Work:**

*Regional*

| | | | |
|---|---|---|---|
| 1997 | Physician | Manage medical issues arising in campers with diabetes; determine daily insulin dosage and supervise insulin administration | Elliott P. Joslin Camp for Boys with Diabetes, Boston, MA |
| 1996 | Physician | Provide medical assistance to impoverished Boston communities | Beth Israel Family Van, Boston, MA |

*International*

| | | | |
|---|---|---|---|
| 1998 | Physician | Minister health care to children in remote villages | Central American Relief Efforts, Zamorano, Honduras |
| 1995 | Medical | Assist in treating refugees with | Kakuma Refugee Camp, |

C. Wilson, M
Curriculum vita

|  | student | multiple health care problems; teach refugee health care workers techniques to maximize their clinical effectiveness | Kakuma, Kenya |
|---|---|---|---|
| 1992 | Medical student | Observe and assist in providing care to patients in the ambulatory clinical setting | Cornwall Regional Hospital Montego Bay, Jamaica |

**Awards and Honors:**

| Year | Award | Institution |
|---|---|---|
| 2003 | Center of Excellence in Minority Health and Health Disparities Faculty Fellowship Program | Harvard Medical School, Boston, MA |
| 2001 | Best Workshop Award | Association for Medical Education and Research in Substance Abuse (AMERSA) Executive Board and Workshop Review Committee, Providence, RI |
| 2001 | Research Funding Award from Awards Committee of the Research Faculty Council | Children's Hospital, Boston, MA |
| 2000 | Co-chief Fellow | Children's Hospital, Boston, MA |
| 1999 | Farley Award | Children's Hospital, Boston, MA |
| 1997 | Commencement Speaker | Mount View High School, Welch, WV |
| 1991 | Cum laude, Psychology | Harvard University, Cambridge, MA |
| 1990 | Harvard College Scholarship for Academic Achievement | Harvard University, Cambridge, MA |
| 1989 | Elizabeth Cary Agassiz Certificate of Recognition for Academic Achievement | Harvard University, Cambridge, MA |
| 1989 | Certificate of Recognition/Cambridge School Volunteers | Harvard University, Cambridge, MA |
| 1987 | Valedictorian | Mount View High School, Welch, WV |

**Part II: Research, Teaching, and Clinical Contributions**
**Narrative report of Research, Teaching, and Clinical Contributions**
As a pediatrician with an interest in parental substance abuse and child maltreatment, I am extremely passionate about assuming a leadership role to help combat this public health crisis.

During my three year fellowship in Academic/Developmental-Behavioral Pediatrics, I took full advantage of opportunities to hone my academic and clinical skills in the areas of parental substance abuse and child maltreatment. For my fellowship project, I designed a medical education exercise on parental alcohol abuse and child neglect using a standardized teaching case. To test its effectiveness, I performed a randomized controlled trial of the educational intervention among pediatric residents using outcome measures of knowledge and attitude. I also led the focus group to assess unanticipated outcomes. The manuscript for this project is currently under review. Successful completion of my fellowship project confirmed my desire to pursue a research career in the area of parental substance abuse and child maltreatment.

I am honored to have been awarded a research supplement for Underrepresented Minorities by the National Institute on Alcohol Abuse and Alcoholism (NIAAA). With the support of this grant and the Awards Committee of the Research Faculty Council at Children's Hospital-Boston, I conducted my own pilot study on screening parents of pediatric patients for alcohol problems. The results of this pilot study were accepted for a Poster Session presentation at the Pediatric Academic Societies' Annual Meeting in May 2002. The pilot data was used as the basis a grant application to the Substance Abuse Policy Research Program (SAPRP) sponsored by the Robert Wood Johnson Foundation and funding was subsequently granted in May 2004. I have also completed a secondary analysis to determine the

relationship between adolescents' report of alcohol/drug involvement and their providers' impressions of their alcohol/drug use as determined by a structured assessment. The manuscript has been peer reviewed and published by the widely read pediatrics journal, *Pediatrics*.

