```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
       v.                     ) Cr.  No.: 03-10366-PBS
                              )
GIRARD LAFORTUNE              )
```

## GOVERNMENT'S NOTICE PURSUANT TO RULE 404(b)

The United States of America, by the undersigned attorneys, gives notice that at trial the government will offer the following evidence pursuant to Federal Rule of Evidence 404(b):

1. The defendant's convictions in Massachusetts Superior Court, case numbers 88-403 and 88-404, relating to crimes against his children. Documents relating to these convictions were provided to defense counsel by letter dated October 6, 2004;

2. The defendant's convictions in the United States District Court for the District of Massachusetts, Case Number: 92-10185-K.

3. Evidence from the defendant's computer relating to a conversation between the defendant and an unknown other(s). This conversation concerned the defendant's advice as to gaining access to young children.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ George W. Vien
                              George W. Vien
                              Assistant U.S. Attorney
                              Sara Gottovi
                              Trial Attorney
```