UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CRIM. NO. 03-10366-PBS |
| ) | |
| GIRARD LAFORTUNE ) | |

ASSENTED-TO MOTION TO CONTINUE TRIAL
------

The defendant Girard Lafortune respectfully moves this Court for a continuance of the trial in the above-captioned case. The trial is currently set for October 17, 2005.

In support of this motion, undersigned counsel states that she needs additional time to prepare for this trial. Counsel has had two jury trials in the last three months, the first in the case of United States v. Matthew Dwinells, which was heard by this Court in July 2005; the second was the case of United States v. Trevis Catron, crim. no. 04-10108, which was before the Honorable Morris E. Lasker the week of September 12, 2005. These trials were separated by counsel's summer vacation in August. The charges in this case carry extremely severe penalties and involve non-routine subject matter. For these reasons, counsel is requesting, with the assent of the government, more time to prepare for trial.

Counsel requests that trial be reset for late January to February of 2006. Counsel suggests this time frame after

1

consulting with Assistant United States Attorney George Vien regarding his and undersigned counsel's future trial availability.[1] The defendant agrees to the exclusion of the continuance period from the speedy trial calculus under 18 U.S.C. §§ 3161 et seq. as being in the interests of justice.

Wherefore, for the above-stated reasons, counsel respectfully requests that this motion to continue the trial in this case be allowed.

GIRARD LAFORTUNE

By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
   B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

---

[1] Mr. Vien has another trial set for December 5, 2005; counsel has a white collar fraud trial set for December 12, 2005.