UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  03-10366-PBS |
| v. | |
| GIRARD LAFORTUNE | |

### NOTICE OF RESCHEDULED JURY TRIAL

SARIS, U.S.D.J.                                                                                                September 28, 2005

The Jury Trial previously scheduled for October 17, 2005, has been **rescheduled** to **October 31, 2005, at 9:00 a.m.**

**NOTE: The Final Pretrial Conference will remain as scheduled for 10/11/05 at 2:00 p.m.**

By the Court,

  /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc