UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        CRIMINAL ACTION
        NO.  03-10366-PBS

v.

GIRARD LAFORTUNE

## NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE

SARIS, U.S.D.J.        September 29, 2005

    At the request of counsel, the Final Pretrial Conference previously scheduled for October 11, 2005, has been **rescheduled** to **October 12, 2005, at 4:30 p.m.**

        By the Court,

        /s/ Robert C. Alba
        Deputy Clerk

Copies to:  All Counsel

resched.ntc