```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        V.                  )    CRIMINAL NO. 03-10366-PBS
                            )
GIRARD LAFORTUNE            )
```

GOVERNMENT'S MOTION IN LIMINE FOR ORDERS PROHIBITING REFERENCE TO PENALTIES, AND PROHIBITING ARGUMENTS REGARDING JURY NULLIFICATION

     The United States submits this Motion In Limine requesting the Court order the parties to refrain from mentioning in any manner the penalties that the defendant faces if convicted.  The government also requests that the Court order the parties to refrain from any argument concerning jury nullification or suggesting to the jury in any way that it disregard the law.  Although these are fundamental concepts in modern federal practice the defendant appears to have no viable defense, faces a long prison term if convicted and should be put on notice that his attorneys are prohibited from making any argument regarding sentencing or nullification.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                        By:   /s/ George W. Vien
                              George W. Vien
                              Assistant U.S. Attorney
                              Sara L. Gottivi
Dated: October 20, 2005       Trial Attorney
```