```
singledadrus: what u up 2?
elwapodan: hello
elwapodan: talking to the yngstars group guy
singledadrus: yahoo?
elwapodan: yea
singledadrus: see my messages in there?
singledadrus: davyjones20002000\
elwapodan: no im not in the group yet
singledadrus: well anyway,
singledadrus: got anything good to trade?
elwapodan: sure but are you gonna turn off the vid half way thou again
singledadrus: i got most of th vids u got i tnink
singledadrus: get anything new?
elwapodan: i dont have that straddle vid does the girl ride her dad
elwapodan: kinda
singledadrus: yup
singledadrus: i got lots of that cutie
singledadrus: she,s the best young i got
elwapodan: who is she and how old
singledadrus: she around 6 ot 7
singledadrus: babyj
elwapodan: oh yea i saw one of her awhile ago
singledadrus: ya she,s geat
elwapodan: yea
singledadrus: i got oneofa lil chinese girl
singledadrus: sucks her dad till he cums
singledadrus: iys great
singledadrus: she maybe 4 or 5
elwapodan: nice i love asian girls
singledadrus: its called meikoo
singledadrus: sukcum
elwapodan:
singledadrus: so what new ones u get?
elwapodan: well a little while ago i got some ok boy stuff
singledadrus: i got lots of boy stuff
singledadrus: somegood vids fromthe newsdroups
elwapodan: yahoo groups?
singledadrus: no
singledadrus: news server
elwapodan: oh hows that work
singledadrus: yougot to join
singledadrus: i,m in uncensored-news.com
singledadrus: they post great stuff
elwapodan: cool il have to go there
singledadrus: http://www.uncensored-news.com
singledadrus: just sign up
singledadrus: http://www.psend.com/users/m4t/m4t-last.htm
singledadrus: here,s a good link for ya
singledadrus: http://www.psend.com/users/m4t/m4t-last.htm
Yahoo! Messenger: elwapodan has logged out. (10/19/2003 11:54 PM)
[RTS]
Uploaded=YES
```