```
dragon45122: hello
singledadrus: hi
dragon45122: tell me what she looks like
singledadrus: k,
singledadrus: she got blond hair
singledadrus: blue eyes
singledadrus: very tiny
singledadrus: long smooth hair
dragon45122: i bet she is so pretty
singledadrus: she is
singledadrus: long legs
singledadrus: cute butt
dragon45122: i would luv to hole her
dragon45122: and kiss her all over
singledadrus: what you want her to wear?
dragon45122: a dress
dragon45122: silk panties
singledadrus: k,
dragon45122: black ones
singledadrus: she got a cute lil cherring dress
singledadrus: she,s a cheerleading mascot
dragon45122: that would be sweet
singledadrus: her name is holly
singledadrus: what senario?
dragon45122: i would like to kiss and rub her legs
singledadrus: k
singledadrus: how u wanna start?
dragon45122: i want her to sitacross from me
singledadrus: k,where ?
dragon45122: i will sit on the couch and her on the chair
singledadrus: set scene..
singledadrus: k,she is sitting there watching tv,
dragon45122: it is alittle chilly outside
singledadrus: she just got home from practice
dragon45122: she is looking a little cold
singledadrus: k....
dragon45122: so i will start a fire for her
singledadrus: k...
dragon45122: come here baby and lay with me bye the fire
dragon45122: i want to cuddle with her
singledadrus: k.
singledadrus: (you her dad?)
dragon45122: her uncle
singledadrus: k
singledadrus: she smiles n gopes to sit near you...
singledadrus: on ther floor near fire
dragon45122: come her bay
dragon45122: u look so pretty
dragon45122: u have the prettest hair
singledadrus: blush,,tanx...
dragon45122: and such silky legs u have
dragon45122: they r so some
singledadrus: giggle...
dragon45122: i want to rub them for u baby
singledadrus: owww
singledadrus: (seems surprised)
dragon45122: i seen your panties
dragon45122: they look so cute on u
singledadrus: giggle
dragon45122: can i touch them sweety
singledadrus: (embarrassed,don,tknow what to do or say)\
```

```
singledadrus: ummm,i guess...
dragon45122: it's ok
singledadrus: stretched out her legs infrontt of her..
dragon45122: i caress your legs
dragon45122: as get closer to your panties
dragon45122: they r so soft
singledadrus: (starting to lelax a bit)
singledadrus: smiles..
dragon45122: does this feel good sweety
singledadrus: giltily says yeah..
dragon45122: you look so cute in them silky panties
dragon45122: they feel really nice
singledadrus: giggles..
dragon45122: u have the cutest little lips
dragon45122: i would love to kiss u
[RTS]
Uploaded=YES
```