```
lolitasuk2001: hi would you like 2 trade pics
singledadrus: what u got?
singledadrus: did we talk b4?
lolitasuk2001: yes
singledadrus: cute how many u got of her?
lolitasuk2001: 30
singledadrus: cool,really7
singledadrus: any suckingones?
lolitasuk2001: yes
singledadrus: can i see one?
lolitasuk2001: ok
singledadrus: cool
singledadrus: who is she?
lolitasuk2001: why
singledadrus: justcurious
lolitasuk2001: lol
singledadrus: any fucking,anal?
lolitasuk2001: no
lolitasuk2001: have you any pics
singledadrus: ya
singledadrus: any cum shots of her?
lolitasuk2001: yes
singledadrus: mmm,l;et me see
singledadrus: i,llgive you my photo island pass
singledadrus: also got a private yahoo groip
singledadrus: i keepalotofy private pics there
singledadrus: very nice
singledadrus: any on her face?
lolitasuk2001: donshow thers they r private
singledadrus: i won,tromise
singledadrus: where u get them?
lolitasuk2001: from me
lolitasuk2001: your turn
singledadrus: she is so cute
singledadrus: shr your dau?
singledadrus: ???
lolitasuk2001: your turn
singledadrus: k,hold a sec
singledadrus: she your dau?
lolitasuk2001: yes
singledadrus: wow really
singledadrus: u ever cam with her?
lolitasuk2001: yes
lolitasuk2001: your turn
singledadrus: k,can i seeon cam,i will give you everything i got
singledadrus: i gtoots of good stuff
singledadrus: and conections
lolitasuk2001: you have not even given me a pic yet
singledadrus: k,hold
singledadrus: got to get them
singledadrus: she there with you?
lolitasuk2001: have you a cam
singledadrus: ya
lolitasuk2001: you was that in the pic
singledadrus: no
lolitasuk2001: ?
singledadrus: hold a sec
singledadrus: i,llgive you my photoisland pass
singledadrus: i got lots of themin there
lolitasuk2001: ok
singledadrus: she there with u?
```

```
lolitasuk2001: she is in bed
singledadrus: aww can i see her opn cam please!
lolitasuk2001: have you a kid
singledadrus: not with me
singledadrus: but i knowothers
lolitasuk2001: when you have we will see each other
singledadrus: come on,just for a sec,pleaase
singledadrus: i,llset you upwith others
singledadrus: i know a few
lolitasuk2001: so do i
singledadrus: lets dealman,i,llgive u all i got
lolitasuk2001: you have give me nothing yet
singledadrus: i got tons and get new all the time
lolitasuk2001: ok show me
singledadrus: erotictales69 is my yahoo group\
singledadrus: hold,willget my pi pass
singledadrus: singledadrus69
singledadrus: daddyj
lolitasuk2001: ?
singledadrus: photoisland pass
lolitasuk2001: 4 what
singledadrus: i gotlots of pics in there
singledadrus: gotots in my yahoo groups to
lolitasuk2001: whats photo island pass
singledadrus: http://www.photoisland.com
singledadrus: can i see u 2 on cam???
singledadrus:
singledadrus: ???
lolitasuk2001: whats the id and pass word
singledadrus: singledadrus69
singledadrus: daddyj
lolitasuk2001: whats the id and pass word
singledadrus: can i see more pics of yours?
lolitasuk2001: whats the id and pass word
singledadrus: just told you
singledadrus: singledadrus69
singledadrus: daddyj
lolitasuk2001: whats the id and pass word
singledadrus: singledadrus69
singledadrus: gemini
singledadrus: try that
singledadrus: send more pics to
singledadrus: anymore sucking ones?
lolitasuk2001: yes
singledadrus: cum shots on face?
lolitasuk2001: no sorry
singledadrus: k,can i seemore suck ones?
lolitasuk2001: ok
singledadrus: cool
singledadrus: can i see her on cam pleaase!
lolitasuk2001: when you have the same
singledadrus: aww come on,just for a sec
lolitasuk2001: she is in bed no
singledadrus: k,u penetrate her at all?
lolitasuk2001: yesd
singledadrus: anal?
lolitasuk2001: yes
singledadrus: cool,can i see the pics
singledadrus: mmm,more please
lolitasuk2001: ok
singledadrus: anal?
