August 8, 2005

# KENNETH V. LANNING

## EMPLOYMENT

CAC Consultants, Fredericksburg, Virginia (2000-Present).

Consultant, Park Dietz & Associates, Inc., Newport Beach, California (2000-Present).

Special Agent with the Federal Bureau of Investigation (1970-2000):

- National Center for the Analysis of Violent Crime, FBI Academy, Quantico, Virginia, October 1998 to September 2000
- FBI representative to the Missing and Exploited Children Task Force, Quantico, Virginia, April 1996 to October 1998
- "Behavioral Science Unit," FBI Academy, Quantico, Virginia, January 1981 to April 1996
- Field investigative experience in St. Louis, San Antonio, and Los Angeles Field Divisions of the FBI (1970-1980)

Explosive Ordnance Disposal Officer and Scuba Diver, U.S. Navy (1966-1970).

## EDUCATION

B.B.A. (Accounting) Manhattan College, Bronx, New York (1966).

M.S. (Administration of Justice) California Lutheran College, Thousand Oaks, California (1980).

Completed class work for Masters Degree (Criminal Justice) from Sam Houston State University, Huntsville, Texas (1975-1978).

## SPECIALIZED TRAINING

### FBI In-Service Training:

Basic Sex Crime Instructor (1973)
Crime Resistance (1977)
Advanced Sex Crime Instructor (1978)
Sexual Exploitation of Children (1979)(1984)(1985)(1987)(1988)
Criminal Profiling and Crime Analysis (1981)
Child Abuse and Family Violence (1985)
Interstate Transportation of Obscene Material (1988)
Crimes Against Children (1989)
Non-Traditionally Motivated Child Abduction Workshop (1989)

Child Abduction Seminar (1990)
Child Exploitation and Obscenity Investigation Seminar (1995)
Child Abduction Response Plan Conference (1996)
Crimes Against Children Coordinators (1997)

### Other Training:

"Crime Prevention"
Texas Crime Prevention Institute
Southwest Texas State University
San Marcos, Texas (1976)

"Child Sexual Abuse"
Forensic Mental Health Associates
Washington, D.C. (1982)

"Law Enforcement and Child Sexual Abuse"
St. Joseph College Institute for the Treatment and Control of Child Sexual Abuse
Hartford, Connecticut (1982)

"Sexual Victimization of Children"
Children's Hospital National Medical Center
Washington, D.C. (1982) (1984) (1986)

"National Law Enforcement Seminar on the Sexual Exploitation of Children"
FBI Academy
Quantico, Virginia (1983)

"Medical Assessment and Treatment of Sex Offenders"
The Johns Hopkins University School of Medicine
Baltimore, Maryland (1983) (1985)

"National Conference on Ritualistic Sexual Abuse of Children"
FBI Academy
Quantico, Virginia (1985)

"National Advanced Law Enforcement Seminar on the Sexual Exploitation of Children"
FBI Academy
Quantico, Virginia (1987)

"The Emergence of Ritualistic Crime in America"
Richmond, Virginia (1987)

2

"National Symposium on Child Sexual Abuse"
Huntsville, Alabama (1987 to 1998)(2000)(2004 to 2005)

"The Annual Child Abuse and Neglect Symposium"
C. Henry Kempe National Center
Keystone, Colorado (1989) (1997)

"The San Diego Conference on Responding to Child Maltreatment"
Children's Hospital Center for Child Protection
San Diego, California (1993 to 1998)(2001)(2003)

"APSAC Annual National Colloquium" (1993)(1994)(1996-1999)(2001)

"Annual Crimes Against Children Seminar"
Dallas, Texas (1993)(1996-2002)

"Recovery and Reunification of Abducted Children"
Public Administration Service/Washoe County M/CAP Team
Reno, Nevada (1995)

"Advanced Investigation of Missing and Exploited Children"
Training for Morgan P. Hardiman Task Force (6 wks)
Quantico, Virginia (1996)

"Statement Analysis Workshop"
U.S. Treasury Department, IRS Internal Security
Quantico, Virginia (1996)

"Internet Safety Forum"
Cyber Crimes Seminar
Arlington, Virginia (1998)

"Sixth Annual Children's Justice Conference"
Washington State Department of Social and Health Services
Seattle, Washington (1998)

"Violence Risk Assessment"
John Monahan, Ph.D., Univ of Virginia School of Law
Quantico, Virginia (1998)

"Psychopathy and Crime"
Robert D. Hare, Ph.D., University of British Columbia
Quantico, Virginia (1999)

"Assessing and Treating Sex Offenders"
Gene Abel, M.D. and Fred Berlin, M.D.
Chicago, Illinois (1999)

"Forensic Psychiatry"
Park E. Dietz, M.D.
Quantico, Virginia (1999)

"Neuro-Psychiatry"
Richard M. Restak, M.D.
Quantico, Virginia (1999)

"The Reid Technique of Interviewing and Interrogation"
John E. Reid & Associates, Inc.
Quantico, Virginia (2000)

## RESEARCH PROJECTS

Criminal Personality Research Program
Funded by National Institute of Justice
U.S. Department Justice

Use of Children in Pornography
Funded by National Center on Child Abuse and Neglect
U.S. Department of Health and Human Services

Linkage of Sexual Abuse, Exploitation and Violence
Funded by Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice

Advisory Staff
U.S. Attorney General's Commission on Pornography
U.S. Department of Justice (1986)

Project Manager
Serial Child Molester and Abductor Research Project
Funded by Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice

Program Manager
Abductors Who Murder and Kidnapers of Newborn Infants Program
Funded by Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice

Research Advisory Board of the FBI National Center for the Analysis of Violent Crime (NCAVC)
(since 8/2001).

Principal Researcher:
Child Abduction/Homicide
Child Abduction Epidemiology
False Allegations of Child Abduction
Infant Abduction
Innocent Images Case Review
Ongoing FBI Research Projects
National Center for Analysis of Violent Crime

5

## PUBLICATIONS

Autoerotic Fatalities (contributing author)
Lexington Books, D.C. Heath and Company
Lexington, MA (1983)

"Pedophile Collectors"
Chapter in Child Pornography and Sex Rings
Lexington Books, D.C. Heath and Company
Lexington, MA (1984)

"Child Pornography and Sex Rings"
Article for FBI Law Enforcement Bulletin
January 1984
(Reprinted in Victoria Police Association Journal 1985)

"Child Molesters: A Behavioral Analysis for Law Enforcement"
Monograph Published by National Center for Missing & Exploited Children
(1986, 1987, 1992, 2001)

"Child Molesters: A Behavioral Analysis For Law Enforcement" Chapter in Practical Aspects of Rape Investigation,
Elsevier Science Publishing, New York, N.Y. (1987) and CRC Press, Boca Raton, Florida (2nd Edition) (1995)

The Sexual Exploitation of Children (contributing author)
Elsevier Science Publishing
New York, N.Y. (1986)

"The Maligned Investigator of Criminal Sexuality" (co-author)
Article for FBI Law Enforcement Bulletin (September 1988)
Chapter in Practical Aspects of Rape Investigation, CRC Press
Boca Raton, Florida (3rd Edition) (2001)

"Satanic, Occult, Ritualistic Crime: A Law Enforcement Perspective"
Article for The Police Chief
October 1989
(Reprinted in Roundtable 1990; Homicide Investigators Journal 1992; Australian Criminal Intelligence Digest 1994)

"Child Pornography"
Chapter in Pornography: Research Advances and Policy Considerations
Lawrence Erlbaum Associates Publishers
Hillsdale, N.J. (1989)

"Child Sex Rings: A Behavioral Analysis"
Monograph Published by National Center for Missing & Exploited Children (1989, 1992)

"Child Molesters Who Abduct" (co-author)
Article in <u>Violence and Victims</u> (1991)

"Ritual Abuse: A Law Enforcement View or Perspective"
Commentary in <u>Child Abuse and Neglect, The International Journal</u>
(1991)

"A Law Enforcement Perspective on Allegations of Ritual Abuse"
Chapter in <u>Out of Darkness</u>
Lexington Books
New York, N.Y. (1992)

"Investigator's Guide to Allegations of 'Ritual' Abuse"
Monograph Published by U.S. Department of Justice
(1992)

<u>Crime Classification Manual</u> (contributing author)
Lexington Books
New York, N.Y. (1993)

"Sexual Homicide of Children"
Article in <u>The APSAC Advisor</u>
Vol 7, No 4 (Winter 1994)

"Satanic Ritual Abuse of Children is Not Widespread"
Chapter in <u>Child Abuse: Opposing Viewpoints</u>
Greenhaven Press Inc.
San Diego, California (1994)

"Child Molesters Who Abduct" (author and co-editor)
Monograph Published by National Center for Missing & Exploited Children (1995)

"An Analysis of Infant Abductions"
Monograph Published by National Center for Missing & Exploited Children (1995)

"Collateral Materials and Sexual Crimes" (co-author)
Chapter in <u>Practical Aspects of Rape Investigation</u>
CRC Press
Boca Raton, Florida (1995, 2nd Ed) (2001, 3rd Ed)

"Criminal Investigation of Sexual Victimization of Children"
Chapter in The APSAC Handbook on Child Maltreatment
Sage Publications
Thousand Oaks, Ca (1996) (2002, 2nd Ed)

"The Witch Hunt, the Backlash, and Professionalism"
Article in The APSAC Advisor
Vol 9, No 4 (Winter 1996)

"Law Enforcement Response to Child Abuse" (co-author)
Portable Guide Series Published by U.S. Department of Justice
(1997)

"Understanding and Investigating Child Sexual Exploitation" (co-author)
Portable Guide Series Published by U.S. Department of Justice
(1997)

