# Computer Exploitation of Children

Kenneth V. Lanning

8/19/05

# Investigative Typology

- Developed by Ken Lanning
- Published:
  1. *Child Molesters: A Behavioral Analysis* (NCMEC 4th Ed 2001)
- Peer Reviewed
- Motivation Continuum



# Preferential Sex Offender

## 1. Long-Term & Persistent Pattern

a. Begins Pattern in Early Adolescence

b. Is Willing to Commit Time, Money, and Energy

c. Commits Multiple Offenses

d. Makes Ritual/Need-Driven Mistakes

# Preferential Sex Offender

2. Specific Sexual Interests

   a. Manifests Paraphilic Preferences (May be Multiple)
   b. Focuses on Defined Sexual Interests
      - Victim Characteristics
   c. Centers Life Around Preferences
   d. Rationalizes Sexual Interest

# Preferential Sex Offender

## 3. Well-Developed Techniques

a. Evaluates Experiences

b. Lies & Manipulates, Often Skillfully

c. Has Method of Access to Victims

d. Is Quick to Use New Technology (e.g., VCR, Computer) for Sexual Needs and Purposes

K. Lanning

# Preferential Sex Offender

4. **Fantasy Driven**
   a. Collects Theme Pornography
   b. Collects Paraphernalia, Souvenirs, Videotapes, etc.
   c. Records Fantasies
   d. Acts to Turn Fantasy into Reality

# Cyber Offender?
## Modern Technology Meets Long-Known & Well-Documented Behavioral Needs

K. Lanning

## Appeal of Computer

- Access to Child Pornography
  1. Fuel Arousal Patterns
  2. Facilitate Swapping & Trading
  3. Reduce Risk: Increase Profiteers
- Validation Behavior
  - Utilize Cutting Edge Technology
  - Finding Others who Share Interests

K. Lanning

# Offender Validation

☐ Passive
1. Read Books & Articles, Join Support Groups, Collect Material, etc.

☐ Active
2. Direct Contact with People, Share Experiences and Fantasies, etc.

# Computer Offenders

1. Situational
   a. "Normal" Adolescent/Adult
   b. Morally Indiscriminate
   c. Profiteers

K. Lanning

# Computer Offenders

2. Preferential
   a. Pedophile
   b. Diverse
   c. Latent

K. Lanning

## Latent Offender

"Sadly, I have come to suspect that some individuals with potentially latent sexual preferences have begun to criminally act out when their inhibitions are weakened after their arousal patterns are <u>fueled and validated</u> through online computer communication."

SSA Kenneth V. Lanning

# Computer "Offenders"

## 3. Miscellaneous

a. Media Reporters
b. Pranksters
c. Older "Boyfriends"
d. Overzealous Civilians

K. Lanning