UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| GIRARD LAFORTUNE | ) | |

GOVERNMENT'S WITNESS LIST

The United States submits this list of witnesses it may call at trial of this case:

1. Todd Richards
   FBI Boston

2. David George
   FBI Boston

3. Sakua S.J. Okuri
   FBI Boston

4. Lawrence Travaglia
   FBI Boston

5. Frank MacKenzie
   Billerica Police Department

6. Kari Morales Marsh
   FBI Tucson, Arizona

7. Elaine Jefferson
   FBI Boston (retired)

8. Custodian of Records
   Yahoo

9. Custodian of Records
   Comcast

10. Lam Nguyen
    U.S. Department of Justice
    Washington, D.C.

11. Kevin Swindon
    FBI Boston

12. Melissa McDonald
    Bureau of Immigration and Customs Enforcement
    Nevada

13. Barry Witrick
    FBI Georgia

14. Celeste Wilson, M.D.
    Children's Hospital, Boston

15. Greg Catey
    FBI Springfield, Illinois

16. Brian Pickens
    FBI Kansas City

17. Kenneth Lanning
    Virginia

18. Thomas Daly
    FBI Boston

19. Christopher Hedrick
    FBI Oklahoma

20. George Galinos
    Billerica Police Department


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                       By: /s/ George W. Vien
                            George W. Vien
                            Assistant U.S. Attorney
                            Sara L. Gottivi
Dated: October 20, 2005    Trial Attorney