```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
          V.                  )    CRIMINAL NO. 03-10366-PBS
                              )
GIRARD LAFORTUNE              )
```

## GOVERNMENT'S EXHIBIT LIST

The United States submits this list of exhibits the government may seek to introduce at trial:

1. Screen Shots of Undercover Work By FBI SA Kari Morales Marsh

2. Yahoo Subpoena/Search Warrant Documents

3. Comcast Documents

4. Photographs From Search

5. CD Case Seized During Search

6. CD - Rim Holly Seized During Search

7. Yahoo Documents Seized During Search

8. Blue Ledger Book Seized During Search

9. Photos Shown To Lafortune And Identified By Him

10. Chat Transcripts

11. Lafortune Prior Conviction Documents

12. Images Printed From Rim Holly CD

13. Form Signed By Lafortune - Consent To Undercover Name davyjones20002000

14. Printouts Reflecting Contents Of Lafortune's Computer

15. Lanning Powerpoint

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                               By:  /s/ George W. Vien
                                    George W. Vien
                                    Assistant U.S. Attorney
                                    Sara L. Gottovi
Dated: October 20, 2005             Trial Attorney
```