UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| GIRARD LAFORTUNE | ) | |

DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

The defendant Girard Lafortune proposes that this Court put the following questions to the panel of prospective jurors during jury selection in the above-captioned case.[1]

Please raise you hand if you would answer "yes" to the following questions:

1. During the past 10 years, have any of you served on a jury ? Was the case civil or criminal?  Without saying the outcome, did the jury reach a verdict?  Did you form any opinions about lawyers for either the plaintiffs or the defense that might affect your ability to be fair to both sides if you sat as a juror in this case?

2. Have any of you ever been a witness in state or federal court in any lawsuit, whether civil or criminal?  For which side did you testify?  What was the nature of the case?

---

[1] The defendant has moved for attorney-conducted voir dire in this case.  Counsel proposes that the questions submitted here be asked before counsel for the parties examine the panel.

1

3. Have you, or has any member of your family, attended law school or had other training in the law?

4. Have you, or has anyone in your immediate family, ever worked for any local or state police department or any federal law enforcement agency? If so, which agency? When? Where? What was your position?

5. Have any of you, or has anyone close to you, ever been arrested or charged with a crime? If so, who was arrested or charged? Were you, or the person involved, prosecuted in a court of law? Was the case tried or settled? What was the outcome? How do you feel you, or the person involved, were treated, either by the police or anyone you or they dealt with afterwards?

6. Have you, or has anyone close to you ever been the victim of a serious or violent crime? If so, was the person who did the crime caught or arrested? Did the event result in a court case/criminal prosecution? How do you feel you, or the person involved, were treated, either by the police or anyone you or they dealt with afterwards? Is there anything about that experience that makes you unsure about whether you can be fair to both sides in this case?

7. The facts of this case involve allegations of use of the internet. Do any of you have such strong feelings about the potential for abuse of the internet that you think you might

      not be able to be fair to both sides in this case?

8. It is your duty as a juror to listen to the opinions and points of view of other members of the jury. By the same token, it is also your duty as a juror to express your opinion or point of view regarding the evidence to other members of the jury. Is there anyone here who would feel any reluctance in joining the discussion with the other members of the jury during deliberations? Is there anyone here who might feel offended if other members of the jury disagreed with his or her view of the evidence? Is there anyone here who might feel unable to listen to a fellow juror who disagreed with you?

      Counsel anticipates that other follow-up questions might be asked, depending upon the responses given by panel members.

                            Respectfully submitted

                            By his attorney,

                            /s/ Syrie D. Fried
                            Syrie D. Fried
                               B.B.O. #555815
                            Federal Defender Office
                            408 Atlantic Avenue, 3rd Floor
                            Boston, MA  02110
                            Tel: 617-223-8061