UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA          )
                                  )
          v.                      )     CRIMINAL NO. 03-10366-PBS
                                  )
GIRARD LAFORTUNE                  )
```

Juror Number _____

General Instructions for Completing Questionnaire

_____This questionnaire is being used to assist in jury selection in the case of United States of America v. Girard Lafortune. Mr. Lafortune is charged with offenses relating to the distribution of child pornography over the internet.

Please answer all questions below completely and truthfully. Your answers will be used only for the purpose of selecting a jury in this case. There are no right or wrong answers to these questions. Please keep in mind that you are answering these questions under oath and must be truthful.

1.   Were you personally affected by the recent priest sex abuse scandal here in the Boston Archdiocese?  If so, how?

2.   Have you or has anyone in your family ever been a victim of sexual abuse?

3.   Do any members of your household use the internet heavily? Do you have concerns about their use of the internet?  If so, why?

4.    The charges in this case involve the alleged distribution of child pornography.  Is there anything about the nature of the charges themselves that makes you believe you may be unable to be a fair and impartial juror on such charges?