UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-10366-PBS |
| | ) | |
| GIRARD LAFORTUNE | ) | |

DEFENDANT'S MOTION IN LIMINE FOR ORDERS PROHIBITING THE
GOVERNMENT FROM APPEALING TO JUROR PASSIONS AND PREJUDICES

Defendant, Girard LaFortune, respectfully requests that the Court order the government from improperly appealing to the passions and prejudices of the jury at trial. The government's trial brief, filed last Thursday, October 20, 2005, savages defendant for having no friends, "leading a double life - a life completely foreign to the average citizen," and masturbating to "horrific images." Defendant is deeply troubled that, given the invective the government has chosen to use in a routine filing with this Court, the prosecution may attempt to cure deficiencies in its evidence by resorting to inflammatory language . . . falling well outside the bounds of permissible argument." Arrieta-Agressot v. United States, 3 F.3d 525, 527 (1st Cir. 1993)(vacating conviction because prosecutor's repeated inflammatory comments could have swayed the jury and repeated "war on drugs" comments served only to inflame the jury and to interject issues broader than defendants' guilt or innocence). Defendant submits that an Order prohibiting the government from

engaging in "superheated rhetoric" designed to arouse such passion and prejudice is appropriate in these circumstances.  <u>Id.</u>

        GIRARD LAFORTUNE,
        By His Attorneys:


        /s/ Timothy Watkins
        Timothy Watkins
        Syrie Davis-Fried
        Federal Defender Office
        408 Atlantic Ave., Third Floor
        Boston, MA  02110
        (617) 223-8061