UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 03-10366-PBS |
| ) | |
| GIRARD LAFORTUNE ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION FOR ATTORNEY-CONDUCTED
<u>VOIR DIRE OF PROSPECTIVE JURORS</u>

The United States files this Response to the defendant's request for attorney-conducted voir dire. The government objects to the defendant's request. This Court makes careful inquiry of all potential jurors in a manner designed to find jurors who will be fair to both sides. In this Court, attorney-conducted voir dire is unnecessary, will waste time and will result in both sides seeking jurors who the parties believe will be more likely to favor their side of the case. The defendant's ability to make peremptory challenges and challenges for cause will more than protect his rights.

Accordingly, the government respectfully requests that the defendant's motion for attorney-conducted voir dire be denied.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: <u>/s/ George W. Vien</u>
George W. Vien
Assistant U.S. Attorney
Sara L. Gottivi
Dated: October 26, 2005        Trial Attorney