UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION NO. 03-10366-PBS |
| ) | |
| GIRARD LAFORTUNE, ) | |
| Defendant. ) | |

### VERDICT FORM

Saris, U.S.D.J.

*(Received 3:30 PM Nov. 2, 2005)*

**Count One** (Transportation of Child Pornography in Interstate Commerce)

\_\_\_\_\_ Not Guilty         ✓ Guilty

**Count Two** (Printing or Publishing a Notice or Advertisement for Child Pornography)

\_\_\_\_\_ Not Guilty         ✓ Guilty

We, the jury, unanimously concur in the above answers.

_____
JURY FOREPERSON

Dated: 11/2/05