AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

PAGE 1

EXHIBIT ~~━━━━━~~ LIST

United States of America
V.
Girard LaFortune

Case Number: 03-CR-10366-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | George Vien, Sara Gottovi | Syrie Fried, Tim Watkins |
| TRIAL DATE (S) 10/31/05, 11/1/05, 11/2/05 | COURT REPORTER<br>Lee Marzilli | COURTROOM DEPUTY<br>Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/31/05 | | ✓ | PRINTED COPY OF YAHOO ACCOUNT - K. MORALES MARSH |
| 2 | | 10/31/05 | | ✓ | ADDITIONAL PROFILE - K. MORALES MARSH |
| 3A | | 10/31/05 | | ✓ | SCREEN CAPTURE OF CAMPTASIA VIDEO |
| 3B | | 10/31/05 | | ✓ | "        "        "        "        " |
| 3C | | 10/31/05 | | ✓ | SCREEN CAPTURE - E-MAIL PAGE |
| 3D | | 10/31/05 | | ✓ | SCREEN CAPTURE - E-MAIL ACCOUNT |
| 3E | | 10/31/05 | | ✓ | SCREEN CAPTURE - YAHOO GROUP |
| 3F | | 10/31/05 | | ✓ | SCREEN CAPTURE - E-MAIL FROM DAVEY JONES 2000 2000 DATED 5-21-03 |
| 3G | | 10/31/05 | | ✓ | SCREEN CAPTURE - MEMBERSHIP PAGE - BALDI GROUP |
| 3H | | 10/31/05 | | ✓ | SCREEN CAPTURE - PHOTOS PAGE |
| 3I | | 10/31/05 | | ✓ | SCREEN CAPTURE - THUMBNAIL SHOTS |
| 3J | | 10/31/05 | | ✓ | SCREEN CAPTURE - FIRST PICTURE |
| 3K | | 10/31/05 | | ✓ | SCREEN CAPTURE - SECOND PICTURE |
| 3L | | 10/31/05 | | ✓ | SCREEN CAPTURE - THIRD PICTURE |
| 3M | | 10/31/05 | | ✓ | SCREEN CAPTURE - FOURTH PICTURE |
| 3N | | 10/31/05 | | ✓ | SCREEN CAPTURE - FIFTH PICTURE |
| 3O | | 10/31/05 | | ✓ | SCREEN CAPTURE - SIXTH PICTURE |
| 4 | | 11/1/05 | | ✓ | LETTER FROM S. AUSTIN TO K. MORALES MARSH |
| 5A | | 11/1/05 | ✓ | | LETTER FROM D. RIEDEL TO K. MORALES MARSH |
| 5B | | 11/1/05 | | ✓ | YAHOO ACCOUNT MANAGEMENT TOOL |
| 5 | | 11/1/05 | | ✓ | SEARCH RESULTS - DAVEY JONES 2000 2000 |
| 8 | | 11/1/05 | ✓ | | RECORDS IN RESPONSE TO SEARCH WARRANT REQUEST |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)       EXHIBIT ▓▓▓▓▓ LIST – CONTINUATION       PAGE 2

| | | United States | vs. | Girard LaFortune | CASE NO. 03-CR-10366-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 6 | | 11/1/05 | ✓ | | CD RE: GROUPS/BALDY 3, MESSAGES, FILES, LOGS, LISTS |
| 7 | | 11/1/05 | ✓ | ✓ | PRINTOUT OF INFO CONTAINED ON CD |
| | 1 | 11/1/05 | ✓ | ✓ | BALDY 3 TIMELINE |
| 8A | | 11/1/05 | ✓ | ✓ | PHOTO OF RESIDENCE — LAFORTUNE |
| 8B | | 11/1/05 | ✓ | ✓ | PHOTO OF COMMON AREA OF AP |
| 8C | | 11/1/05 | ✓ | ✓ | PHOTO OF APARTMENT FROM REAR |
| 8D | | 11/1/05 | ✓ | ✓ | PHOTO OF SEIZED COMPUTER & BED |
| 8E | | 11/1/05 | ✓ | ✓ | PHOTO OF CD's ETC IN CEILING |
| 8F | | 11/1/05 | ✓ | ✓ | PHOTO OF CD's ETC FOUND IN CEILING, PLACED ON BED |
| 11A | | 11/1/05 | ✓ | ✓ | YAHOO GROUPS — MESSAGES 3-10-03 |
| 11B | | 11/1/05 | ✓ | ✓ | YAHOO GROUPS — MESSAGES 3-3-03 |
| 9 | | 11/1/05 | ✓ | | CD SLEEVE |
| 12 | | 11/1/05 | ✓ | | LEDGER FOUND IN CEILING |
| 13A | | 11/1/05 | ✓ | | |
| 13B | | 11/1/05 | ✓ | | |
| 13C | | 11/1/05 | ✓ | | |
| 13D | | 11/1/05 | ✓ | | |
| 13E | | 11/1/05 | ✓ | | |
| 13F | | 11/1/05 | ✓ | ✓ | SCREEN CAPTURE INITIALED BY GIRARD LAFORTUNE |
| 15 | | 11/1/05 | | ✓ | FBI CONSENT FORM SIGNED BY GIRARD LAFORTUNE |
| 10 | | 11/1/05 | ✓ | ✓ | CD — RIM HOLLY, OBTAINED FROM CD CASE |
| 14A | | 11/1/05 | | ✓ | IMAGES CONTAINED ON RIM HOLLY CD |
| 14B | | 11/1/05 | | ✓ | IMAGES CONTAINED ON RIM HOLLY CD |
| 14C | | 11/1/05 | ✓ | | '' '' '' |
| 14D | | 11/1/05 | ✓ | | '' '' '' |
| 14E | | 11/1/05 | ✓ | | '' '' '' |
| 14F | | 11/1/05 | ✓ | | '' '' '' |

≠AO 187A (Rev. 7/87)   EXHIBIT ▓▓▓▓▓ LIST – CONTINUATION   PAGE 3

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 14G | | 11/1/05 | ✓ | | IMAGES CONTAINED ON RIM HOLLY CD |
| 14H | | 11/1/05 | ✓ | | " " " |
| | 2 | 11/1/05 | ✓ | | NOTES |
| | 3 | 11/1/05 | ✓ | | ADVICE OF RIGHTS FORM PRESENTED TO Δ |
| 16A | | 11/2/05 | | ✓ | SCREEN CAPTURE OF COMPUTER REGISTRY |
| 16B | | 11/2/05 | | ✓ | SCREEN CAPTURE – NEWS ROVER |
| 16C | | 11/2/05 | | ✓ | SCREEN CAPTURE – WINDOW WASHER PROGRAM |
| 16D | | 11/2/05 | | ✓ | PAGE 2 OF EXHIBIT 16C |
| 12A | | 11/2/05 | | ✓ | EXCERPT FROM LEDGER BOOK (EXHIBIT 12) |

Page _____ of _____ Pages