AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

United States of America
V.
Girard LaFortune

 WITNESS LIST

Case Number: 03-CR-10366-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | George Vien, Sara Gottovi | Syrie Fried, Tim Watkins |
| TRIAL DATE (S) 10/31/05, 11/1/05, 11/2/05 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/31/05 11/1/05 | | | KARI MORALES MARSH |
| 2 | | 11/1/05 | | | SHARMA AUSTIN |
| 3 | | 11/1/05 | | | ANNE CHEUNG |
| 4 | | 11/1/05 | | | LAURENCE TRAVAGLIA |
| 5 | | 11/1/05 | | | DAVID GEORGE |
| 6 | | 11/1/05 | 11/2/05 | | LAM NGUYEN |
| 7 | | 11/2/05 | | | CELESTE WILSON |
| 8 | | 11/2/05 | | | MELISSA McDONALD |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages