-302 (Rev. 10-6-95)

-1-

COPY

# FEDERAL BUREAU OF INVESTIGATION

Date of transcription  10/30/2003

    Girard Joseph LaFortune, white male, DOB ███████, 80 Allen Road, apartment #1 (front), Billerica, Ma. 01821, cell number 978-408-9621, was interviewed at his residence. Also present for the interview was Detective P. George Galinos of the Billerica Police Department, Billerica, Ma. LaFortune was advised of the identify of the interviewing agents. He was also advised that the purpose of the interview was the investigation of his involvement in child pornography. He then provided the following:

    LaFortune is employed at the local Market Basket grocery store located on 480 Boston Road, Billerica, Ma. He has been at the grocery store for approximately two years and works in the deli department. Prior to his work in Billerica he worked at the Market Basket in Wilmington, Ma. LaFortune stated that he does nothing but sleep and work. He works on a daily basis from approximately 9AM to 5PM.

    LaFortune utilizes his laptop to access the internet on a daily basis. The laptop itself was purchased from a local Staples store. The computer was purchased new last year. SA George pointedly asked LaFortune "Why do you think we are here?". He stated that he has a past history of sexual abuse and at one point last year he had been harassed by the local police because he had not registered as a sexual offender. The local police and someone from another agency had accused him of trying to get child pornography off the internet.

    LaFortune stated that he has viewed child pornography on the internet and he often views children nudity on the internet. He did not believe that it was a crime to view children nude as long as they were not displayed in a sexual fashion. He stated that he has viewed hundreds of "models" between the ages of twelve and thirteen on theses sights but they where not displayed in a sexual fashion. Many of the photographs were down loaded to his computer. The models are stored in the "My Documents" section of his computer. He stated that he also has video models stored on his computer. One of the sites he accessed was "███████" and a second was ███████.com.

    Most of the photographs were obtained from subscription sites. He explained that these sites were sites that a person had

---

Investigation on  10/29/03    at  Billerica, Ma.

File # ███████                                Date dictated

by   SA David George
    SA Todd I. Richards          EXHIBIT 1

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

022



| | | |
|---|---|---|
| l32a (Rev. 10-6-95) | | |
| inuation of FD-302 of . LaFortune | On 10/29/03 | Page 2 |

to pay for with either a credit card or other form of payment. On occasion the use of the sites were billed directly to his cellular telephone phone bill.

LaFortune uses Comcast as his cable modem. He believes that he pays around forty-two dollars a month for access.

LaFortune stated that he does posses several disks which contain nude models and photographs of children which would be considered child pornography. He stated that these disks were located in a clothing cabinet located within his studio apartment. LaFortune pointed these disks out to the searching agents. They were located in a disc box on a shelf within the cabinet.

While surfing the Internet LaFortune used the screen names bostonian51@yahoo.com, unclejma@yahoo.com and davyjones20002000@yahoo.com. He also used these screen names to gain access to various yahoo groups. LaFortune was specifically asked if he recalled entering the yahoo group Baldy3 and he said that he did not. He did recall previously being asked by the other investigators about the group named Candyman.

At this point in the interview LaFortune was shown a series of six visual depictions depicting minors engaged in sexually explicit activity. The first file was named RIMG0060 and depicted a minor being penetrated by an adult male penis. LaFortune acknowledged viewing the photograph, downloading the image to his computer and then posting it on the Internet. LaFortune then initialed and dated the photograph. LaFortune then repeated the process for the visual depictions named RIMG0079, r0401, Holly05 and HLY14. With regards to the photograph named P4100014 LaFortune acknowledged viewing it, downloading it and then posting in on the Internet but he inadvertently did not date and initial the visual depiction. LaFortune stated that he specifically remembered the pictures shown to him but he did not remember the group from which they were downloaded.

Much of the time when you are allowed into a Yahoo group the photographs are already there. All of the groups have a moderator or owner of the group. A person usually has to be invited into the group by the moderator. Often one of the requirements is a person must post photographs to the group which the moderator will view and decide if they wish to allow entry.

102a (Rev. 10-6-95)

inuation of FD-302 of \_\_\_\_LaFortune_____, On 10/29/03, Page 3

    LaFortune did not know the identity of any of the minors depicted in the photographs nor did he know their original origin. He estimated that he first viewed the depictions about eight months ago and posted them on the Internet about five or six months ago. LaFortune got the photographs as a result of a chat conversation he had with a person in a Yahoo group. He may have used the yahoo identity of "Maguy" or daddy. LaFortune traded a lot of images with a person that used the address "daddyb52".

