11/29/05

SOURCE: SACACHE FILE (key stroke spyware) ON LAFORTUNE'S COMPUTER
(the text (one line bolded for emphasis) is likely the logging of keystrokes on LaFortune's computer)

File name: skeysl0100.1og

Text of file:

elwapodan - Instant Message (Owner @ Sun 10/19/03 @ 11:56:04 PM )

IC
[Enter]
I,m gonna go anyway,
[Enter]
bored n tired,
[Enter]
you got nothing
[Enter]
what u got i might like?
[Enter]
k
[Enter]
nice but i got alot ofboy stuff [Enter]
any real liI ones?
[Enter]
bj
[Enter]
k
[Enter]
sendone
[Enter]
i got that vid
[Enter]
its great
[Enter]
she does everything
[Enter]
its called alicia
[Enter]
i,d love this girlto suck[Right Alt]me ! [Enter]

EXHIBIT 5

101
[Enter]
i doono but long [Enter]
u got carn? [Enter]
ya
[Enter] sometimes [Enter]

nIce ass
[Enter]
we did one[Backspace ] [Backspace] [Backspace ]once [Enter]
carn to cam
[Enter]
was great hid dau was 7
[Enter]
sucked him on carn
[Enter]
hard to find others with real daughters though
[Enter]
yup
[Enter]
whats dragon code red?
[Enter]
boy vids?
[Enter]
i don,t trust yahoo ahymore
[Enter]
i gto [Backspace] [Backspace] [Backspace]ot my own pi [Enter]
lot better
[Enter]
photo island
[Enter]
what vids u get frommthere?
[Enter]
most got ols [Backspace ]net pics in them
[Enter]
igot alot of personal in mine

[Enter]

    . ?

    mmm,can 1 see.


--

[Enter] sure

[Enter]
will have ti lookfor it [Enter]
can u send it from here?
[Enter] olsnet? [Enter]
whats that?
[Enter]
old netpics
[Enter]
mine r better
[Enter]
send thastb clip [Backspace ]hat clip [Enter]
wil1l00k for mine
[Enter]
someog[Backspace]fher in there,ya [Enter]
how old,title?
[Enter]
problbly got ,but send
[Enter]
i,ll see
[Enter]
i,m gonna look for mine
[Enter]
k
[Enter]
hold
[Enter]
sending
[Enter]
np
[Enter]
not to big
[Enter]
b[Backspace ]no
[Enter]
itsd moving along
[Enter]

--_

u got to get dsl! [Enter]
its so much better [Enter]
IC

[Enter]
u ever fooled with as lil one 4 real? [Enter]
anykids hang around there? [Enter]
IC

[Enter]
hard to find real ones with personal pice or cams [Enter]
IC

[Enter]
how old u?
[Enter]
you **got to find a niv**[Backspace]**ce woman with a kid** [Enter]
i had that vid
[Enter]
got a few of her
[Enter]
can u send thast otyher one?
[Enter]
i got oneofher using a dildo
[Enter]
and then dad puc[Backspace ]shes it in her ass
[Enter]
there is one with her n her lil sis i the tub to
[Enter]
spreading n stuff
[Enter]
send that 6 yr old cum one
[Enter]
girl sucking dad
[Enter]
its a good one
[Enter]
its hard to find ones i don,t got
[Enter]
i got tons of them

-

[Enter]
is that one your talking about
[Enter]
a girl [Right Alt]in bathroom sucking dad [Enter]
then he cums
[Enter]
kinda blondish hair?
[Enter]
long
[Enter]
hmm
[Enter]
send it please
[Enter]
why?
[Enter]
k
[Enter]
ya but they aslot longer
[Enter]
got a good anal one
[Enter]
this one better
[Enter]
where you from anyway?
[Enter]
bosston
[Enter]
cool
[Enter]
k
[Enter]
we got to move to those chinese places [Enter]
they rent theit kids out there 4 real
[Enter] mm,ya [Enter]
love chinese girls
[Enter]
you got to see that meikko vid sometime [Enter]

4 yr old
[Enter]
sucks her dad till he cums [Enter]
ha
[Enter]
omemade vid
[Enter]
its great
[Enter]
h..
[Enter] mm,ya [Enter]
i got a few real long young asian vids [Enter]
liolgirls sucking n fucking
[Enter]
you got any long vids?
[Enter]
i got some real long ones
[Enter]
ya i know
[Enter]
u got to get dsl or cable
[Enter]
iuse to trade on winrnx
[Enter]
thats where i got alot of them
[Enter]
its a program where traders go on line to trade [Enter]

no
[Enter]
http://www.winrnx.com
[Enter]
download it.,its free
[Enter]
then you log i with a name
[Enter]
do a search
[Enter]
it lisr[Backspace ]ts people that have what u search for

_--

[Enter]
click on the name, ask for trade [Enter]
hard to explain till u get it n see [Enter]
ever hear if imesh?
[Enter] kazaa? [Enter]
wellits simular
[Enter]
had that to
[Enter]
got lots of her
[Enter]
the anal one i just set is her [Enter]
got some nice ones of her to [Enter]
welligot to go bro
[Enter]
maybe talk later
[Enter]
[RTS]
Uploaded=YES