FD-302 (Rev. 10-6-95)

-1-

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription   06/25/2002

      GIRARD JOSEPH LAFORTUNE, Also Known As (a/k/a) JERRY, 80 Allen Road, Billerica, Massachusetts, (978) 670-0727, Mailing Address: 83 Allen Road, Billerica, Massachusetts, was advised of the official identity of the interviewing agent and the nature of the interview. Also present during this interview was Detective ROY FROST, BILLERICA, MASSACHUSETTS POLICE DEPARTMENT.

      LAFORTUNE was born on ▇▇▇▇▇▇. His Social Security Account Number is ▇▇▇▇▇▇. He has been living at his present address since January - February of 2002. His previous address was a boarding house located on Westford Street in Lowell, Massachusetts, he believes the number to be "78." He stated that while living on Westford Street, he also, at times, stayed at his parents' residence located at ▇▇▇▇▇▇ in ▇▇▇▇▇▇, ▇▇▇▇▇▇. He stated that prior to Westford Street, he resided in Andover, Massachusetts with ▇▇▇▇▇▇, his wife of two weeks. He stated he works at the MARKET BASKET, 480 Boston Road, Billerica, Massachusetts, in the Deli Department. He stated that he has been working for MARKET BASKET for approximately one year at different store locations.

      LAFORTUNE is a registered sex offender with the COMMONWEALTH OF MASSACHUSETTS Sex Offender Registry Board. Detective FROST informed LAFORTUNE that the was in violation of the Registry's law inasmuch as he did not advised them of his new address. LAFORTUNE stated that he was told that he did not have to notify the Sex Offender Registry of his new address by a counselor he sees each week. Detective FROST advised LAFORTUNE that he must notify the Sex Offender Registry of his new address. LAFORTUNE has been incarcerated both locally and federally for sexual offenses involving children.

      LAFORTUNE stated that his present Internet Service Provider (ISP) is VERIZON-DSL. He stated that he has used this ISP for three weeks. His screen name is Bostonian51. He stated that his e-mail address is Bostonian51@hotmail.com. Prior to VERIZON-DSL, he used the ISP NETWAY located in Andover, Massachusetts. He stated that he used this ISP on and off for six months. He stated that his screen

EXHIBIT 2

Investigation on   6/20/2002   at   Billerica, Massachusetts

File # ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇   Date dictated   6/24/2002

by   SA GERALD BRIAN MOHAN/jaq

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of  **GERARD JOSEPH LAFORTUNE** , On 6/20/2002 , Page 2

name with NETWAY was daveyjones and his email address was daveyjones@hotmail.com.

LAFORTUNE stated that he joined a few Yahoo e-groups. He stated that the e-groups dealt with adult pornography and videos. He stated that he belonged to these e-groups for a couple of months. He stated that he has been in a chat room known as Chatone.com, dealing with adult pornography and single individuals in their twenties, thirties and forties. He stated that he has never belonged to any child pornography e-group. He stated that he does not have child pornography on his computer.

LAFORTUNE stated that he never heard of a Yahoo e-group entitled, "Candyman." He stated that if he did, he forgot. When asked by SA MOHAN if he ever used an e-mail address, john_mellow@hotmail.com, he stated that he had. He stated that he used this e-mail address for one or two months in December 2000 - January 2001. He stated that he heard of an individual named, "Candyman," in a chat room. LAFORTUNE was advised that records indicated that he belonged to the Candyman e-group and, again, he denied belonging to this e-group. He stated that "john_mellow" is fictitious name.

SA MOHAN, after informing LAFORTUNE that records also indicate that he belonged to a Yahoo e-group entitled, "Shangri-La," stated that this e-group did not sound familiar to him. When questioned whether he belonged to an e-group entitled, "Girls 12 to 16," he stated that he did belong to that e-group. He stated that it was not child pornography, but, rather photographs of naked girls, 12 t0 16. He stated that the images he saw while in this e-group, the participants were not engaged in sexual acts. He stated that he downloaded the naked pictures. He stated that in December of 2001, his computer system crashed and he lost everything. It was at this time that his former wife gave his computer to the ANDOVER, MASSACHUSETTS POLICE DEPARTMENT.

LAFORTUNE, when asked if he would voluntarily give his computer to the FEDERAL BUREAU OF INVESTIGATION (FBI) for examination, stated that he would not give consent. When asked if what was on his computer could be observed right then, stated that he would have to consult with an attorney.

LAFORTUNE stated that he has never been on the Internet in order to meet children for sex. He stated that he has viewed, online, personals in order to meet single women.

FD-302a (Rev. 10-6-95)

Continuation of FD-302 of ____GERARD JOSEPH LAFORTUNE____ , On __6/20/2002__ , Page __3__

    SA MOHAN and Detective FROST observed in plain view, on top of LAFORTUNE'S computer desk next to his monitor, a white piece of paper with the notation, ███████████.com and underneath that was ███████ and underneath that was ██████. When questioned about that site, LAFORTUNE stated that the two other notations are passwords to get into the site.