```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA  )
                          )
                          )
v.                        )    CRIM. NO. 03-10366-PBS
                          )
                          )
GIRARD LAFORTUNE          )
```

### MOTION TO CONTINUE SENTENCING

The defendant Girard Lafortune respectfully moves this Court for a continuance of the sentencing hearing in the above-captioned case. The sentencing is currently set for February 2, 2006. This is counsel's first request for a continuance of the sentencing hearing.

In support of this motion, undersigned counsel submits that she needs more time to prepare for the sentencing in this matter. Counsel received the first draft of the presentence report ("PSR") on January 3, 2006. This sentencing follows a trial at which the defendant was convicted of possession, receipt, and transportation of child pornography and of publishing a notice or advertisement for child pornography, in violation of 18 U.S.C. §§ 2251(d), 2252(a)(1), 2252(a)(2), and 2252 (a)(4). These offenses carry lengthy terms of incarceration under the advisory

sentencing guidelines.[1]  The sentencing guideline calculations are complex and will be in dispute.  This case also involves very high minimum mandatory penalties to which the defense will be objecting.  In order to protect Mr. Lafortune's rights and possible appellate remedies, counsel needs time to frame objections to both the guidelines calculations and the anticipated mandatory minimum sentences which could be imposed here.  Finally, counsel will be preparing a sentencing memorandum in this case.  Counsel requests that the sentencing be continued until early March 2006.

   Counsel has informed Assistant U.S. Attorney George Vien of her intention to request a continuance of this sentencing.  Counsel represents that Mr. Vien has no objection to this motion to continue the sentencing hearing.

                                        Respectfully submitted,

                                        By his attorney,


                                        Syrie D. Fried
                                           B.B.O. # 555815
                                        Federal Defender Office
                                        408 Atlantic Avenue, 3rd Floor
                                        Boston, MA  02210
                                        Tel: 617-223-8061

---

   [1]  The presentence report calculates the sentence range to be between 168 and 210 months for the offenses grouped together, not taking into account any potential minimum mandatory sentence.

<u>CERTIFICATE OF SERVICE</u>

    I, Syrie D. Fried, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) on January 23, 2006.

                              /s/ Syrie D. Fried

                              Syrie D. Fried