```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )    CRIMINAL NO. 03-10366-PBS
                             )
v.                           )
                             )
GIRARD LAFORTUNE             )
                             )
            Defendant.       )
```

**NOTICE OF APPEARANCE OF DARCY F. KATZIN**

Please enter and add the appearance of Trial Attorney Darcy F. Katzin for the United States of America in the above-captioned matter.

```
                              Respectfully submitted,


                              MICHAEL J. SULLIVAN
                              United States Attorney


                        By:   /s/ Darcy F. Katzin
                              DARCY F. KATZIN
                              Trial Attorney
                              U.S. Department of Justice
                              1400 New York Avenue, NW
                              Washington, DC 20530
                              Darcy.Katzin@usdoj.gov
                              (202) 353-3420
```

CERTIFICATE OF SERVICE

Washington, DC
February 22, 2006

I, Darcy Katzin, do hereby certify that I have this day served a copy of the foregoing on Defendant's counsel by electronic filing.

/s/Darcy F. Katzin
DARCY F. KATZIN
Trial Attorney