```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )    Cr. NO.: 03-10366-PBS
                               )
GIRARD LAFORTUNE               )
```

GOVERNMENT'S SENTENCING SUBMISSION

The United States of America, by and through its attorneys, submits the two, attached, recent news articles regarding elderly sex offenders who continued to exploit children. The articles describe the crimes committed by men in their 80s. The point of this submission is to support the government's position that unless the defendant is sentenced to life in prison, he may continue to commit crimes against children upon his release from prison. The government respectfully requests that the Court take these articles into consideration in sentencing the defendant.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                              By:   /s/ George W. Vien
                                    George W. Vien
                                    Assistant U.S. Attorney
                                    Darcy Katzin
                                    Trial Attorney
                                    U.S. Department of Justice

Dated: February 24, 2006

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 24, 2006.

<u>/s/ George W. Vien</u>
George W. Vien
Assistant U.S. Attorney