

## 81-year-old sex offended sentenced to five years

BY JIM MUIR
THE SOUTHERN

Arnold Davidson, an 81-year-old convicted child sex offender, was given a five-year prison sentence during a sentencing hearing Friday morning in Franklin County Circuit Court.

Judge Loren P. Lewis handed down the sentence after Davidson, of Christopher, was found guilty last September of violating probation from a 1997 conviction for aggravated criminal sexual assault of a child. Davidson, who was given 30 months probation on the 1997 conviction, was arrested last February and charged with aggravated criminal sexual assault after he allegedly fondled a female juvenile under age 13. Those charges are still pending.

Lewis said, considering Davidson's age, it "grieves the court" to make the decision but said his first priority is protecting the public. Lewis noted that Davidson had the opportunity five years ago after the first conviction.

"He (Davidson) had the opportunity to deal with this issue and he didn't take advantage and instead he re-offended and now five years later nothing has changed," Lewis said. "The difficulty is that Mr. Davidson cannot be trusted around children. He tricked the first little girl by asking her to ride a four-wheeler and then tricked his latest victim by asking her to look at some puppies. This has been a persistent, continuous problem."

During the hearing defense attorney Jeff Troutt called three witnesses, two who have been longtime neighbors and friends of Davidson. Roger Brown and Ron Sawyer both gave similar testimony that they during the course of many years they had never seen any questionable behavior from Davidson. Under questioning from Troutt both men also said that any prison sentence would be extremely difficult for Davidson, who will turn 82 in April.

"I don't think prison is the answer in this case," Brown said. "I don't think it would do him (Davidson) any good or the state any good. It might get him out of the public eye, but that's about all."

Also testifying for the defense was Dr. Jagannathan Srinivasaraghavan, a forensic psychiatrist from Carbondale, who labeled Davidson as a pedophile and sexually dangerous person but also noted that the elderly man has "excellent potential for rehabilitation."

Srinivasaraghavan said with medication, psychotherapy and outpatient treatment, recidivism decreases greatly.

"There is no absolute assurance," Srinivasaraghavan said. "But, recidivism is greater when there is no treatment and much less when there is treatment."

Troutt made a passionate plea asking for leniency and for the court to consider home confinement or a nursing home for Davidson.

"To sentence him to prison is like a death sentence and it would be a cruel penalty and a high price for him to pay," Troutt said. "I understand the seriousness of this and I don't condone his behavior but I believe he has the potential to improve with mandated treatment. I believe the public can be protected but I also believe his is a life worth saving."

Franklin County State's Attorney Tom Dinn argued that Davidson's age is not a mitigating factor and argued for the maximum prison sentence of seven years.

"Age has never been a factor before in Mr. Davidson's propensity to molest children. If the court is going to consider age, then consider the ages of his victims and what they have to deal with the rest of their lives," Dinn said. "Sentencing Arnold Davidson to prison is the only sure way to keep him from molesting any more children. The court took a chance on him five years ago and gave him probation and lost."

After the hearing Dinn said he was pleased with the decision.

"I think the family of the most recent victim is satisfied," Dinn said. "My concern is not about the age of Mr. Davidson. My concern is for the victim. If he would have been sentenced to prison the first time he wouldn't have been around to molest his latest victim."

Davidson, still facing charges from last year's arrest, will appear on April 3 for a pre-trial hearing.

writeon1@shawneelink.net

(618) 525-4744