**DEFENDANT: Community activist**

**ARRESTED: In State Police sweep**

# Man, 84, admits having child porn

Posted by the Asbury Park Press on 02/1/06

BY KATHLEEN HOPKINS
TOMS RIVER BUREAU

TOMS RIVER — An elderly community activist in Long Beach Township, arrested by State Police last year in a child pornography sweep, has pleaded guilty to possessing videos of young girls engaged in sexual acts.

Warren H. Beaumont, 84, of High Bar Harbor in Long Beach Township, pleaded guilty Monday before Superior Court Judge Vincent J. Grasso to possessing child pornography.

In entering his guilty plea, Beaumont admitted downloading videos onto his computer of prepubescent girls engaged in sexual acts with older men, said Supervising Assistant Ocean County Prosecutor Madelin F. Einbinder.

Beaumont is a community activist after whom a park near his home is named. He was among residents who fought against a proposed development in order to save land on which endangered plant and bird species were known to exist. He also created the Long Beach Township municipal Web site, and helped create a Web site for its Police Department.

Beaumont was arrested in June as a result of Operation Guardian, a statewide investigation that netted 40 adults and juveniles as young as 14 for possessing child pornography. Beaumont was the oldest offender charged in the sweep.

State Police said Beaumont had videos stored in his personal computer depicting children as young as 4 years old engaged in sexual acts.

By applying an innovative use of special software developed by a task force in Wyoming, New Jersey State Police traced video and still shots of child pornography to computers that received or offered to circulate the images through "peer-to-peer networks." The "peer-to-peer networks" allow users to share video and audio files among themselves, but not on the Internet, authorities said.

The Prosecutor's Office will recommend that a more serious charge against Beaumont — endangering the welfare of a child by distributing the pornography — be dismissed because "it was unclear whether he knew he was actually distributing the videos (to others) when he was downloading them," Einbinder said.

The Prosecutor's Office will recommend that Beaumont receive a probationary term when he is sentenced April 21, Einbinder said.

Beaumont could have faced up to 18 months in prison on the possession of child pornography charge. He could have faced up to 10 years in prison if he was convicted of distributing the child pornography.

Kathleen Hopkins: (732) 557-5732 or Khopkins@app.com

Copyright © 2006 Asbury Park Press. All rights reserved.
Use of this site signifies your agreement to the Terms of Service and Privacy Policy. (Updated June 7, 2005) Site design by Asbury Park Press / Contact us