UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA )
                         )
                         )
v.                       )    CRIM. NO. 03-10366-PBS
                         )
                         )
GIRARD LAFORTUNE         )


<u>MOTION TO CONTINUE SENTENCING</u>

    The defendant Girard Lafortune respectfully moves this Court
for a continuance of the sentencing hearing in the above-
captioned case.  The sentencing is currently set for March 2,
2006.  Counsel requests a continuance of one to two weeks.

    In support of this motion, undersigned counsel submits that
she needs more time to prepare a sentencing memorandum to the
court in this very serious matter.  This sentencing hearing
follows a trial on charges possession and receipt of child
pornography and of posting a notice or advertisement offering to
exchange visual depictions of a child engaged in sexually
explicit conduct.  The presentence report calculates that Mr.
Lafortune faces a minimum sentence of 35 years' imprisonment; PSR
¶106.

    Counsel is in the midst of trial preparation in the case of
<u>United States v. Luciano et al.</u>, 04-10299-PBS, over which this
court will be presiding; trial will commence on February 27, 3

-1-

days before this sentencing hearing.  Counsel cannot do justice to the many serious issues which must be addressed on Mr. Lafortune's behalf in a written pleading while she is in trial on the Luciano case.

For this reason, counsel requests this court to continue this sentencing hearing for one to two weeks.  Mr. Lafortune would not be prejudiced in any way by this short continuance, as he is facing a very long sentence in any event, even if counsel's arguments in mitigation of sentence are persuasive.  Moreover, counsel fears that she cannot render effective assistance of counsel if she must proceed to sentencing on March 2.

Respectfully submitted,

By his attorney,

/s/ Syrie D. Fried
Syrie D. Fried
  B.B.O. # 555815
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Syrie D. Fried, do hereby certify that this document has been filed electronically and that it will be served electronically to registered ECF participants as identified on the Notice of Electronic Filing (NEF) on February 24, 2006.

/s/ Syrie D. Fried

Syrie D. Fried

-2-