UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. NO.: 03-10366-PBS |
| ) | |
| GIRARD LAFORTUNE ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S
MOTION TO CONTINUE SENTENCING

The United States of America, by and through its attorneys, files this Response to the Defendant's Motion To Continue Sentencing. The defendant seeks a continuance of one or two weeks. The government does not object to the defendant's Motion. If the Court is inclined to grant the continuance the government respectfully requests that the Court allow a one-week continuance. The undersigned AUSA is scheduled to begin a trial on March 13th and hopes to be on vacation the week of March 20th.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ George W. Vien
     George W. Vien
     Assistant U.S. Attorney
     Darcy Katzin
     Trial Attorney
     U.S. Department of Justice

Dated: February 27, 2006

Certificate of Service

1

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 27, 2006.

/s/ George W. Vien
George W. Vien
Assistant U.S. Attorney
