UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Cr. NO.: 03-10366-PBS |
| ) | |
| GIRARD LAFORTUNE  ) | |

GOVERNMENT'S MOTION TO CONTINUE SENTENCING FOR ONE WEEK

    The United States of America, by and through its attorneys, files this Motion To Continue Sentencing For One Week. In support of this Motion the government states that a few minutes before 9:00 p.m. last night the defendant filed a 16-page Memorandum In Aid Of Sentencing. The government will be unable to review or properly respond to the Memorandum before the sentencing hearing. The government believes that the defendant is a horrific person who has committed horrific crimes and deserves a sentence of life in prison. The government deserves an opportunity to consider and respond to the motion and present evidence and/or make submissions concerning the defendant's factual claims.

    Accordingly, the government respectfully requests the

sentencing hearing be continued one-week until on or about March 17, 2006.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                            By:  /s/ George W. Vien
                                   George W. Vien
                                   Assistant U.S. Attorney
                                   Darcy Katzin
                                   Trial Attorney
                                   U.S. Department of Justice

Dated: March 10, 2003

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 10, 2006.

                                        /s/ George W. Vien
                                        George W. Vien
                                        Assistant U.S. Attorney