```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
                            )
v.                          )    CRIM. NO. 03-10366-PBS
                            )
                            )
GIRARD LAFORTUNE            )
```

NOTICE OF APPEAL

Notice is hereby given that the defendant Girard Lafortune appeals to the United States Court of Appeals for the First Circuit from a judgment of conviction and sentence imposed in the above-captioned case on March 10, 2006.

```
                              GIRARD LAFORTUNE
                              By his attorney,

                              /s/ Syrie D. Fried
                              Syrie D. Fried
                              B.B.O. # 555815
                              Federal Defender Office
                              408 Atlantic Avenue, 3rd Floor
                              Boston, MA  02110
                              Tel:  (617) 223-8061
```