## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 03cr10366-PBS

UNITED   STATES   OF   AMERICA

v.

GIRARD   LAFORTUNE

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-84, 86-103

and contained in Volume(s) 1 and 2   are the original or electronically filed   pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  March 16, 2006 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 1, 2006.

Sarah A Thornton, Clerk of Court

By:
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:     _____

- 3/06