I hold steadfast to my resolve to clinically care for patients, as well. As a staff pediatrician, on the Child Protection Team I see many patients who have been traumatized as a result of child maltreatment. My role on this team continues to evolve and I am confident that my involvement will continue to be meaningful for the patients/families we serve, as well as serving to enrich my professional growth. I look forward to being an integral team player as we endeavor to prevent, diagnose, and manage children who have been abused and neglected.

The importance of educating other clinicians about child maltreatment and parental substance abuse cannot be overstated. Indeed, I intend to remain active in teaching and speaking out about these public health issues that pose a threat to the future of our children.

**Research Funding Information:**

| | | | |
|---|---|---|---|
| 2004-2005 | Robert Wood Johnson Foundation-Substance Abuse Policy Research Program | PI | *Parental Alcohol Screening in Pediatric Practices* |
| 2000-2002 | National Institute on Alcohol Abuse and Alcoholism (NIAAA) | Co-PI | *Research Supplement for Underrepresented Minorities* (3 RO1 AA12165-01A1S1) |

**Report of Current Research Activities:**

| | |
|---|---|
| *An Assessment in Pediatric Clinics of Preferred Interventions for Parental Alcohol Use* | The purpose of this study is to assess parents' reactions to being asked questions about their alcohol use and determine their preferences for how their child's clinician should respond. |
| *Accuracy of Providers' Impressions of Adolescent Substance Use* | The purpose of this study is to determine the concordance between the provider's impression of substance use and the adolescent's report of actual alcohol/drug use as determined by a structured assessment. |
| *Parental Alcohol Screening in Pediatric Practices* | The purpose of this study is to assess methods of screening parents for alcohol problems during pediatric office visits for their children in a network of clinical sites. |

**Invited Presentations: (Children's Hospital Boston, HMS Affiliates)**

| | |
|---|---|
| 2005 | Teaching Attending Lecture, Children's Hospital, Boston, MA<br>Lecture/Discussion (housestaff): *"The Evaluation and Management of Shaken Baby Syndrome"* |
| 2005 | Trauma and Injury Control (HMS Course #ME727M.3), Harvard Medical School, Boston, MA<br>Lecture/Discussion (medical students): *"The Clinical Detection of Child Physical Abuse"* |
| 2005 | Health Resources and Services Administration (HRSA) Fellows as Educators Retreat, Harvard Medical School, Boston, MA<br>Workshop/Discussion (fellows): *"Presentation Skills"* |
| 2005 | Pediatric Fellows' Seminar, Children's Hospital, Boston, MA<br>Lecture/Discussion (fellows): *"Child Sexual Behaviors: What is Normal?"* |