```

```
lolitasuk2001: no
singledadrus: k,mopre plaese
singledadrus: u gotother personalof others?
lolitasuk2001: ok
singledadrus: what others u inow that cam?
lolitasuk2001: have you any other pics
singledadrus: ya
singledadrus: ever see her?
lolitasuk2001: no
singledadrus: k,i got more of her
lolitasuk2001: would like 2 c
singledadrus: k,u keep sending to
lolitasuk2001: ok
singledadrus: she really your dau?
lolitasuk2001: yes why
singledadrus: she is really cute
singledadrus: any suck shot with u lying on bed?
lolitasuk2001: i will c
singledadrus: mm,ok
singledadrus: ever shared her with anyone 4 real?
singledadrus: u ever seen amybro series?
singledadrus: any butt shots?
lolitasuk2001: the other pics of the thi was better
singledadrus: k
singledadrus: send more sucking or cum
singledadrus: any fingering?
singledadrus: u sent that one
singledadrus: ever made a vid of her?
lolitasuk2001: no
lolitasuk2001: have you a dau
singledadrus: ya but dopn,tlive with me
lolitasuk2001: have you pics
singledadrus: ya but got to find them
singledadrus: they r hide somewhere
lolitasuk2001: well lets c
singledadrus: i will find
singledadrus: u gonna send more?
lolitasuk2001: ok
singledadrus: COOL
singledadrus: mmmm
singledadrus: more like that pleasee
singledadrus: mm,she looks like she really enjoys it
lolitasuk2001: any more of that thi girl
singledadrus: no
singledadrus: gotanother sis sis set though
singledadrus: guys dausghters i know
singledadrus: got to find them though
singledadrus: have u ever let her suck anyone else?
lolitasuk2001: no
singledadrus: howmuch can she put in mouth?
singledadrus: she ever deep throut u?
lolitasuk2001: not that much
singledadrus: u sendt that 1
singledadrus: what is that website?
singledadrus: send pic 58
singledadrus: anymore indexes?
lolitasuk2001: any of your dau
singledadrus: got to find them,
lolitasuk2001: well find them then
singledadrus: i will after thesee
lolitasuk2001: ok
```

```
singledadrus: anymore indexes of yours?
singledadrus: resend
singledadrus: ???
lolitasuk2001: soory i crashed
singledadrus: k
singledadrus: resend 00009\
lolitasuk2001: ok
lolitasuk2001: you found your dau pics yety
singledadrus: anymore indexes?
lolitasuk2001: no
singledadrus: hold will get other cd
singledadrus: sending more?
lolitasuk2001: yes
singledadrus: k
singledadrus: sent
lolitasuk2001: any more kor
singledadrus: nosorry
lolitasuk2001: have you any dau yet
singledadrus: looking
singledadrus: more >
singledadrus: u sent these
lolitasuk2001: sorry i have so meny
lolitasuk2001: when can i see your dau
singledadrus: when i find them
lolitasuk2001: what yahoo group have you
singledadrus: my own
singledadrus: erotictales69
singledadrus: u got other pics from other dads?
singledadrus: i love thaqt girl,how many u got of her?
lolitasuk2001: 6
singledadrus: i gota bunch
singledadrus: any others?
lolitasuk2001: yes
singledadrus: letr me see
singledadrus: imaean other dads daughters?
lolitasuk2001: lets c yours
singledadrus: i got to find them,
singledadrus: nevermind then,,
singledadrus: geez
[RTS]
Uploaded=YES
```