"Cyber 'Pedophiles': A Behavioral Perspective"
Article in The APSAC Advisor
Vol 11, No 4 (Winter 1998)

"Use of Computers in the Sexual Exploitation of Children" (co-author)
Portable Guide Series Published by U.S. Department of Justice
(1999)

"Sexual Exploitation of Children in the USA: An Overview"
Article in The Link (International Society for Prevention of Child Abuse and Neglect)
Vol 8, No 2 (1999)

"Investigating Potential Child Abduction Cases" (co-author)
Article for FBI Law Enforcement Bulletin
April 2001

"Child Molesters and Cyber Pedophiles-A Behavioral Perspective"
Chapter in Practical Aspects of Rape Investigation
CRC Press
Boca Raton, Florida (2001, 3rd Ed)

"Cyber Pedophiles: A Behavioral Analysis"
Chapter in Prosecuting Internet Child Exploitation Crimes
US Department of Justice (2001)

"A Law Enforcement Perspective on the Compliant Child Victim"
Article in The APSAC Advisor
Vol 14, No 2 (Spring 2002)

"The Compliant Child Victim"
Guest Co-editor for Special Issue of The APSAC Advisor
Vol 14, No 2 (Spring 2002)

"Acquaintance Child Molesters: A Behavioral Analysis"
Chapter in Medical, Legal, & Social Science Aspects of Child Sexual Exploitation
G.W. Medical Publishing, Inc.
St. Louis, Missouri (2005)

## CHILD MOLESTER TYPOLOGY and SEX OFFENDER CONTINUUM

### Published or Set Forth in the Following:

Child Molesters: A Behavioral Analysis
Published by National Center for Missing & Exploited Children (1986, 1987, 1992, 2001)
(Over 195,000 copies distributed)

The Sexual Exploitation of Children by Seth Goldstein
CRC Press, Boca Raton, FL (1986, 1998)

Practical Aspects of Rape Investigation by Robert R. Hazelwood
CRC Press, Boca Raton, Florida (1987, 1995, 2001)

Camp Director's Guide: Preventing Sexual Exploitation of Children
Published by National Center for Missing & Exploited Children and American Camping Association
(1988)

Violence Against Children: Investigator's Desk Manual
Office of Pennsylvania Attorney General (1989)

Screening for Pedophiles in Youth-Oriented Community Agencies
by Arlene McCormack and Marialena Selvaggio
*Social Casework: The Journal of Contemporary Social Work*, Jan 1989, Vol. 70, No.1

On Trial by Judge Charles B. Schudson
Beacon Press, Boston, MA (1991)

Child Molesters: A Behavioral Analysis
*School Safety*, Spring 1994
National School Safety Center Newsjournal

Child Molesters Who Abduct
Published by National Center for Missing & Exploited Children
(1995)

A Police Reference Manual for Cases of Child Sexual Abuse
Canadian Research Institute for Law and the Family (1995)

The APSAC Handbook on Child Maltreatment
Sage Publications, Thousand Oaks, Ca (1996, 2002)

Profiling Violent Crimes by Ronald M. Holmes
Sage Publications, Thousand Oaks, CA (1996, 2nd Edition)

Portable Guides to Investigating Child Abuse Series
Published by U.S. Department of Justice (1997, 1999)

Sexual Abuse In America by Robert Freeman-Longo
Safer Society Press, Brandon, VT (1998)

Criminal Investigation (7th Edition) by Leonard Territo
McGraw-Hill Higher Education, Boston, MA (2000)

Child Pornography: The Criminal Justice System Response
Published by National Center for Missing & Exploited Children (2001)

Prosecuting Internet Child Exploitation Crimes
Published by the U.S. Department of Justice (2001)

Interpol Handbook on Good Practice for Specialist Officers Dealing with Crimes Against Children
Published by Interpol (2003)

Medical, Legal, & Social Science Aspects of Child Sexual Exploitation
G.W. Medical Publishing, Inc., St. Louis, Missouri (2005)


**Presented before the Following**:

American Professional Society on the Abuse of Children(APSAC) National Colloquium

National Conference on Sexual Victimization of Children

National Symposium on Child Sexual Abuse

National Symposium on Child Victimization

National Crimes Against Children Seminar

Annual Washington Children's Justice Conference

Child Abuse Summit 2001 Conference

11

Maryland Governor's Conference on Child Abuse and Neglect

Sexual Exploitation of Children International Conference

National Crime Faculty Staff Development Conference
Police Staff College, Bramshill, United Kingdom

Academy of Criminal Justice Sciences Annual Conference

American Academy of Forensic Sciences

Institute of Law, Psychiatry, and Public Policy,
University of Virginia

Grand Rounds - University of Virginia
Department of Psychiatric Medicine - Western State Hospital

Department of Psychology, University of Alabama

Medical Assessment and Treatment of Sex Offenders,
Johns Hopkins University

St Luke Institute for Sexual Disorders

Sex Offender Treatment Program, U.S. Naval Consolidated Brig

Forensic Psychiatry Seminar Walter Reed Army Medical Center

Lee Institute of Forensic Science & University of New Haven

Forensic Nursing Institute, University of Virginia

Delinquency Control Institute, University of Southern California

U.S. Naval Justice School

Federal Judicial Center, Court Education Division

National Council of Juvenile and Family Court Judges

National Judicial College

Flaschner Judicial Institute

12

Bronx County Special Grand Jury

Solicitor General of Canada

National Center for Prosecution of Child Abuse, American Prosecutors Research Institute (APRI)

National College of District Attorneys

Pennsylvania District Attorneys Association

Office of Legal Education, U.S. Department of Justice
National Advocacy Center

Department of Defense Polygraph Institute

Maryland Division of Parole and Probation

U.S. Attorney General's Task Force on Family Violence

National Association of Counsel for Children

Harvard Association of Police Science

Sex Offense Seminar, New York State Police

Eastern States Vice Investigators Association

Western States Vice Investigators Association

U.S. Customs Service

U.S. Postal Inspectors

California Sexual Assault Investigators Association

Colorado Association of Sex Crimes Investigators

Texas Association of Polygraph Examiners

Sex Crimes/Child Abuse Investigators Association of New Jersey

Missing and Exploited Children Seminar, New Jersey State Police

Interpol Standing Working Party on Offenses Against Children

13

New South Wales Police Academy, Goulburn, Australia

Royal Canadian Mounted Police Academy

U.S. Senate, Subcommittee on Juvenile Justice

Approved for Continuing Medical Education Credits by University of Alabama School of Medicine at 20th National Symposium on Child Abuse

Oregon Association for Treatment of Sex Abusers

## AWARDS and RECOGNITION

Jefferson Award for Research (1990)
"Ritualistic Abuse of Children"
University of Virginia
Charlottesville, Virginia

Profiled in Violence Update (1990)
Sage Publications

Lifetime Honorary Membership (1993)
California Sexual Assault Investigator's Association
(Only second time ever awarded)

Outstanding Professional Award (1996)
American Professional Society on the Abuse of Children (APSAC)

Award for Special Achievement (1997)
FBI Director's Annual Awards for Excellence

Dedication of *The APSAC Handbook on Child Maltreatment (2nd edition)* (2002) Sage:

> "This book is dedicated to Kenneth V. Lanning. Ken, you are one of the pioneers. You led the way. You opened our eyes. You taught us. You were always one step ahead. You're the coolest FBI agent we know. You've done more than we can count to protect kids. Thanks"

Numerous plaques, certificates, and letters of appreciation from law enforcement agencies, prosecutors' offices, and professional organizations from all over the United States.

## MEDIA CONTACTS

Interviewed concerning the nature and scope of the sexual victimization of children, deviant sexual behavior, and ritual crime by the CBS, NBC, ABC, Fox Networks, MSNBC, PBS, CNN, ESPN, Frontline, National Public Radio, Associated Press, Time Magazine, Newsweek, Reader's Digest, Life, Parade Magazine, Sports Illustrated, Ladies' Home Journal, People Magazine, Los Angeles Times, Washington Post, New York Times, Psychiatric News, National Law Journal, APBnews.com, and dozens of local TV stations and newspapers.

15

## CONSULTATION

Analyzed thousands of cases for and provided investigative, prosecutive, and sentencing guidance; expert opinions, advice, and direction; and behavioral analysis to mental health and medical professionals, social workers, police officers, FBI Agents, federal investigators, prosecutors, organizations providing access to children, defense attorneys, and civil attorneys requesting assistance in the investigation and/or prosecution of criminal cases, the filing of civil litigation, and the development of procedures to protect children in situations involving child pornography, child sexual abuse, incest, child sexual exploitation, child sex rings, compliant child victims, child prostitution, Internet crimes against children, screening and prevention, management and supervision, response to allegations, nuisance sex offenses, ritualistic abuse of children, child abduction, autoerotic fatalities, sexual assault, rape, and sexual homicide cases.

Have been asked to and have peer reviewed articles for the International Journal of Child Abuse and Neglect, the Journal of Interpersonal Violence, Child Maltreatment, Sexual Abuse, the FBI Law Enforcement Bulletin, and The Police Chief.

A founding member of the Board of Directors of the American Professional Society on the Abuse of Children (APSAC) and a former member of the APSAC Advisory Board.

A former member of the National Advisory Board of the National Resource Center on Child Sexual Abuse.

A former member of the U. S. Interagency Task Force and Work Group on Child Abuse and Neglect.

A former member of the Boy Scouts of America Youth Protection Expert Advisory Panel.

A member of the National Advisory Committee for the Fourth National Conference on Sexual Victimization of Children sponsored by Children's Hospital National Medical Center.

A member of the Advisory Board for the Out of Home Abuse Research Project of the American Bar Association.

A member of the Advisory Board for the Ritualistic Abuse of Children Research Project funded by the National Center on Child Abuse and Neglect.