    LaFortune stated that his daughter ▓▓▓▓▓▓▓▓▓▓▓▓ who is now deceased, having been murdered was one of his victims. LaFortune sexually assaulted his daughter when she was nine and felt ashamed as a result. LaFortune was charged by the Tewksbury Police Department with sexual assault, convicted and sent to the state prison in Massachusetts. The mother of the child is ▓▓▓▓▓▓▓▓▓▓. LaFortune has two sons, ▓▓▓▓▓▓▓▓ who is 25 and ▓▓▓▓▓▓ who is 21. Both sons are believed to be living in ▓▓▓▓▓▓ with ▓▓▓▓▓▓▓. LaFortune has no contacts with the boys.

    Shortly after being released from state prison LaFortune was arrested by postal inspectors, convicted of the distribution of child pornography and sent to federal prison.

    He stated that he has sexual urges and believes that he will need lifetime therapy. LaFortune has no mandated counseling. He does attend group therapy for sexual offenders weekly on Wednesday evenings in Leominster, Ma. from 6-7:20 PM. The group is named Wachusett Counseling. The therapist is Joseph Rak. LaFortune described the group as "a safe place to vent."

    LaFortune advised that he is sexually attracted to girls, between the ages of about 10 to 14. He currently satisfies his sexual urge through the use of the Internet. He explained that he typically views sexually explicit photographs of girls on his computer screen and then masturbates. After he has gratified himself he deletes the image from his computer. LaFortune is aware that images that have been sent to his computer and then deleted may be able to be retrieved. He advised that he deleted most of the photo files but may have saved a few to his hard drive or on floppy discs.

    LaFortune stated that he has not had any physical contact with children since the assault of his daughter. He has had one relationship with a woman named ▓▓▓▓▓▓▓ a couple of years ago.

12a (Rev. 10-6-95)

nuation of FD-302 of  LaFortune                                      , On  10/29/03  , Page  4

Since moving out of her residence he has resided alone. ▮▮▮ resides at ▮▮▮▮▮ in ▮▮▮▮, ▮▮▮▮▮▮.

At approximately 8:55 AM, LaFortune stated that he was scheduled to report to work for 9:00 am and would need to call and tell the Market Basket where he works that he would be late. LaFortune contacted his place of employment and then returned to the interview. LaFortune also smoked several cigarettes and used the bathroom during the interview.

LaFortune stated that he lived alone and was the only one who used the laptop computer within his apartment. The computer did not have a password. He stated that he had no friends and associated with no one. At 9:05 AM LaFortune agreed to allow a agent of the Federal Bureau of Investigation assume his identity while using the Yahoo address davyjones20002000@yahoo.com in an attempt to identify and locate other sexual offenders. LaFortune signed a consent from and advised that the password for the address was "gallery".

During the interview agents who where conducting the search of the studio apartment advised that they had located numerous floppy discs and a ledger type document in the ceiling. LaFortune advised that this group of discs would most likely contain child pornography. He advised that he had transported these discs from his last place of residence and had hidden them in the ceiling because he did not want them to be found.

LaFortune consented to the search of his vehicle a 1990, white Dodge Caravan with wood sides bearing Massachusetts registration 7877MY. Prior to the vehicle being searched he signed a consent to search form.

At the conclusion of the interview it was believed that there was probable cause for the arrest of LaFortune for the interstate transportation of child pornography. SA Richards contacted AUSA Sara Gottovi at the Department of Justice in Washington, D.C. and requested authority for the arrest. SA Richards was referred to AUSA Timothy Feeley in Boston, Massachusetts. After proving the details of the interview with AUSA Feeley he concurred and LaFortune was placed under arrest.

LaFortune was then read his Miranda Warnings from an FD-395 printed form which was read verbatim. LaFortune stated that he

(10-6-95)

ntinuation of FD-302 of  LaFortune                                      , On  10/29/03   , Page  5

understood his rights, would waive them and speak with agents. He then signed the form.

From observation and interview LaFortune is described as follows:

    race:        white
    sex:         male
    height:     5-6
    weight:     130

026