C. Wilson, MD
Curriculum vitae
5

| | |
|---|---|
| 2004 | Harvard Medical School-Division on Addictions CME Course, Radisson Hotel, Boston, M Lecture/Discussion (medical professionals): *"Children in Alcohol Abusing Families: New Strategies for Early Identification"* |
| 2004 | Emergency Department Fellows' Lecture Series, Children's Hospital, Boston, MA Lecture/Discussion (ED fellows, staff): *"The Psychosocial and Medical Management of Sexual Assault Cases in the Emergency Department"* |
| 2004 | Teaching Attending Lecture Series, Children's Hospital, Boston, MA Lecture/Discussion (housestaff): *"Bruises, Burns, and Breaks: When Is It Child Abuse?"* |
| 2004 | Teaching Attending Lecture Series, Children's Hospital, Boston, MA Lecture/Discussion (housestaff): *"Nonaccidental Head Injury: Shaken Baby Syndrome"* |
| 2004 | Teaching Attending Lecture Series, Children's Hospital, Boston, MA Lecture/Discussion (housestaff): *"The Nuts and Bolts of Child Development"* |
| 2004 | Office of Faculty Development Speaker Series, Children's Hospital, Boston, MA Workshop presenter (CHB faculty): *"Making Your Presentation Speak Louder Than Words"* |
| 2004 | Trauma and Injury Control (HMS Course #ME727M.3), Harvard Medical School, Boston, MA Lecture/Discussion (medical students): *"Understanding the Physical Manifestations of Child Abuse"* |
| 2004 | Health Professions Recruitment and Exposure Program, Harvard Medical School, Boston, MA Panelist (high school, 1st year medical students): *"Perseverance: The Key to Navigating Your Career"* |
| 2004 | Child Protection Program, Children's Hospital, Boston, MA Grand Rounds (physicians, nurses, social workers, law enforcement): *"Child Sexual Abuse: Merging the Psychosocial Evaluation and Physical Exam Findings"* |
| 2004 | Pediatric Health Associates, Children's Hospital, Boston, MA Lecture/Discussion (pediatric residents): *"Child Sexual Abuse: What is Normal Sexual Behavior?"* |
| 2003 | Harvard Medical School (HMS) Center of Excellence in Minority Health and Health Disparities—Council of Distinguished Scholars Mentoring Dinner, HMS, Boston, MA Panelist (junior and senior HMS faculty): *"Characteristics of the Ideal Mentor"* |
| 2003 | Center for Adolescent Substance Abuse Research (CeASAR), Children's Hospital, Boston, MA Lecture/Discussion (CeASAR staff): *"Tips for Having a Successful Presentation"* |
| 2003 | Child Protection Program, Children's Hospital, Boston, MA Grand Rounds (physicians, nurses, social workers, law enforcement): *"Shaken Baby Syndrome: A Multidisciplinary Management Strategy"* |
| 2003 | Child Protection Team Training for Psychiatry Staff (Bader 5), Children's Hospital, Bost MA Lecture/Discussion (psychiatry fellows, staff): *"The Clinical Signs and Symptoms of Chi Abuse"* |
| 2003 | Medical Student Rounds, Children's Hospital, Boston, MA Lecture/Discussion (medical students): *"The Developing Child"* |
| 2003 | Medical Student Rounds, Children's Hospital, Boston, MA Lecture/Discussion (medical students): *"Diagnosis and Management of Children with Me Retardation"* |
| 2003 | Office for Diversity and Community Partnership, Information Dinner for Summer Student Harvard Medical School, Boston, MA Lecture/Discussion (college and graduate students): *"The Road to Becoming A Physicia* |
| 2002 | The Pediatric Organization of Harvard and the Domestic Violence Interest Group, Harva Medical School, Boston, MA Lecture/Discussion (medical students): *"Child Abuse: The Role of the Physician"* |
| 2002 | Medical Student Rounds, Children's Hospital, Boston, MA Lecture/Discussion (medical students): *"Understanding Child Development"* |