A member of the Advisory Board for the Program to Increase Understanding of Child Sexual Exploitation of the American Bar Association and the Education Development Center.

An invited participant to Working Meeting: Aids, Ethics and Sexual Assault sponsored by the National Institute of Mental Health (8/31-9/1/87) (4/1/88).

16

An invited participant to child pornography conference sponsored by the American Medical Association (10/21/87).

An invited participant to Think Tank on Ritualistic Abuse of Children sponsored by the National Resources Center on Child Sexual Abuse (10/22/89).

An invited participant to Ritual Abuse: Fact or Fiction Consultation sponsored by The Institute for the Prevention of Child Abuse, Toronto, Canada (10/21/90).

An invited participant to Planning Meeting on Child Pornography and Child Abuse sponsored by the National Academy of Sciences National Research Council (8/18/92).

An advisor to the "Protocols and Standards for Child Sexual Abuse Investigations" project funded by the Washington State Institute for Public Policy and commissioned by the 1996 Washington state legislature.

A member of the editorial review board of <u>Child Maltreatment</u>, the Journal of the American Professional Society of Children.

An invited evaluator of the Child Murder Research Project conducted by the Washington State Attorney General's Office and funded by Office of Juvenile Justice and Delinquency Prevention, U.S. Department of Justice (10/16-17/96).

An invited participant to the Symposium on Sexual Victimization of Youth sponsored by the National Children's Advocacy Center and funded by the Office of Victims of Crime of the U.S. Department of Justice (3/21-23/97).

A member of the Advisory Board for the Second National Incidence Studies of Missing, Abducted, Runaway and Thrownaway Children (NISMART II) (1997).

An invited participant to the Sex Offender Strategy Summit sponsored by the National Center for Missing & Exploited Children (6/27/97).

An invited participant to the Identifying and Responding to Child Sexual Enticement on the Internet discussion group sponsored by the National Center for Missing & Exploited Children (2/18/98).

A member of the Advisory Board of the Association for the Treatment of Sexual Abusers (ATSA) (since 9/2000).

An invited participant to the White House Conference on Missing, Exploited, and Runaway Children (10/2/02).

17

An invited participant to the Working Group on Online Sexual Victimization of Children, FBI Academy (2/4-5/04).

## INSTRUCTION and TRAINING

Qualified police instructor in FBI:  1970 to 2000

Adjunct instructor with University of Virginia

Adjunct instructor with University of Pennsylvania

Adjunct instructor with National College of District Attorneys

Adjunct instructor with National Judicial College

Provided instruction to law enforcement officers from all over the United States and foreign countries attending the FBI National Academy in courses accredited by the University of Virginia such as Hostage Negotiation, Applied Criminology, Criminal Profiling and Crime Analysis, Interpersonal Violence and Sexual Victimization of Children.

Provided instruction to over 40,000 law enforcement officers, prosecutors, social workers, mental health and medical personnel, judges, and other professionals at training schools, seminars, and conferences conducted all over the United States on topics such as Crime Prevention, Sexual Victimization of Children, Deviant Criminal Sexuality, Sexual Homicide, Criminal Profiling and Crime Analysis, Sexual Exploitation of Children, Ritualistic Crime, and Evaluation of Sex Offenders.

Developed and implemented a 4-month (Oct 1999 - Jan 2000) training curriculum on Criminal Investigative Analysis for FBI Agents assigned to the National Center for the Analysis of Violent Crime, FBI Academy, Quantico, Virginia

## **MAJOR PRESENTATIONS**

### **National and Regional Conferences**

"Child Pornography and Sex Rings"
Second National Conference on Sexual Victimization of Children
Washington, D.C. (5/6-8/82)

"Child Pornography and Sex Rings"
National Conference on Child Abuse and Neglect
Baltimore, Maryland (9/27/83)

"Child Pornography"
International Symposium on Media Violence and Pornography
Toronto, Canada (2/5/84)

"Pedophile Collectors" and "Murdered and Missing Children"
Third National Conference on Sexual Victimization of Children
Washington, D.C. (4/26-28/84)

"Pedophile Behavior"
Eastern States Vice Investigators Association
New Carrollton, Maryland (5/22/84)

"Missing Children"
Western Conference on Criminal and Civil Problems
Wichita, Kansas (5/25/84)

"Child Pornography"
National Catholic Conference on the Illegal Sex Industry
New York, N.Y. (6/2/84)

"Child Pornography"
National Consultation on Pornography
Cincinnati, Ohio (9/6/84)

"Sexual Exploitation of Children"
International Juvenile Officers' Association National Conference
Washington, D.C. (6/26/84)

"Child Molestation"
The Fight Against Molestation: A National Symposium
Washington, D.C. (10/2/84)

19

"Child Pornography" "Missing children"
Ohio State Conference on Sexual Abuse of Children
Cincinnati, Ohio (11/1/84)

"Missing Children"
International Association of Chiefs of Police
Atlanta, Georgia (1/22/85)

"Murdered and Missing Children"
California Homicide Investigators Association
Reno, Nevada (3/7/85)

"Child Molesters"
1985 Virginia Conference on Child Abuse and Neglect
Richmond, Virginia (4/26/85)

"Missing Children"
General Federation of Women's Clubs Annual Convention
Houston, Texas (6/4/85)

"Pedophilia, Child Pornography and Sex Rings"
FBI National Academy 50th Anniversary Training Session
Tampa, Florida (7/16-19/85)

"Missing Children"
Child Abuse and Missing Children Seminar
Institute for Advancement of Human Behavior
Washington, D.C. (9/22/85)

"Child Molesters"
California Sexual Assault Investigators Association
Sacramento, California (10/10/85)

"Pedophiles and Sex Rings"
Albany Child Abuse and Neglect Council,
Albany, New York (11/6/85)

"Child Pornography"
National Conference on Child Abuse and Neglect
Chicago, Illinois (11/10-13/85)

"Missing Children"
National Conference on Missing and Exploited Children
Chicago, Illinois (3/2-5/86)

20

"Child Molester Typology" and "Child Abduction"
National Conference on Sexual Victimization of Children
New Orleans, Louisiana (5/15-17/86)

"Child Molester Typology"
Inland Empire Child Abuse Training Task Force
Riverside, California (10/23/86)

"Child Molester Typology"
U.S. Postal Inspectors
National Training Seminar
Atlanta, Georgia (1/5-7/87)

"Child Molester Typology",
Children's Institute International
Los Angeles, California (1/14/87)

"Child Molester Typology"
"Assessment and Corroboration of Child Victim Statements"
Third National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/26-27/87)

"Ritualistic Abuse of Children"
Florida Department of Law Enforcement
Second Annual Sexual Exploitation Workshop
Jacksonville, Florida (3/26-27/87)

"Ritualistic Abuse of Children"
Conference on Satanic Worship and the Occult
Maryland State Police
Westminster, Maryland (3/31/87)

"Child Molester Typology"
Virginia Child Sexual Abuse Conference
Hampton, Virginia (4/16/87)

"Sexual Exploitation of Children"
Tri-County Investigators Association
Ventura, California (5/13/87)

"Child Molester Typology"
Los Angeles Police Department
Criminal Personality Profiling Seminar
Los Angeles, California (5/14/87)

21

"Child Molester Typology"
U.S. Customs Service National Training Seminar
Ft. Lauderdale, Florida (5/18-19/87)

"Ritualistic Abuse of Children" and "Child Abductors"
National Conference on Missing and Exploited children
Chicago, Illinois (6/8-11/87)

"Sexual Exploitation of Children"
International Association for Identification
Alexandria, Virginia (8/5/87)

"Criminal Sexuality"
Law Enforcement Satellite Training Network
National Broadcast (9/30/87)

"Prevention of Sexual Exploitation of Children"
International Society of Crime Prevention Practitioners
Montreal, Canada (10/2/87)

"Child Pornography"
Morality In Media National Convention on Pornography
Orlando, Florida (10/29/87)

"Sexual Exploitation of Children" and "AIDS and Sexual Assault"
Executive Training Seminar
National Organization of Black Law Enforcement
Miami, Florida (11/7/87)

"Child Molester Typology"
Los Angeles County Sheriff's Office
Criminal Personality Profiling Seminar
Los Angeles, California (12/3/87)

"The Maligned Investigator of Criminal Sexuality"
"Corroboration of Child Sexual Abuse"
Third Annual Sexual Abuse Conference
Florida Department of Health and Rehabilitative Services
Sarasota, Florida (12/10-11/87)

"The Maligned Investigator of Criminal Sexuality"
"Ritualistic Abuse of Children"
Illinois Association of Chiefs of Police
Matteson, Illinois (1/18/88)

22

"Investigation of Child Sexual Abuse"
Fourth National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/26/88)

"Victimization of Children in Groups"
National Symposium on Child Victimization
Anaheim, California (2/27-30/88)

"Child Pornography"
"Profiling of Child Abductors"
Advanced Master's Course in Investigation of
Child Sexual Exploitation, Molestation and Abduction
Kansas City, Missouri (5/3-6/88)     .