C. Wilson, MD
Curriculum vitae
6

| | |
|---|---|
| 2002 | Primary Care Seminar Series, Children's Hospital, Boston, MA<br>Lecture/Discussion (residents): *"Child Maltreatment: Assessment and Management Skill for the Primary Care Pediatrician"* |
| 2001 | Pediatric Fellows' Seminar, Children's Hospital, Boston, MA<br>Lecture/Discussion (fellows): *"Identification, Assessment, and Management of Physical Abuse"* |
| 2001 | Pediatric Fellows' Seminar, Children's Hospital, Boston, MA<br>Lecture/Discussion (fellows): *"Child Sexual Abuse: The Range of Findings"* |
| 2001 | Primary Care Seminar Series, Children's Hospital, Boston, MA<br>Lecture/Discussion (residents): *"The Craffty Pupil—Assessment and Management of Adolescent Substance Abuse"* |
| 2001 | Emergency Room Conference Series, Children's Hospital, Boston, MA<br>Lecture/Discussion (housestaff): *"Child Sexual Abuse: The Story is Concerning--Now What Do You See on the Exam?"* |
| 2001 | Medical Student Rounds, Children's Hospital, Boston, MA<br>Lecture/Discussion (medical students): *"Mental Retardation"* |
| 2001 | Attending Rounds, Children's Hospital, Boston, MA<br>Lecture/Discussion (housestaff): *"Skin Findings Associated with Physical Abuse"* |
| 2001 | Social Work Education Committee's Spring Series of Workshops, Children's Hospital, Boston, MA<br>Lecture/Discussion (social workers): *"When Parents Have a Drinking Problem: Assessment and Intervention in the Children's Hospital Setting"* |
| 2001 | Pediatric Fellows' Seminar, Children's Hospital, Boston, MA<br>Lecture/Discussion (fellows): *"Common Conditions Mistaken for Physical Abuse"* |
| 2000 | Pediatric Fellows' Seminar, Children's Hospital, Boston, MA<br>Coaching Session (fellows): *"Teaching the Denver Developmental Screen to Pediatric Residents Using Standardized Case Materials"* |
| 2000 | Medical Student Rounds, Children's Hospital, Boston, MA<br>Lecture/Discussion (medical students): *"Normal and Delayed Acquisition of Developmental Milestones"* |
| 2000 | Medical Student Rounds, Children's Hospital, Boston, MA<br>Lecture/Discussion (medical students): *"Evaluation of the Pediatric Patient in the Urgent Care Setting"* |
| 2000 | Medical Student Rounds, Children's Hospital, Boston, MA<br>Lecture/Discussion (medical students): *"Child Abuse and Neglect"* |
| 2000 | Attending Rounds, Children's Hospital, Boston, MA<br>Lecture/Discussion (housestaff): *"Child Physical Abuse"* |
| 2000 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion about Learning Disability (pediatric residents): *"Tommy's Testing—Assessment of the Child with ADHD"* |
| 1999 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion (pediatric residents): *"Denver Developmental Screening, Part II"* |
| 1999 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion (pediatric residents): *"Denver Developmental Screening, Part I"* |
| 1999 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion (pediatric residents): *"The Intricacies of Telephone Triage"* |
| 1999 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion (pediatric residents): *"Introduction to Development"* |
| 1998 | Young Parents Program, Children's Hospital, Boston, MA<br>Interactive Group Discussion (teen mothers): *"Expected Developmental Changes for Your Toddler"* |
| 1998 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion (pediatric residents): *"Denver Developmental Screening, Part II"* |
| 1998 | Pediatric Health Associates, Children's Hospital, Boston, MA<br>Lecture/Discussion (pediatric residents): *"Denver Developmental Screening, Part I"* |