"Child Sex Rings" and "Ritualistic Abuse of Children"
National Conference on Child Sexual Exploitation
Tucson, Arizona (7/30-8/1/88)

"Ritualistic Abuse of Children"
Advanced Ritualistic Crime Seminar
Richmond, Virginia (9/22/88)

"Sexual Victimization of Adolescent Boys"
National Training Conference on Youthful Sex offenders
California Department of the Youth Authority
Long Beach, California (11/14/88)

"Ritualistic Abuse of Children" and "The Names and Numbers Game"
Fifth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/1-3/89)

"Investigation of Child Sex Rings" and "Ritualistic Abuse of Children"
18th Annual Child Abuse and Neglect Symposium
C. Henry Kempe National Center
Keystone, Colorado (5/22-26/89)

"Satanic, Occult, Ritualistic Crime"
National Conference on Missing and Exploited children
Huntsville, Texas (10/1-3/89)

"Ritualistic Abuse of Children"
National Conference on Child Abuse and Neglect
Salt Lake City, Utah (10/22-25/89)

23

"Cults and Gangs"
Law Enforcement Satellite Television Network
National Broadcast (2/14/90)

"Child Molester Typology" and "Satanic, Occult, Ritualistic Crime"
Sixth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/7-9/90)

"Infant Abduction"
Law Enforcement Satellite Television Network
National Broadcast (4/11/90)

"Child Sexual Abuse" and "Satanic/Occult Crime"
International Conference of Police Chaplains
Mobile, Alabama (7/10-11/90)

"Child Molesters" and "Child Sex Rings"
The Institute for the Prevention of Child Abuse
Toronto, Canada (10/21-23/90)

"Child Sexual Abuse"
Gulf Coast Conference on Child Abuse
Mobile, Alabama (10/24-26/90)

"Satanic Cults and Ritualistic Crime: A Law Enforcement Perspective"
Michigan Association of Chiefs of Police
Bellaire, Michigan (6/25/91)

"Sexual Exploitation of Children"
New York State Police Sexual Offense Seminar
Albany, New York (10/29-30/91)

"Complex Investigation of Child Sexual Victimization"
Intervention Specialists Certificate Training
National Children's Advocacy Center
Huntsville, Alabama (12/6/91)

"Corroborative Evidence" and "Typology of Child Molesters and Paraphilias"
Eighth National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/17-21/92)

"Cult Murders"
International Homicide Investigators' Association Symposium
Pittsburgh, Pennsylvania (8/3/92)

"Cults and Rituals," "Corroboration," and "Molester Typology"
Multidisciplinary Conference on Child Abuse
Tulsa, Oklahoma (10/1-2/92)

"Validity of Repressed Memories in Abuse Cases"
"Investigation of Sex Rings" and "Maligned Investigator"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/27-28/93)

"Typology of Offenders" and "Overview of Sexual Paraphilias"
Ninth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/10-11/93)

"Sexual Homicide of Abducted Children"
Management of the Child Abduction Case Symposium
Bloomington, Minnesota (5/5/93)

"Advanced Issues in the Investigation of Child Sexual Abuse"
"Investigating Multivictim/Multiperpetrator Cases"
APSAC First National Colloquium
Chicago, Illinois (6/25-26/93)

"Cults"
S.C. Law Enforcement Officers Association Annual Conference
Myrtle Beach, South Carolina (8/8/93)

"Satanic Ritual Abuse"
Fifth Annual Crimes Against Children Seminar
Dallas, Texas (9/2/93)

"Current Controversies in Child Sexual Abuse"
International Association of Women Police Annual Conference
Vancouver, British Columbia, Canada (11/4/93)

"Criminal Sexuality"
Law Enforcement Satellite Training Network
National Broadcast (12/8/93)

"Sexual Paraphilias in Child Sexual Abuse Cases"
"Children in Cults: A Law Enforcement Perspective"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/24-28/94)

"Typology of Child Molesters" and "Current Controversies in Child Sexual Abuse"
Tenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (2/23-25/94)

"What is Child Pornography"
APSAC Second National Colloquium
Cambridge, Massachusetts (5/6/94)

"Ritualistic Child Abuse"
Advanced Crimes Against Children Seminar
Florida Criminal Justice Executive Institute
Ft. Lauderdale, Florida (1/18-19/95)

"Infant Abduction," "Multivictim Cases," and
"Maligned Investigator of Criminal Sexuality"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/26-27/95)

"Corroborative Evidence" and "Typology of Offenders"
Eleventh National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/1-2/95)

"Child Molesters: A Behavioral Analysis" and "Investigation of Child Pornography"
Third Annual Washington Children's Justice Conference
Bellevue, Washington (4/12-13/95)

"Child Abductors"
L.A. Police & Sheriff's Depts. Kidnaping Investigation Seminar
Los Angeles, California (10/18/95)

"Use of Computers in Sexual Victimization of Children"
Ancient Crimes in Modern Times Conference
Albany Rape Crisis Center
Albany, New York (10/26/95)

"Sexual Exploitation of Children"
Western Regional Symposium on Child Abuse and Sexual Assault
Eugene, Oregon (11/2/95)

"Child Pornography" and "Understanding Offender Behavior"
National Symposium on Child Victimization
Washington, DC (11/9-10/95)

26

"Sex Offender Continuum"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/26/96)

"Pedophiles and Computers"
Law Enforcement Satellite Television Network
National Broadcast (3/13/96)

"Use of Computers in Sexual Victimization of Children" and "Sex Offender Continuum"
Twelfth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/28-29/96)

"Use of Computers in the Sexual Victimization of Children"
"Maligned Investigator of Criminal Sexuality"
APSAC Fourth National Colloquium
Chicago, Illinois (6/27-28/96)

"Sex Offender Continuum" and "Child Molesters Who Abduct"
Eighth Annual Crimes Against Children Seminar
Dallas, Texas (7/16-17/96)

"Investigation of Sexual Victimization of Children"
Fifth Annual Western States Sexual Assault Seminar
Las Vegas, Nevada (10/3/96)

"Application of Behavioral Science to the Investigation of Sexual Victimization of Children"
APSAC Advanced Training Institute
San Diego, California (1/27/97)

"The 'Witch Hunt,' the 'Backlash,' and Professionalism"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/29/97)

"Child Molesters Who Abduct"
Thirteenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/20-21/97)

"Law Enforcement Responses to Child Maltreatment in the 1970's, 1980's, 1990's and the Next
Decade"
Twenty-Fifth Annual Child Abuse and Neglect Symposium
C. Henry Kempe National Center
Keystone, Colorado (5/14/97)

27

"The Witch Hunt, the Backlash, and Professionalism" and "Computers and the Sexual
Victimization of Children"
Thirteenth Annual Training Symposium
Georgia Council on Child Abuse
Atlanta, Georgia (6/9-10/97)

"Use of Computers in Child Sexual Exploitation" and "Importance of Corroboration in Child
Sexual Abuse Cases"
APSAC Fifth National Colloquium
Miami Beach, Florida (6/19/97)

"The Witch Hunt, the Backlash, and Professionalism" and "Sex Offender Continuum"
"Corroboration in Child Sexual Abuse Cases"
Ninth Annual Crimes Against Children Seminar
Dallas, Texas (8/19-21/97)

"The Sexual Exploitation of Children" (Keynote Address) and "Child Pornography"
Fifth Oklahoma Conference on Child Abuse and Neglect
Tulsa, Oklahoma (9/16/97)

"Child Molesters Who Abduct"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/30/98)

"Application of Behavioral Science to the Investigation of Sexual Victimization of Children"
APSAC Advanced Training Institute
San Diego, California (1/31/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Southeast Region Symposium
Atlanta, Georgia (2/25-27/98)

"Child Erotic: What is it and Who Cares"
Fourteenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/17-20/98)

"Law Enforcement Considerations"
Child Forensic Interview Training Clinic
American Professional Society on the Abuse of Children
Huntsville, Alabama (3/17/98)

"Sex Offender Continuum" and "Child Pornography"
Child Sexual Abuse: A Multidisciplinary Training Conference
Somerset, New Jersey (3/27/98)

"Sexual Homicide of Children"
Virginia Homicide Investigators Association
Quantico, Virginia (4/14/98)

"Child Abduction and Homicide"
Sixth Annual Children's Justice Conference
Bellevue, Washington (4/20/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Northeast Regional Symposium
Morristown, New Jersey (4/30-5/1/98)

"Sex Offender Continuum"
APSAC Sixth Annual National Colloquium
Chicago, Illinois (7/8-11/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Midwest Regional Symposium
Argonne, Illinois (8/12-13/98)

"Child Pornography and Child Erotica" and "Sex Offender Continuum"
Tenth Annual Crimes Against Children Seminar
Dallas, Texas (8/18-19/98)

"Sexual Victimization of Children"
Colorado Association of Sex Crimes Investigators
Annual Conference
Snowmass, Colorado (8/27/98)

"Typology of Offenders" and "Child Pornography-What Is It?"
Targeting the Sexual Exploitation of Children
International Conference
Vancouver, British Columbia, Canada (10/13-15/98)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
West Regional Symposium
Berkeley, California (12/9-11/98)

"Application of Behavioral Science to the Investigation of Sexual Victimization of Children"
APSAC Advanced Training Institute
San Diego, California (1/25/99)

"Behavioral Science Perspective"
Online Child Pornography/Child Sexual Exploitation
Southern Midwestern Regional Symposium
St. Louis, Missouri (2/11-12/99)

"Sex Offender Continuum" and "Cyber Pedophiles: A Behavioral Perspective"
APSAC Seventh Annual National Colloquium
San Antonio, Texas (6/3-4/99)

"Pedophiles in Cyberspace"
Eleventh Annual Crimes Against Children Seminar
Dallas, Texas (8/2-5/99)

"Profiling Sex Offenders"
Western States Vice Investigators Association
24th Annual Training Conference
Seattle, Washington (9/27/99)

"Sex Offender Continuum"
Texas Association of Polygraph Examiners Annual Conference
Texarkana, Texas (10/16/99)

"Child Pornography" and "The Witch Hunt, the Backlash, And Professionalism"
Northeast Child Maltreatment Conference
Providence, Rhode Island (11/15/99)

"Child Molestation"
2nd Annual Sex Crimes Conference
Sex Crimes/Child Abuse Investigators Association of New Jersey
Atlantic City, New Jersey (11/17/99)