**Invited Presentations: (Regional)**

| | |
|---|---|
| 2005 | The National Center on Addiction and Substance Abuse (CASA) at Columbia University Conference, Washington, DC<br>Panelist (substance abuse clinicians): *"Minor Problem: Primary Care, Substance Abuse, and the Adolescent"* |
| 2005 | American College of Preventive Medicine-2005 Annual Conference, Washington, DC<br>Lecture/Discussion (primary care physicians, public health specialists): *Adolescent Substance Use: New Strategies for Early Identification and Intervention* |
| 2004 | Neighborhood Health Plan-Community Health Alliance In-service Training, Boston, MA<br>Lecture/Discussion (nurse practitioners, nurses, Department of Social Services (DSS) and MassHealth personnel): *"Shaken Baby Syndrome: A Comprehensive Review"* |
| 2004 | Caritas Good Samaritan Medical Center, Brockton, MA<br>Pediatric Grand Rounds (community pediatricians, medical professionals): *"Child Maltreatment and the Alcohol Abusing Parent"* |
| 2004 | New Hampshire Public Defenders Training, Waterville, NH<br>Lecture/Discussion (public defense attorneys, investigators): *"Child Sexual Abuse: Demystifying the Medical Issues"* |
| 2003 | Boston Latin High School, Boston, MA<br>Lecture/Discussion (guidance counselors): *"Child Protection in the School Setting: Mandated Reporting and Filing"* |
| 2003 | Lowell General Hospital, Lowell, MA<br>Pediatric Grand Rounds (community pediatricians): *"Child Abuse and Battering"* |
| 2003 | New England Regional Child Exploitation Training, John Joseph Moakley US Courthous Boston, MA<br>Lecture/Discussion (federal agents from the US Department of Justice-Child Exploitation and Obscenity Section, US Postal Inspection Service, US Customs Service, and Federa Bureau of Investigation; regional assistant US attorneys): *"Normal Pubertal Progression* |
| 2002 | Department of Social and Rehabilitation Services-Full Day Training Seminar, Burlington<br>Lecture/Discussion (child protection agency workers): *"Parental Heroin Use: The Effects on Children and Families"* |
| 2002 | Department of Social Services (DSS) Teaching Conference, Dorchester, MA<br>Lecture/Discussion (DSS social workers): *"Physical Abuse and Child Protection"* |
| 2001 | Department of Social and Rehabilitation Services-Full Day Training Seminar, Rutland, V<br>Lecture/Discussion (child protection agency workers): *"Parental Heroin Use: The Effects on Children and Families"* |
| 2001 | Tufts University Family Practice Residency Seminar, Family Health Center, Malden, MA<br>Lecture/Discussion (family practice residents): *"Understanding What Does and What Dc Not Constitute Physical Abuse"* |
| 1996 | John D. Runkle School, Brookline, MA<br>Lecture/Discussion (8th grade students): *"AIDS-Where Does It All Begin?"* |

**Report of Clinical Activities:**

| | | | |
|---|---|---|---|
| 2001- | Inpatient General Pediatrics (Blackfan Firm) | Teaching Attending | Children's Hospital, Boston, MA |
| 2001-2003 | Emergency Room, Pediatric Fast Track Clinic | Staff Pediatrician | Holy Family Hospital, Methuen, M |
| 2001- | Child Protection Program | Staff Pediatrician | Children's Hospital, Boston, MA |
| 2001- | Urgent Care Clinic, Pediatric Health Associates | Staff Pediatrician | Children's Hospital, Boston, MA |
| 2000 | Inpatient General Pediatrics (Blackfan Firm) | Teaching and Care Co-Attending | Children's Hospital, Boston, MA |
| 1998- | Urgent Care Clinic | Staff Pediatrician | Harvard Vanguard Medical Associates, Chelmsford, MA |

**Educational Leadership Activities:**

C. Wilson, MD
Curriculum vitae
8

| | |
|---|---|
| 2004- | Patient-Doctor II Course, Harvard Medical School, Boston, MA |
| | • inpatient preceptor for four groups of 2nd year medical students during their clinical rotation at Children's Hospital |
| 2003- | Visiting Clerkship Program-Harvard Medical School, Boston, MA |
| | • faculty advisor for 4th year medical students during their month rotation at Children's Hospital/HMS affiliates |
| 2001- | Freshman Host Family Program |
| | • bridge the distance between college life and the outside world for a Harvard College freshman |
| 2001-2002 | Clinical Fellowship Training Program-Children's Hospital, Boston, MA |
| | • advisor to General Pediatrics fellow |
| 1995-2000 | National Youth Leadership Forum on Medicine |
| | • speak to high school students aspiring to a career in medicine |
| 1990- | Radcliffe Mentor Program |
| | • mentor Harvard University pre-medical undergraduates |