"Child Abuse 2000: A Retrospective of the Past 25 Years, A Prospectus for the Future" and
"Online Child Pornography"
Sixteenth National Symposium on Child Sexual Abuse
Huntsville, Alabama (3/8/00)

"Sexual Victimization of Children"
Sex Offense Seminar
New York State Police
Albany, New York (5/24/00)

30

"Paraphilias Relating to the Sexual Victimization of Children"
"Child Pornography and Child Erotica" and "Acquaintance Child Molesters"
Twelfth Annual Crimes Against Children Seminar
Dallas, Texas (8/21-22/00)

"Violence Against Juveniles, Violence by Juveniles" and "Snuff Films"
Seventh Annual IHIA Conference
International Homicide Investigators Association
Quantico, Virginia (9/18/00)

"Overview of the Sexual Victimization of Children" and "Typology of Child Molesters"
Fifth Annual Fall Collaboration of Child Abuse Professionals
Kill Devil Hills, North Carolina (10/16/00)

"Sex Offender Continuum"
Children's Justice Task Force Conference
Morgantown and Charleston, West Virginia (10/11 & 12/00)

"Violence By and Violence Against Juveniles" and "Sex Offender Continuum"
4th Annual Broken Boundaries Conference
Warwick, Rhode Island (10/19/00)

"Acquaintance Molestation of Children"
Albany County Rape Crisis Center's 17th Annual Conference
Albany, New York (10/20/00)

"Application of Behavioral Analysis to the Investigation of Sexual Victimization of Children"
Professional Training Workshop
Chicago Children's Advocacy Center
Chicago, Illinois (1/12/01)

"Violence Against Juveniles, Violence by Juveniles"
San Diego Conference on Responding to Child Maltreatment
San Diego, California (1/26/01)

"Sexual Victimization of Children" and "Sex Offender Continuum"
Child Abuse Summit 2001 Conference
Portland, Oregon (4/19/01)

"Child Pornography"
APSAC Ninth Annual National Colloquium
Washington, D.C. (6/21/01)

"Sexual Victimization of Children"
The 13th Annual Conference of Southern Christian Services
Hattiesburg, Mississippi (7/26/01)

"Sex Offender Continuum"
Thirteenth Annual Crimes Against Children Seminar
Dallas, Texas (8/21-22/01)

"Computer Exploitation of Children"
California Sexual Assault Investigators Association Fall Training
South Lake Tahoe, Nevada (10/12/01)

"Questionable Child Pornography" & "Compliant Child Victims"
2002 Crimes Against Children Seminar
Dallas, Texas (8/5-6/02)

"Deviant Criminal Behavior"
Fourth Annual Violent Crime Analysis Regional Workshop
Los Angeles, California (8/7/02)

"The Sexual Victimization of Children: A Behavioral Analysis"
The 5th Annual Conference on Sex Offender Registration and Community Notification
Seattle, Washington (9/23/02)

"Child Molesters: A Behavioral Analysis"
New Jersey State Police Conference on Missing and Exploited Children
Eatontown, New Jersey (12/5/02)

"Behavioral Analysis of Sex Offenders"
The San Diego Conference on Child and Family Maltreatment
San Diego, California (2/4/03)

"Celebrating the Past, Embracing the Future: The Law Enforcement Perspective"
"Compliant Child Victims: Confronting an Uncomfortable Reality"
"A Typology of Child Molesters" (Approved for Continuing Medical Education Credits by
University of Alabama School of Medicine)
20th National Symposium on Child Abuse
Huntsville, Alabama (3/17-19/04)

"Use of Experts as Education Witnesses" and "A Typology of Child Molesters"
21st National Symposium on Child Abuse
Huntsville, Alabama (3/8-11/05)

"Compliant Child Victim" and "Sex Offender Continuum"
13th Annual Children's Justice Conference
Seattle, Washington (3/21/05)

"Compliant Child Victim" and "Computer Exploitation of Children"
Child Abuse Summit 2005 Conference
Portland, Oregon (4/28/05)

"Internet Sex Crimes" "Cyber Pedophiles" and "Child Pornography"
Oregon Association for Treatment of Sex Abusers
Portland, Oregon (4/29/05)

33

### University and Professional Groups

"Sexual Exploitation of Children"
Indiana University School of Nursing
Indianapolis, Indiana (3/18/82)

"Child Pornography and Youth Prostitution Rings"
American Society of Adolescent Psychiatry
Western States Conference
Seattle, Washington (9/25/82)

"Child Pornography and Prostitution"
American Orthopsychiatric Association Annual Meeting
Boston, Massachusetts (4/7/83)

"Child Molesters"
Department of Psychology, University of Alabama
Tuscaloosa, Alabama (12/9/83)

"Child Sexual Abuse"
American Orthopsychiatric Association Annual Meeting
Toronto, Canada (4/8/84)

"Sexual Victimization of Children"
Criminal Justice Center
Sam Houston State University
Huntsville, Texas (5/19/84)

"Pedophiles and Child Pornography"
University of Maryland Conference
Baltimore, Maryland (5/21/84)

"Child Molesters"
The Old Dominion University Conference
Portsmouth, Virginia (10/12/84)

"Sexual Abuse of Children"
University of Virginia School of Medicine
Charlottesville, Virginia (12/12/84)

"Child Pornography"
Duke University
Durham, North Carolina (1/12/85)

"Sex Offenders"
Medical Assessment and Treatment of Sex Offenders
Johns Hopkins University
Baltimore, Maryland (2/21/85)

"Child Molesters"
6th Annual Symposium on Critical Issues in Criminal Justice: Exploitation of the Child
Loyola University
Chicago, Illinois (2/27/85)

"Child Molesters - A Law Enforcement Perspective"
Academy of Criminal Justice Sciences Annual Meeting
Las Vegas, Nevada (4/2/85)

"Child Molesters"
Mount Vernon Mental Health Center
George Mason University
Fairfax, Virginia (5/17/85)

"Child Molesters"
Interdisciplinary Conference on Sexual Victimization of Children
Old Dominion University
Virginia Beach, Virginia (9/25-27/85)

"Child Pornography and Sex Rings"
Delinquency Control Institute
University of Southern California
Los Angeles, California (10/2/85)

"Recognition of Child Molesters"
Fairfax County Public Schools
Reston, Virginia (12/19/85)

"Ritualistic Sexual Abuse of Children"
National Conference Taylor Institute and University of Chicago
Chicago, Illinois (4/16-19/86)

"Typology and Treatability of Child Molester"
National College of District Attorneys
New Orleans, Louisiana (10/15/86)

"Child Molester Typology"
National Council of Juvenile and Family Court Judges
Columbus, Ohio (10/28/86)

"Child Molester Typology"
Delinquency Control Institute
University of Southern California
Los Angeles, California (1/16/87)

"Sexual Abuse of Children Offender Profiles"
Flaschner Judicial Institute
Natick, Massachusetts (4/10/87)

"Forensic Evaluations in Child Sexual Abuse Cases"
Institute of Law, Psychiatry and Public Policy
University of Virginia
Charlottesville, Virginia (4/17/87)

"Child Molester Typology"
Harvard Association of Police Science
Williamsburg, Virginia (6/22-24/87)

"Child Pornography"
National College of District Attorneys
Philadelphia, Pennsylvania (12/1/87)

"Multiple Victim/Multiple Perpetrator Cases"
California Professional Society on the Abuse of Children
Costa Mesa, California (12/4/87)

"Typology of Child Molesters" and "Corroboration of Child Sexual Abuse"
Pennsylvania District Attorneys Association
Philadelphia, Pennsylvania (2/10/88)

"Ritualistic Abuse of Children"
National District Attorneys Association
Reno, Nevada (3/2/88)

"Typology of Child Molesters"
Academy of Criminal Justice Sciences Annual Conference
San Francisco, California (4/5-6/88)

"Ritualistic Abuse of Children"
Multiple Personality Study Group of Washington, D.C.
Washington, D.C. (7/22/88)

"Ritualistic Abuse of Children"
St. Albans Psychiatric Hospital
Roanoke, Virginia (9/13/88)

"Ritualistic Abuse of Children"
Psychiatric Residents' Conference
Walter Reed Army Medical Center
Washington, D.C. (9/29/88)

"Typology of Child Molesters" and "Disposition and Offenders"
Tri-State Judicial Conference
National Judicial College
Fargo, North Dakota (10/7-8/88)

"Baby Kidnapings"
National Symposium on Violence in Health Care
International Association for Hospital Security
Washington, D.C. (ll/11/88)

"Child Pornography"
National College of District Attorneys
Baltimore, Maryland (11/28/88)

"Ritualistic Abuse of Children"
Maryland Department of Health and Mental Hygiene
Spring Grove Hospital Center
Cantonsville, Maryland 21228 (3/17/89)

"Ritualistic Abuse of Children"
Academy of Criminal Justice Sciences Annual Conference
Washington, D.C. (3/29/89)

"Overview of Sexual Abuse of Children"
University of Baltimore
Baltimore, Maryland (4/6/89)

"Ritualistic Abuse of Children"
Middle Atlantic-Great Lakes Organized Crime
Law Enforcement Network
Towson, Maryland (6/1/89)

"Child Sex Rings"
National Center for the Prosecution of Child Abuse
Leesburg, Virginia (10/12/89)

"Satanic, Occult, Ritualistic Crime"
American Academy of Psychiatry and the Law
Quantico, Virginia (10/19/89)

"Child Pornography"
National College of District Attorneys
Orlando, Florida (10/29/89)

"Child Sexual Abuse"
University of South Carolina Law School
Columbia, South Carolina (1/26/90)

"Satanic, Occult, Ritualistic Crime" .
National Council of Juvenile and Family Court Judges
New Orleans, Louisiana (3/28/90)

"Ritualistic Abuse of Children"
Judicial Education Committee for Oregon Judges
Portland, Oregon (6/7/90)