**Abstract Presentations:**

| | |
|---|---|
| 2003 | *Are Clinical Impressions of Adolescent Substance Use Accurate?*, Association for Medical Education and Research in Substance Abuse, Baltimore, MD (Platform presentation) |
| 2003 | *Are Clinical Impressions of Adolescent Substance Use Accurate?*, Pediatric Academic Societies' Annual Meeting, Seattle, WA (Platform presentation) |
| 2002 | *Should Pediatricians Screen for Parental Alcohol Problems During Routine Well Child Care Visits?*, Pediatric Academic Societies' Annual Meeting, Baltimore, MD (Poster session) |
| 2001 | *Teaching Residents About Parental Alcoholism and Child Neglect Using a Standardized Case*, Association for Medical Education and Research in Substance Abuse (AMERSA), Alexandria, VA (Platform presentation) |
| 2000 | *"The Silent Cry": Teaching Residents About Child Neglect*, Maternal Child Health Bureau Conference for Training Programs in Behavioral Pediatrics, Providence, RI |
| 2000 | *"The Silent Cry": Teaching Residents About Child Neglect*, Ambulatory Pediatric Association-Spring Region I Meeting, Putney, VT |
| 1999 | *"The Silent Cry": Teaching Residents About Child Neglect*, Ambulatory Pediatric Association-Fall Region I Meeting, Cambridge, MA |
| 1999 | *"The Silent Cry": Teaching Residents About Child Neglect*, Maternal Child Health Bureau Conference for Training Programs in Behavioral Pediatrics, Baltimore, MD |

**Peer Reviewed Workshops at National Meetings:**

| | |
|---|---|
| 2004 | American Professional Society on the Abuse of Children (APSAC), Hollywood, CA |
| | Co-Leader: *"The Clinical-Forensic Dichotomy in Sexual Abuse Evaluations: Moving Toward an Integrative Approach"* |
| 2001 | Association for Medical Education and Research in Substance Abuse (AMERSA), Alexandria, VA |
| | Co-Leader: *"The 'Workshop Workshop': Planning and Leading Educational Workshops at National Academic Meetings"* |
| 2000 | Association for Medical Education and Research in Substance Abuse (AMERSA), Alexandria, VA |
| | Co-Leader: *"Using Standardized Cases to Teach About Substance Abuse"* |
| 2000 | Society for Developmental and Behavioral Pediatrics (SDBP), Providence, RI |
| | Co-Leader: *"Interactive Session on Case-Based Learning"* |
| 2000 | Pediatric Academic Societies and The American Academy of Pediatrics (PAS/AAP/SPR/APA), Boston, MA |
| | Co-Leader: *"Substance Abusing Families: Helping the Parent While Protecting the Child"* |

1999          Association for Medical Education and Research in Substance Abuse (AMERSA), Alexandria, VA
Co-Leader: *"The Silent Cry: Teaching About Parental Alcoholism and Child Neglect Using a Standardized Case"*

## Part III: Bibliography

### Honors Thesis:
1991          "Childhood Sexual Abuse and How It Relates to the Survivors' Disclosure of Themselves and Others", Harvard University, Cambridge, MA.

### Brief Report:
1999          **Wilson CR**, Knight JR. "Developing and testing a new case-teaching module on child neglect". *General Pediatrics Research News* (Children's Hospital, Boston) 1999; 5(1): 2-4.

### Educational Material:
2001          **Wilson CR**, Knight JR. "The Silent Cry" (Standardized teaching case and guide on child neglect and parental alcoholism). In Knight JR, Frazer CH, Emans SJ (eds.). *Bright Futures Case Studies for Primary Care Clinicians: Child Development and Behavior.* Boston, MA: Bright Futures Center for Education in Child Growth and Development, Behavior and Adolescent Health; 2001.

### Original Articles:
2005          **Wilson CR**, Sherritt L, Knight JR. "Teaching Residents about Child Neglect and Parental Alcoholism: A Controlled Pilot Study". *Medical Education Online*, 2005;10:15.
2004          **Wilson CR**, Sherritt L, Gates E, Knight JR. "Are Clinical Impressions of Adolescent Substance Use Accurate?" *Pediatrics*, 2004; 114 (5): e536-e540.
2004          Soeiro RT, **Wilson CR**. "An Update on Child Abuse and Neglect". *Current Opinion in Pediatrics*, 2004; 16: 233-237.
2001          **Wilson CR**, Knight JR. "When Parents Have A Drinking Problem". *Contemporary Pediatrics*, 2001; 18(1):67-79.