"Child Sex Rings"
Loma Linda University School of Medicine
San Bernardino, California (11/1/90)

"Child Molesters"
2nd Annual Forensic Psychiatry Seminar
Walter Reed Army Medical Center
Washington, D.C. (ll/19/90)

"Typology of Child Molesters"
"Multidimensional Child Sex Rings"
American Academy of Forensic Sciences
Anaheim, California (2/21-22/91)

"Criminal Sex Offenders"
Maryland Division of Parole and Probation
Baltimore, Maryland (5/20-22/91)

"Ritual Abuse of Children"
American Psychological Association Annual Meeting
San Francisco, California (8/16-20/91)

"Child Pornography and Sex Rings"
National Center for Prosecution of Child Abuse
Basic Training for Prosecutors
Hartford, Connecticut (6/29/91)
Seattle, Washington (8/31/91)

"Satanic, Cult, and Ritualistic Crime"
American Academy of Psychiatry and the Law Annual Meeting
Orlando, Florida (10/17/91)

"Sexual Victimization of Children: Current Controversies"
The Law and Treatment of Sexual Offenders
Arlington Bar Association
Arlington, Virginia (11/21/92)

"Ritualistic Abuse of Children"
Northern Virginia Chapter of Clinical Counselors
Annandale, Virginia (9/25/92)

"Typology of Child Molesters"
Orange County California Social Services Agency
Santa Ana, California (1/29/92)

"Evaluation of Child Molesters"
St Luke Institute for Sexual Disorders
Suitland, Maryland (3/25/93)

"Child Pornography and Sex Rings"
National Center for Prosecution of Child Abuse
Georgetown University, Washington, DC (8/13/93)

"Organized Sadistic Abuse"
Sixth Eastern Regional Conference on Abuse & Multiple Personality
Alexandria, Virginia (6/13/94)

"Identifying Child Molesters"
Points of Light National Community Service Conference
Washington, DC (6/14/94)

"Corroboration of Child Sexual Abuse Allegations"
Forensic Nursing Institute, University of Virginia
Charlottesville, Virginia (6/23/94)

"Child Pornography and Sex Rings"
National Center for Prosecution of Child Abuse
Kansas City, Missouri (8/5/94)

"Ritual Abuse: Definition and Diagnosis"
Meeting of American Academy of Child and Adolescent Psychiatry
New York, New York (10/29/94)

"Corroboration of Child Sexual Abuse Allegations"
Forensic Nursing Institute, University of Virginia
Charlottesville, Virginia (6/22/95)

"Child Sexual Abuse: Victim and Offender Patterns of Behavior"
Sexual Assault Center of Prince George's Hospital Center
Cheverly, Maryland (10/16/95)

"Sexual Victimization of Children"
Eighteenth National Children's Law Conference
National Association of Counsel for Children
Boston, Massachusetts (9/15/95)

"Computers, On-Line Services and the Internet: How They Are Used in the Sexual Victimization
of Children"
Fifteenth Annual Research and Treatment Conference
The Association for the Treatment of Sexual Abusers
Chicago, Illinois (11/16/96)

"Sexual Victimization of Children: A Behavioral Analysis"
George Mason University
Manassas, Virginia (5/28-29/97)

"Situational and Preferential Child Molesters: A Typology"
34th Semi-Annual Forensic Symposium
Institute of Law, Psychiatry, and Public Policy
University of Virginia
Charlottesville, Virginia (5/8/98)

"Offender Typology"
Beyond the Basics: Investigation of Child Exploitation Cases
American Prosecutors Research Institute
Arlington, Virginia (5/11/98)

"Overview of Sexual Victimization" & "Child Abduction"
Children of Violence Conference
Old Dominion University
Norfolk, Virginia (6/1/98)

"Sex Offender Continuum"
Grand Rounds - University of Virginia
Department of Psychiatric Medicine - Western State Hospital
Staunton, Virginia (7/29/98)

"Sexual Victimization of Children"
American Re-EDucation Association Conference
Norfolk, Virginia (8/25/98)

"Investigating Crimes Against Children"
Arnold Markle Symposium
Lee Institute of Forensic Science & University of New Haven
West Haven, Connecticut (3/18/99)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
National Advocacy Center
Columbia, South Carolina (6/24/99)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
Santa Fe, New Mexico (12/6/99)

"Cults and Compounds"
27th National Conference on Juvenile Justice
National Council of Juvenile and Family Court Judges
Tampa, Florida (3/21/00)

"Overview of Sexual Victimization of Children"
Seventh Annual Childhood Violence Symposium
Department of Pediatrics
State University of New York at Buffalo
Buffalo, New York (4/6/00)

"Shielding Children from Molestation and Abuse"
27th Annual Training Conference
National Head Start Association
Washington, DC (4/27/00)

"History and Future Trends of Behavioral Analysis in Crimes Against Children"
International Criminal Investigative Analysis Fellowship Seminar
FBI Academy
Quantico, Virginia (9/25/00)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
Santa Fe, New Mexico (12/4/00)

"Offender Typology"
Investigation and Prosecution of Child Sexual Exploitation
American Prosecutors Research Institute
Santa Fe, New Mexico (11/27/01)

"Offender Typology"
Prosecuting Online Crimes Against Children
American Prosecutors Research Institute
Sacramento, California (7/22/02)

"Sexual Victimization of Children"
Carelink Community Support Services
Norristown State Hospital
Norristown, Pennsylvania (11/8/02)

"Clergy Sexual Victimization" (Plenary Session)
"Corroborative Evidence in Clergy Molestation Cases"
First National Conference on Clergy Abuse
Benjamin N. Cardozo School of Law
New York, New York (4/10-11/03)

"Pedophilia in the United States"
U.S. Conference of Catholic Bishops
Auditor Training
St. Louis, Missouri (5/20/03)

"Compliant Child Victims"
38th Semi-Annual Forensic Symposium
Institute of Law, Psychiatry, and Public Policy
University of Virginia
Charlottesville, Virginia (9/26/03)

"Compliant Child Victims"
Psychological and Legal Issues of Internet Abuse Images Conference
Department of Applied Psychology
University College Cork
Cork, Ireland (5/24-26/04)

"Sexual Victimization of Children by Your Client's Employees and Agents"
Federation of Defense and Corporate Counsel
FDCC 2004 Annual Meeting
Cambridge, Maryland (7/29/04)

"*Capturing the Friedmans*: What it Tells Us about Our Justice System"
Panel Discussion
The Association of the Bar of the City of New York
New York, New York (10/6/04)

"Child Molesters: A Behavioral Analysis"
Polygraph 2004 Tri-State Symposium
American Polygraph Association
Virginia Beach, Virginia (11/5/04)

"Cyber 'Pedophiles': A Behavioral Analysis"
Internet Child Abuse and Pornography Seminar
American Bar Association
Washington, DC (11/12/04)

"Satanic Ritual Abuse"
Tyndale University College and Seminary
Toronto, Canada (11/17/04)

"Compliant Child Victims and Online Crimes Cases"
Unsafe Havens II: Advanced Trial Advocacy for Prosecution of Online Crimes Against Children
American Prosecutors Research Institute
National Advocacy Center
Columbia, South Carolina (6/6/05)

43

44

### Governmental Bodies

"Criminal Personality Profiling"
President's Task Force on Victims of Crime
Washington, D.C. (10/15/82)

"Child Pornography and Prostitution"
National Child Sexual Abuse Planning Team
Chesapeake Institute and White House Staff
Washington, D.C. (4/1/83)

"Sexual Exploitation of Children"
White House Cabinet Staff Conference
White House, Washington, D.C. (6/20/83)

"The Pedophile: A Law Enforcement Perspective"
U.S. Attorney General's Task Force on Family Violence
San Antonio, Texas (2/1/84)

"Pedophile Collectors"
U.S. Department of Justice National Obscenity Seminar
Washington, D.C. (5/17/84)

"Child Molesters"
Bronx County Special Grand Jury
Bronx, N.Y. (ll/28/84)

"Missing and Exploited Children"
White House Strategy Conference
Washington, D.C. (4/3/85)

"Child Molesters"
Missouri Association of Prosecuting Attorneys Annual Conference
Lake of Ozarks, Missouri (5/22/85)

"Pornography"
U.S. Attorney General's Commission on Pornography
Washington, D.C. (6/19/85)

"Child Pornography"
U.S. Attorney General's Commission on Pornography
Miami, Florida (11/20/85)

"Sexual Victimization of Children"
President's Child Safety Partnership
Washington, D.C. (1/16/86)

"Child Pornography"
Briefing for House of Representatives Legislative Assistants
Quantico, Virginia (11/19/86)

"Child Pornography"
U.S. Department of Justice Obscenity and Child
Pornography Prosecution Conference
Washington, D.C. (3/4/87)

"Sexual Exploitation of Children"
Vermont United States Attorney's Office
Rutland, Vermont (8/11-13/87)

"Missing Children"
U.S. Attorney General's Advisory Board on Missing Children
Los Angeles, California (7/30/87)

"Sexual Exploitation of Children"
Mississippi United States Attorney's Office
Jackson, Mississippi (11/4-5/87)

"Sexual Exploitation of Children"
Virginia and Maryland United States Attorney's Offices
Roanoke, Virginia (11/9/87)

"Sexual Exploitation of Children"
California United States Attorney's Offices
Sacramento and Newport Beach, California (3/1/88 & 3/3/88)

"Maligned Investigator of Criminal Sexuality"
Advanced Conference on Federal Obscenity and Child
Pornography Prosecution
U.S. Department of Justice
Washington, D.C. (5/23/88)

"Typology of Child Molesters"
North Dakota Attorney General's Conference
Bismarck, North Dakota (10/6/88)