### Published Interview
2003          **Wilson CR**. "Infant sleeping habits". In: *Schryver's Baby Guide-Boston*. Newport, RI: Schryver Publications; 2003. p. 28.

Curriculum Vitae

**Special Agent Kevin L. Swindon**
Federal Bureau of Investigation
One Center Plaza, Suite 600
Boston, MA   02108
617-742-5533
kswindon@fbi.gov

**EDUCATION**

BOSTON COLLEGE         Chestnut Hill, MA
Master of Science in Finance
Currently Enrolled

NORTHEASTERN UNIVERSITY   Boston, MA
Master of Business Administration
1998

UNIVERSITY of LOWELL   Lowell, MA
Bachelor of Science in Industrial Management
1989

**RELEVANT COURSES**

| | |
|---|---|
| A+ and PC Troubleshooting | 1 Week |
| Novell Certified Network Administrator | 1 Week |
| SEARCH - DOJ | 1 Week Basic Data Recovery |
| IACIS | 2 Week Windows Forensics |
| ASR Data | 1 Week Expert Witness |
| Computer Analysis Response Team | 2 Week Basic Data Recovery |
| Computer Analysis Response Team | 1999 - 1 Week Advanced Data Recovery |
| Computer Analysis Response Team | 2000 - 1 Week Advanced Data Recovery |
| Computer Analysis Response Team | 2001 - 1 Week Advanced Data Recovery |
| Computer Analysis Response Team | Linux/Unix Certification |
| Computer Analysis Response Team | 1 Week ACES |
| Computer Analysis Response Team | 1 Week ILOOK Training |
| Access Data | 1 Week Forensic Tool Kit |
| Guidance Software | 1 Week Intermediate Encase |
| National Infrastructure Protection | 2 Week Computer Intrusion |
| Learning Tree | 1 Week CISCO Router Training |
| SUN | 1 Week SUN Solaris Training |
| NIPC | 1 Week Supervisor Training |
| NIPC / CITAC | 1 Week Cyber Training |

**OTHER COURSES**

| | |
|---|---|
| Federal Bureau of Investigation | 1 Week Relief Supervisory Training |
| Reid Method | 1 Week Reid Method of Interviewing |
| Central Intelligence Agency | 1 Day Malicious Code and Virus Seminar |

**RELEVANT PROFESSIONAL EXPERIENCE**

SPECIAL AGENT          Entered on Duty 11/12/1996          FBI          Boston Division

    Special Agent Swindon is assigned to the Boston Division Cyber Crime Squad which is responsible for the investigation of all aspects of computer crime including Intrusions, Internet Fraud, Intellectual Property Rights, and Crimes Against Children.

    Also, Kevin is a certified FBI Laboratory Digital Forensic Examiner and has been a member of the FBI's Computer Analysis Response Team (CART) for over seven years. CART is responsible for the acquisition and analysis of all digital evidence for the FBI.

    Kevin is the CART Program Manager for the Boston Division. SA Swindon has traveled extensively overseas in support of both criminal and terrorism investigations including Dubai, Abu Dhabi, Karachi, Pakistan, Madrid, Spain and Great Britain.

REGIONAL SALES DIRECTOR                    MAI Systems Inc.    Irvine, CA

    Full P&L responsibility for a regional sales office of 5 employees in Newton, MA. Provided network consulting to the hospitality industry including hardware, software and training for clients in the Eastern Region. Boston Office was responsible for a quota of over $2.5 million.

**CERTIFICATIONS**

Certified FBI CART ( Computer Analysis Response Team) Field Examiner
Certified FBI CART Covert Operations
Certified FBI CART Linux/Unix
Certified COMPTIA Network+
Certified COMPTIA A+

**PREVIOUS PROFESSIONAL ASSOCIATIONS**

High Technology Crime Investigation Association     NYC Chapter, New England Chapter
International Association of Computer Investigation Specialist, 1998