46

"Ritualistic Crime"
Texas Attorney General's Conference on Law Enforcement
Austin, Texas (10/14/88)

"Sexual Abuse on Indian Reservations"
Briefing for U.S. Senate Special
Committee on Investigations
Quantico, Virginia (10/17/88)

"Sexual Exploitation of Children"
Western District U.S. Attorney's Office
Batavia, New York (10/18-19/88)

"Overview of Sexual Exploitation of Children"
Federal Crimes Against Children Conference
U.S. Department of Justice
Alexandria, Virginia (2/16/89)

"Child Sex Rings"
Department of Defense Training Seminar
Tyson's Corner, Virginia (9/15/89)

"Child Molester Typology"
Department of Defense Polygraph Institute
Ft. McClellan, Alabama (10/28/89)

"Child Sexual Abuse"
White House Briefing
Washington, D.C. (4/18/90)

"Child Pornography" and "Pedophile Profiles"
Child Exploitation and Obscenity Seminar
U.S. Department of Justice
Portland, Oregon (8/28/91)

"Child Sexual Abuse"
Royal Canadian Mounted Police Academy
Vancouver, British Columbia, Canada (9/3/91)

"Sex Crimes"
Pacific Training Initiative
Agana, Guam (9/23-27/91)
Pago Pago, American Samoa (4/19-24/92)

"Typology of Child Molesters"
"Overview of Sexual Victimization of Children"
Attorney General's Task Force on Child Abuse Conference
Durham, New Hampshire (4/9/93)

"Child Pornography and Computers"
Briefing for U.S. Senate Staff
Permanent Subcommittee on Investigation
Washington, D.C. (12/15/93)

"Ritual Abuse of Children"
San Diego County Grand Jury
San Diego, California (1/94)

"Child Pornography"
Maryland Governor's Conference on Child Abuse and Neglect
Baltimore, Maryland (4/28/94)

"Sexual Victimization of Children"
Interpersonal Violence and Serial Murder Seminar
Finnish National Police
Helsinki, Finland (11/7-11/94)

"Child Molester Typology"
Maryland Governor's Conference on Child Abuse and Neglect
Baltimore, Maryland (4/28/95)

"Children Used in Cult Rituals"
Briefing of U.S. Senate Staff
Committee on the Judiciary
Washington, D.C. (1/17/96)

"Computer Generated Child Pornography"
Briefing For U.S. Senate Staff
Committee on the Judiciary
Washington, D.C. (1/17/96)

"Understanding Child Molesters"
Sex Offender Treatment Program
U.S. Naval Consolidated Brig Miramar
San Diego, California (1/24/96)

"Sex Offender Continuum"
Maryland Governor's Conference on Child Sexual Abuse and Neglect
Baltimore, Maryland (4/12/96)

"Sexual Victimization of Children"
Royal Commission into the New South Wales Police Service
Sydney, Australia (via video teleconference) (9/4/96)

"Profiling and Presenting Evidence about the Violent Offender"
Office of Legal Education, Executive Office for U.S. Attorneys
Albuquerque, New Mexico (3/12-14/97)

"Use of Computers in the Sexual Exploitation of Children"
U.S.-Russian Seminar on International Trafficking of Woman and Children for Sexual Exploitation,
U.S. Department of State
Washington, D.C. (4/10/97)

"Use of Computers in the Sexual Exploitation of Children"
Office of Criminal Justice Planning, Office of Attorney General
Los Angeles, California (4/24/97)

"Sex Offenders and Social Policy: A National Perspective"
Wisconsin Attorney General's Law Enforcement Conference
Oshkosh, Wisconsin (5/21/97)

"Sex Offender Continuum" "Child Pornography: Questionable Cases"
International Child Pornography Training Workshop
U.S. Customs Service
New Orleans, Louisiana (6/11-12/97)

"Child Pornography"
South Carolina Office of the Attorney General Seminar
Columbia, South Carolina (7/25/97)

"Sex Offender Continuum"
Maryland Governor's Conference on Child Abuse and Neglect
Baltimore, Maryland (11/5/97)

"The Sex Offender Profile"
Canadian Conference on the Sexual Exploitation of Children
Solicitor General of Canada
London, Ontario, Canada (11/3/97)

"Sexual Exploitation of Children"
New South Wales Police Academy
Goulburn, Australia (2/10-12/98)

"Sex Offender Continuum" "Child Pornography: Questionable Cases"
U.S. Postal Inspection Service Training
Huntsville, Alabama (3/16-17/98)

"Crimes Against Children"
Higher Learning Academy
Russian Ministry of Internal Affairs
Moscow, Russia (4/6-10/98)

"Psychology of Offenders"
Child Exploitation Seminar
Office of Legal Education, U.S. Department of Justice
National Advocacy Center
Columbia, South Carolina (5/6/98)

"Typology of Sex Offenders"
Interpol Standing Working Party on Offenses Against Children
Ottawa, Canada (10/8/98)

"Dynamics of Child Sexual Exploitation-Victims and Offenders"
Internet Crimes Against Children Task Forces Training
Office of Juvenile Justice and Delinquency Prevention
U.S. Department of Justice
Arlington, Virginia (11/1/98)

"Profiles of Sexual Predators"
Regional Conference on Sexual Assault and Violence Against Women
Suffolk County District Attorney's Office
Central Islip, New York (11/12/98)

"Sexual Victimization of Children"
National Crime Faculty Staff Development Conference
Police Staff College
Bramshill, United Kingdom (11/24/98)

"Computer Exploitation of Children"
Satellite Conference for Federal Pre-trial and Probation Officers
Federal Judicial Center, Court Education Division
Washington, D.C. (12/3/98)

"Understanding Your Enemy"
Child Safety and the Internet Policy Forum
Governor's Office of Criminal Justice Planning
Sacramento, California (3/5/99)

"Cyber 'Pedophiles'"
Prosecuting Child Exploitation
Naval Criminal Investigative Service
Arlington, Virginia (3/10/99)

"Sex Offender Continuum"
Investigating Sexual Assault Conference
King County Department of Judicial Administration
Seattle, Washington (3/24/99)

"Child Sex Rings"
Maryland Governor's Conference on Child Abuse and Neglect
College Park, Maryland (4/22/99)

"Computer Exploitation of Children"
National Association of Crime Victim Compensation
Albuquerque, New Mexico (5/4/99)

"Sexual Exploitation of Children"
Combined Law Enforcement Coordinating Committee Conference
Jackson, Wyoming (5/18/99)

"Analysis of Cyber 'Pedophiles'"
Keynote Address at Computer Crimes Course
U.S. Naval Justice School
Norfolk, Virginia (7/28/99)

"Cyber 'Pedophiles': A Behavioral Perspective"
Internet Crimes Against Children Conference
United States Attorney Eastern District of North Carolina
Raleigh, North Carolina (10/3/00)

"Sexual Victimization of Children: A Law Enforcement Perspective"
FBI Family Violence Symposium
Leesburg, Virginia (8/3-8/03)

"Compliant Child Victim"
Investigation and Prosecution of Child Sexual Exploitation Interagency Conference
United States Attorney Middle District of Florida
Tampa, Florida (9/30/03)

"Victim Issues"
"Education and Prevention"
Working Group on Online Sexual Victimization of Children
FBI Academy
Quantico, Virginia (2/4-5/04)

"Ethics: The Importance of Objectivity In Child Exploitation Investigations and Prosecutions"
"The Benefits of Understanding Offenders"
"Why Children are Compliant Victims"
Investigation and Prosecution of Advanced Child Exploitation Cases
National Advocacy Center
Columbia, South Carolina (3/15-16/04)

"Compliant Child Victim"
For Kids' Sake Conference
United States Attorney Southern District of Indiana
Indianapolis, Indiana (4/14/04)

"Sexual Victimization of Children: A Behavioral Analysis"
Netherlands National Police Agency
National Criminal Intelligence Department
Zutphen, Netherlands (5/17-19/04)

"The Great Facilitator: History and Evolution"
"Compliant Victim Issues"
FBI International Online Child Sexual Victimization Symposium
Leesburg, Virginia (6/7-10/04)

"Sexual Victimization of Children: A Behavioral Analysis"
Multidisciplinary Team Training
Oregon Department of Justice
Eugene, Oregon (11/2/04)

## CONGRESSIONAL TESTIMONY

"Preventing the Abuse of Children in Child Care Facilities: Pedophile Characteristics"
U.S. Senate
Subcommittee on Juvenile Justice
Washington, D.C. (4/11/84)

"Pedophile Collectors"
U.S. Senate
Subcommittee on Juvenile Justice
Washington, D.C. (8/8/84)

"Use of Computers by Pedophiles"
U.S. Senate
Subcommittee on Security and Terrorism
Washington, D.C. (6/11/85)

"Child Victims of Exploitation"
U.S. House of Representatives
Select Committee on Children, Youth and Families
Washington, D.C. (10/31/85)

"Child Abduction"
U.S. House of Representatives
Committee on Government Operations
Washington, D.C. (4/9/86)

"Child Abduction"
U.S. House of Representatives
Committee on the Judiciary, Subcommittee on Crime
Washington, D.C. (9/14/95)

"The Aftermath of Waco - Changes in Law Enforcement"
U.S. Senate
Committee on the Judiciary
Washington, D.C. (11/1/95)

## COURT TESTIMONY and DEPOSITIONS

State of Maryland versus David Arnold Ratzow
Criminal Case #82-844
Prince George's County, Maryland
11/10/82

State of Maryland versus Leo Joseph Hudson
Criminal Case #83-94
Prince George's County, Maryland
6/13/83

State of New Hampshire versus Joseph Matheson
Criminal Case
Hillsborough County, New Hampshire
11/17/83

State of Maryland versus Robert Anthony McCormick
Criminal Case #83-924
Prince George's County, Maryland
2/15/84

Commonwealth of Virginia versus Ray Nardella
Criminal Case
Prince William County, Virginia
2/11/85

State of Texas versus David Sonenschein
Criminal Case
Travis County, Texas
4/15/85

United States versus Mervyn Harold Cross
Criminal Case #84-192-CR-T-17 (A)
Middle District of Florida
Tampa, Florida
3/11/86
928 F. 2d 1030 (11th Cir 1990)

State of Florida versus Ronald Mulholland
Criminal Case #86-5821 CF
Broward County, Florida
7/31/86

United States versus Donald Dobson
Criminal Case
District of Massachusetts
Boston, Massachusetts
2/17/87

State of Pennsylvania versus Donald E. Ruby
Criminal Case #86-165
41st Judicial District
Perry County, Pennsylvania
3/19/87

State of New Jersey versus Margaret Kelley Michaels
Criminal Case
Essex County, New Jersey
4/22/87

State of Maryland versus Thomas E. Zimmerman
Criminal Case #32, 712-714
Anne Arundel County, Maryland
3/14/88

State of Alaska versus Frank Feichtinger
Criminal Case #88-7011
Anchorage, Alaska
12/15/89

United States versus Michael Feaster
Criminal Case #F 3313-89
District of Columbia
4/23/90

State of Maryland versus Eliseo Juco Miraflor, Jr.
Criminal Case #89-1472
Prince George's County, Maryland
4/24/90

United States versus Ronald Steven Bowman
Criminal Case #90-00094
Western District of Virginia
Roanoke, Virginia
10/16/90

United States versus Larry Lane Bateman
Criminal Case #92-62-01-D
District of New Hampshire
Concord, New Hampshire
1/11/93

People versus Dale Akiki
Criminal Case #CR 129395
District Court
San Diego, California
11/8/93

State of Oklahoma versus Jimmy Ray Slaughter
Criminal Case #CRF 92-92
State District Court
Oklahoma City, Oklahoma
9/2/94

Commonwealth versus David Dickman
Criminal Case #C.P. 93-07-3271
First Judicial District of Pennsylvania
Philadelphia, Pennsylvania
5/9 & 17/95

State of Texas versus Eric Charles Nenno
Criminal Case #689920
208th State District Court
Houston, Texas
1/29/96

United States versus Robert J. Hennie
Criminal Case #1:95-CR-316
Northern District of Ohio
Akron, Ohio
6/13/96

United States versus Funds Held in the Name of Or for the Benefit of John Hugh Wetterer
Civil Action #CV-91-0234
Eastern District of New York
Uniondale, New York
5/23/97

United States versus Richard Romero
Criminal Case #96-CR-167
Northern District of Illinois
Chicago, Illinois
6/17-18/97 & 10/6/97
189 F. 3d 576 (7th Cir 1999)

State of Texas versus Rudolph Edward Kos
Criminal Case #F-97 32232
Dallas, Texas
3/30/98

United States versus Stephen Parrish
Criminal Case #1:98-CR-036
Northern District of Georgia
Atlanta, Georgia
5/13/98

United States versus Donald G. Stevens
Criminal Case #A97-0121-01CR
District of Alaska
Anchorage, Alaska
9/29/98

State of Texas versus Charles Richard Willits
Criminal Case # 98-4725
299th District Court of Travis County
Austin, Texas
10/14/99

United States versus Kenneth Long
Criminal Case # 99-182
District of Columbia
11/10&12/99
328 F. 3d 655 (D.C. Cir. 2003)

United States versus Corporal Timothy D. Webb, U.S.M.C.
General Court Martial
Quantico, Virginia
5/9/00

United States versus Sergeant Michael B. Hays, U.S. Army
General Court Martial
Grafenwoehr, Germany
6/7/00

United States versus Richard Bagarozy and Edward Federiwicz
Criminal Case # 94-338
District of New Jersey
Newark, New Jersey
9/8/00

Deposition
CRM, CCM, and CAM v. The Assemblies of God, Inc. et al
Civil Case #D98-3741
District Court of Dallas County, Texas
Washington, D.C.
5/9/01

CRM, CCM, and CAM v. The Assemblies of God, Inc. et al
Civil Case #D98-3741
District Court of Dallas County, Texas
Dallas, Texas
8/10/01

Deposition
M.A. and J.A., etc. v. Nova Southeastern University, Inc., etc
Civil Case #00-11941 (21)
Broward Circuit Court, Florida
Manassas, Virginia
8/17/01 and 8/31/01

New Mexico versus Lloyd Sperry
Criminal Case# 0200100200
Ninth Judicial District Court
Clovis, New Mexico
2/18/02

Deposition
Jane Doe v. Aramark Educational Resources, Inc.
Civil Case No. 3-01-0130
United States District Court for Middle District of Tennessee
Washington, D.C.
5/4/02

58

Deposition
Cunningham v. City of Wenatchee et al.
U.S. District Court No. 2:01-cs-00058 WFN
Manassas, Virginia
6/25/02

State of Texas versus Ronald Gene Means
Cause # 9766-A, 9767-A
87th Judicial District Court
Groesbeck, Texas
7/25/02

United States versus Scott Hayward.
Criminal Case # 02-63
Western District of Pennsylvania
Pittsburgh, Pennsylvania
7/29/02
2004 WL 405936 (3rd Cir, 3/5/04)

State of Connecticut versus John Sorabella
Docket # HHB-CR00-188041 & 188042
Superior Court - New Britain Judicial District
New Britain, Connecticut
12/10/02

Deposition
Kennedy v. Clark County, et al.
U.S. District Court, Western District of Washington, No. C01-5631JKA
Manassas, Virginia
1/9/03

Testimony
Investigating Grand Jury
Philadelphia, Pennsylvania
5/16/03

Deposition
JL and TL, et al. v. Cleland Troy Trickel, et al.
Superior Court for State of Alaska, Case No. 3KN-01-884 Civil
Washington, D.C.
8/19/03

Deposition
Nicholas, et al. v. Wyndham International, Inc., et al.
District Court of the Virgin Islands, Civil No. 2001/147-M/R
Washington, D.C.
9/25/03

Deposition
JL and TL, et al. v. Cleland Troy Trickel, et al.
Superior Court for State of Alaska, Case No. 3KN-01-884 Civil
Fredericksburg, Virginia
10/21/03

United States versus Dwight York
Criminal Case #5:02-CR-27-HL
United States District Court, Middle District of Georgia
Macon, Georgia
12/16/03

United States versus Dwight York
Criminal Case #5:02-CR-27-HL
United States District Court, Middle District of Georgia
Brunswick, Georgia
1/7/04

JL and TL, et al. v. Cleland Troy Trickel, et al.
Superior Court for State of Alaska, Case No. 3KN-01-884 Civil
Kenai, Alaska
1/26/04

Testimony
Investigating Grand Jury
Philadelphia, Pennsylvania
4/1/04

Deposition
Tony Dean Arbaugh v. Board of Education
U. S. District Court for Northern District of West Virginia Civil Action #2:01cv50
Fredericksburg, Virginia
4/15/04

T.R. v. Tannehill and The Boy Scouts of America, et al.
Multnomah County Circuit Court Case No. 0206-05750
Portland, Oregon
4/26/04

United States versus Ronald Forrest
Criminal Case # AW-03-0458
United States District Court, District of Maryland
Greenbelt, Maryland
5/13/04

United States versus John Jones
Criminal Case #F-2851-03
District of Columbia Superior Court
Washington, DC
6/2/04

State of Illinois versus Cecil S. Sutherland
Case No. 88-CF-73
Circuit Court for the Second Judicial Circuit
Jefferson County, Illinois
6/4/04

United States versus Roderick Long
Criminal Case #04-238M
U.S. District Court for Western District of Pennsylvania
Pittsburgh, Pennsylvania
6/29/04

United States versus Raymond Davenport
Criminal Case #EV 03-027-CR-01-Y/H
U.S. District Court for Southern District of Indiana
Evansville, Indiana
7/19/04

Deposition
JM (a minor), et al. v. Van Dyke
Superior Court of New Jersey - Somerset County Docket No. SOM-L-1401-02
Fredericksburg, Virginia
8/04/04

Deposition
McAuliff versus Lake Washington School District
Superior Court of Washington for King County, Civil Action 03-2-26349-4
Fredericksburg, Virginia
09/24/04

Deposition
D.W. versus St. Pius X Catholic Parish
District Court of Dallas, Texas, Civil Case 01-7580
Richmond, Virginia
11/9/04

United States versus CPL Joel W. Pratt, U.S. Army
General Court Martial
Fort Drum, New York
12/14/04

Deposition
L. Doe versus Doe 1, et al.
Superior Court of California, County of Alameda
Civil Case No. RG03104998
San Francisco, California
12/21/04

Deposition
State of Florida versus Gervasio Torres, Jr.
Criminal Case 03CF012679A02
Circuit Court of the Fifteenth Judicial Circuit
Palm Beach County, Florida
2/1/05

Deposition
Bob Thatcher versus The Roman Catholic Bishop of Oakland
Superior Court of California, County of Alameda
Civil Case No. RG03085045
San Francisco, California
3/1/05

Deposition
Local Church versus Harvest House Publishers
District Court of Harris County, Texas
Civil Case No. 2001-65993
Richmond, Virginia
4/1/05

State of Florida versus Gervasio Torres, Jr.
Criminal Case 03CF012679A02
Circuit Court of the Fifteenth Judicial Circuit
Palm Beach County, Florida
4/12/05

State of Florida versus Gervasio Torres, Jr.
Criminal Case 03CF012679A02
Circuit Court of the Fifteenth Judicial Circuit
Palm Beach County, Florida
4/20/05