APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CRIMINAL DOCKET FOR CASE #: 1:03-cr-10366-PBS-ALL

Case title: USA v. LaFortune
Magistrate judge case number: 1:03-mj-01158-JGD

Date Filed: 12/03/2003

Assigned to: Judge Patti B. Saris

### Defendant

**Girard LaFortune** (1)
*TERMINATED: 03/10/2006*

represented by **Syrie D. Fried**
Federal Defender's Office
408 Atlantic Ave.
Third Floor
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: syrie_fried@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Timothy G. Watkins**
Federal Defender's Office
District of Massachusetts
408 Atlantic Ave.
Third Floor
Suite 328
Boston, MA 02210
617-223-8061
Fax: 617-223-8080
Email: timothy_watkins@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

### Pending Counts

18:2252 (a) (1) & (b)(1) Transportation
and attempted transportation of child
pornography in interstate commerce
(1)

### Disposition

Defendant found guilty after a plea of

| | |
|---|---|
| | not guilty. Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 420 months. The Court makes a recommendation to FCI Butner. Defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months, with conditions: Sex offender treatment including polygraph and counseling; no contact with children; register with the Sex Offencer Registry; no using computers. The $400.00 Special Assessment is due immediately. Forfeiture as indictated in the Preliminary Order of Forfeiture issued by the Court on January 4, 2006, and pronounced orally at sentencing on March 10, 2006. |
| 18:2252(a)(1) & (b)(1) Transportation and Attempted Tranp of Child Pornography in Interstate Commerce (1s) | |
| 18:2252 (a)(2)receipt of child pornography (2) | |
| 18:2252(a)(2) Receipt of child Pornography (2s) | Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 420 months. The Court makes a recommendation to FCI Butner. Defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months, with conditions: Sex offender treatment including polygraph and counseling; no contact with children; register with the Sex Offencer Registry; no using computers. The $400.00 Special Assessment is due immediately. Forfeiture as indictated in the Preliminary Order of Forfeiture issued by the Court on January 4, 2006, and pronounced orally at sentencing on March 10, 2006. |
| 18:2252 (a)(4) (B)Possession of child pornography (3) | |
| | Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of |

| | |
|---|---|
| 18:2252(a)(4)(B) Possession of Child Pornography (3s) | 420 months. The Court makes a recommendation to FCI Butner. Defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months, with conditions: Sex offender treatment including polygraph and counseling; no contact with children; register with the Sex Offencer Registry; no using computers. The $400.00 Special Assessment is due immediately. Forfeiture as indictated in the Preliminary Order of Forfeiture issued by the Court on January 4, 2006, and pronounced orally at sentencing on March 10, 2006. |
| 18:1466 (a)(1) Distribution of obscene visual representations of the sexual abuse of children (4) | |
| 18:2251(d) Printing or Publishing a Notce or Advertisement for Child Pornography (4s) | Defendant found guilty after a plea of not guilty. Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 420 months. The Court makes a recommendation to FCI Butner. Defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months, with conditions: Sex offender treatment including polygraph and counseling; no contact with children; register with the Sex Offencer Registry; no using computers. The $400.00 Special Assessment is due immediately. Forfeiture as indictated in the Preliminary Order of Forfeiture issued by the Court on January 4, 2006, and pronounced orally at sentencing on March 10, 2006. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

### Highest Offense Level (Terminated)
None

| Complaints | Disposition |
|---|---|
| visual depictions involving a minor engaging in sexually explicit conduct | |

### Plaintiff
USA      represented by **Darcy F. Katzin**
U.S. Department of Justice
1400 New York Avnue, NW
Washington, DC 20005-2107
US
202-353-3420
Email: Darcy.Katzin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dena T. Sacco**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3304
*TERMINATED: 06/29/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**George W. Vien**
United States Attorney's Office
John Joseph Moakley Federal Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3236
Fax: 617-748-3954
Email: george.vien@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sara L. Gottovi**
Federal Trade Commission
601 New Jersey Avenue NW

Washington, DC 20001
202-326-3201
Email: sgottovi@ftc.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/29/2003 | 1 | COMPLAINT as to Girard LaFortune (1). (Flaherty, Elaine)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 10/29/2003 | 2 | AFFIDAVIT of Todd Richards by USA as to Girard LaFortune 1 Complaint (Flaherty, Elaine)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 10/29/2003 |  | Attorney update in case as to Girard LaFortune. Attorney Timothy Q. Feeley for USA added. (Flaherty, Elaine)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 10/29/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Initial Appearance as to Girard LaFortune held on 10/29/2003; AUSA Tim Feeley for the Govt.; Dft. files financial affidavit and request counsel; the court will appoint c[1:03ounsel; the Govt. moves for detention and continuance; the court orders the Dft. to Temporary Detention pending hearing on 10/31/03 @ 10:00am. (Court Reporter D.R..) (Quinn, Thomas)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 10/29/2003 | 3 | CJA 23 Financial Affidavit by Girard LaFortune (Quinn, Thomas)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 10/30/2003 | 4 | Judge Judith G. Dein : ORDER entered ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Girard LaFortune Syrie D. Fried for Girard LaFortune appointed. (Quinn, Thomas)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 10/31/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Girard LaFortune on 10/31/2003; AUSA Feeley and Federal Defender Fried for the Dft.; Dft moves to continue hearing un[1:03til 11/7/03 (Court Reporter D.R..) (Quinn, Thomas)[1:03-mj-01158-JGD] (Entered: 11/04/2003) |
| 11/07/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Detention Hearing and Preliminary Examination as to Girard LaFortune held on 11/7/2003; the Govt. calls witness #1 (Todd Richards) direct exam; cross exam; the court fi[1:03nds Probable Cause and Dft. consents to Order of detention. (Court Reporter DR.) (Quinn, Thomas)[1:03-mj-01158-JGD] (Entered: 11/07/2003) |
| 11/07/2003 | 5 | Judge Judith G. Dein : ORDER entered MEMORANDUM AND ORDER OF DETENTION as to Girard LaFortune (Dambrosio, Jolyne) [1:03-mj-01158-JGD] (Entered: 11/10/2003) |
| 11/07/2003 | 6 | MOTION to Unseal Document as to Girard LaFortune by USA. (Quinn, |

| | | Thomas)[1:03-mj-01158-JGD] (Entered: 11/17/2003) |
|---|---|---|
| 11/12/2003 | | Judge Judith G. Dein : Electronic ORDER entered granting 6 Motion to Unseal Document as to Girard LaFortune (1) (Quinn, Thomas)[1:03-mj-01158-JGD] (Entered: 11/17/2003) |
| 12/03/2003 | 7 | INDICTMENT as to Girard LaFortune (1) count(s) 1, 2, 3, 4. (Hurley, Virginia) (Entered: 12/04/2003) |
| 12/03/2003 | 8 | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: PRETRIAL PROCEEDINGS as to Girard LaFortune (Hurley, Virginia) (Entered: 12/04/2003) |
| 12/12/2003 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Girard LaFortune (1) Count 1,2,3,4 held on 12/12/2003; AUSA Feeley and Federal Defender Fried; Dft. pleads not guilty and will proceed with automatic discovery; 1st status conference set for 1/22/04 @ 11:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/12/2003) |
| 12/12/2003 | 9 | Judge Judith G. Dein : ORDER entered SCHEDULING ORDER as to Girard LaFortune Status Conference set for 1/22/2004 11:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/15/2003) |
| 12/12/2003 | 10 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune Time excluded from 12/12/03 until 1/9/04. (Quinn, Thomas) (Entered: 12/15/2003) |
| 12/31/2003 | 11 | Consented to MOTION to Continue to Jan 27 or 28 the Initial status conference as to Girard LaFortune by USA. (Simeone, Maria) (Entered: 01/05/2004) |
| 01/06/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 11 Motion to Continue as to Girard LaFortune (1). The Initial Status Conference has been rescheduled to 1/27/04 at 10:15 A.M. (Dambrosio, Jolyne) (Entered: 01/06/2004) |
| 01/26/2004 | 14 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Girard LaFortune (Simeone, Maria) (Entered: 01/29/2004) |
| 01/27/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 1/27/2004; AUSA Gottovi and Federal Defender Fried report current case status; discovery is ongoing, next status conference is set for 3/12/04 @ 10:15am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 01/27/2004) |
| 01/27/2004 | 12 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune Status Conference set for 3/12/2004 10:15 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 01/28/2004) |
| 01/27/2004 | 13 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE |

| | | |
|---|---|---|
| | | DELAY as to Girard LaFortune Time excluded from 1/9/04 until 3/12/04. (Quinn, Thomas) (Entered: 01/28/2004) |
| 01/27/2004 | 15 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to Girard LaFortune (Simeone, Maria) (Entered: 02/03/2004) |
| 03/10/2004 | 18 | Joint Statement for Interim Status Conference by USA, Girard LaFortune as to Girard LaFortune (Patch, Christine) (Entered: 03/15/2004) |
| 03/12/2004 | 16 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune. Status Conference set for 5/12/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 03/12/2004) |
| 03/12/2004 | 17 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune. Time excluded from 3/12/04 until 5/12/04. (Dambrosio, Jolyne) (Entered: 03/12/2004) |
| 03/12/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 3/12/2004: AUSA Leonie and Attorney Fried report case status and request additional time. Next status conference is set for 5/12/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 03/12/2004) |
| 03/31/2004 | 19 | FIRST SUPERSEDING INDICTMENT as to Girard LaFortune (1) count(s) 1s, 2s, 3s, 4s. (Gawlik, Cathy) (Entered: 04/01/2004) |
| 04/01/2004 | | Judge Patti B. Saris : ORDER entered ORDER REFERRING CASE to Magistrate Judge Judith G. Dein Reason for referral: pretrial proceedings re: Superseding Indictment as to Girard LaFortune (Gawlik, Cathy) (Entered: 04/01/2004) |
| 04/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Arraignment as to Girard LaFortune (1) Count 1s,2s,3s,4s held on 4/29/2004; AUSA Sacco and Federal Defender Fried for dft.; dft. pleads not guilty and will proceed with automatic discovery; Next status is 5/12/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 04/30/2004) |
| 04/29/2004 | 20 | NOTICE OF ATTORNEY APPEARANCE Dena T. Sacco appearing for USA. (Patch, Christine) (Entered: 05/04/2004) |
| 04/30/2004 | | Attorney update in case as to Girard LaFortune. Attorney Dena T. Sacco for USA added. (Quinn, Thomas) (Entered: 04/30/2004) |
| 05/04/2004 | 21 | JOINT Statement for Seconf Interim Status Conference as to Girard LaFortune. (Patch, Christine) (Entered: 05/10/2004) |
| 05/12/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 5/12/2004; AUSA Capin and Federal Defender Fried; the parties report case status and seek a further conference on 6/29/04 @ 2:45pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 05/13/2004) |

| | | |
|---|---|---|
| 05/12/2004 | 22 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune Status Conference set for 6/29/2004 02:45 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 05/13/2004) |
| 05/12/2004 | 23 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune Time excluded from 5/12/04 until 6/29/04. (Quinn, Thomas) (Entered: 05/13/2004) |
| 06/24/2004 | 24 | Joint Statement for Third Interim Status Conference by USA, Girard LaFortune as to Girard LaFortune (Stanhope, Don) (Entered: 06/30/2004) |
| 06/29/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 6/29/2004; AUSA Lang and Attorney Fried report case status; Next status is set for 10/6/04 @ 2:30pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 06/30/2004) |
| 06/29/2004 | 25 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune Status Conference set for 10/6/2004 02:30 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 06/30/2004) |
| 06/29/2004 | 26 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune Time excluded from 6/29/04 until 11/8/04. (Quinn, Thomas) (Entered: 06/30/2004) |
| 07/12/2004 | 27 | Emergency MOTION *Defendant's Motion Seeking Emergency Relief re Private Viewing of Deceased Mother* as to Girard LaFortune. (Fried, Syrie) Additional attachment(s) added on 7/12/2004 (Patch, Christine). (Entered: 07/12/2004) |
| 07/12/2004 | | Judge Judith G. Dein : Electronic ORDER entered granting 27 Motion Private viewing of deceased mother as to Girard LaFortune (1) (Quinn, Thomas) (Entered: 07/12/2004) |
| 10/06/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 10/6/2004; AUSA Sacco and Attorney Fried report current case status and seek further conference on 12/7/04 @ 10:30am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 10/06/2004) |
| 10/06/2004 | 28 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune. Status Conference set for 12/7/2004 10:30 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Dambrosio, Jolyne) (Entered: 10/08/2004) |
| 10/06/2004 | 29 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune. Time excluded from 10/6/04 until 12/8/04. (Dambrosio, Jolyne) (Entered: 10/08/2004) |
| 12/07/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 12/7/2004; AUSA Sacco and Attorney Fried report case status; Attorney Fried is |

| | | |
|---|---|---|
| | | reviewing discovery and is seeking further conference for 12/21/04 @ 3:15pm. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/07/2004) |
| 12/07/2004 | 30 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune Status Conference set for 12/21/2004 03:15 PM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/07/2004) |
| 12/07/2004 | 31 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune Time excluded from 12/7/04 until 12/21/04. (Quinn, Thomas) (Entered: 12/07/2004) |
| 12/14/2004 | 32 | Letter (non-motion) regarding Appearance of Co-Counsel as to Girard LaFortune (Watkins, Timothy) (Entered: 12/14/2004) |
| 12/14/2004 | | Attorney update in case as to Girard LaFortune. Attorney Timothy G. Watkins for Girard LaFortune added. (Patch, Christine) (Entered: 12/15/2004) |
| 12/20/2004 | 33 | STATUS REPORT by Girard LaFortune (Watkins, Timothy) (Entered: 12/20/2004) |
| 12/21/2004 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 12/21/2004; AUSA Sacco and Attorneys Fried and Watkins report discovery is near complete. Dispositive motions due 2/15/05, Govt. response due 3/15/05 and a final status conference is set for 2/14/05 @ 11:00am. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 12/22/2004) |
| 12/21/2004 | 34 | Judge Judith G. Dein : ORDER entered STATUS REPORT as to Girard LaFortune Status Conference set for 2/14/2005 11:00 AM in Courtroom 15 before Magistrate Judge Judith G. Dein. (Quinn, Thomas) (Entered: 12/22/2004) |
| 12/21/2004 | 35 | Judge Judith G. Dein : ORDER entered ORDER ON EXCLUDABLE DELAY as to Girard LaFortune Time excluded from 12/21/04 until 3/15/05. (Quinn, Thomas) (Entered: 12/22/2004) |
| 02/11/2005 | 36 | MOTION for Extension of Time to File *within Which to File Motions* as to Girard LaFortune. (Fried, Syrie) (Entered: 02/11/2005) |
| 02/14/2005 | | Electronic Clerk's Notes for proceedings held before Judge Judith G. Dein :Status Conference as to Girard LaFortune held on 2/14/2005; AUSA Sacco and Attorney Fried report current case status; Dft. motion for extention is allowed, dispositive motions due 3/7/05, Govt. response due 4/11/05;USMJ Dein will issue report and return file to district court. (Court Reporter D.R..) (Quinn, Thomas) (Entered: 02/14/2005) |
| 02/14/2005 | | Judge Judith G. Dein : Electronic ORDER entered granting 36 Motion for Extension of Time as to Girard LaFortune (1) (Dein, Judith) (Entered: 02/14/2005) |
| 02/14/2005 | 37 | Judge Judith G. Dein : ORDER entered. FINAL STATUS REPORT as to Girard LaFortune. (Dambrosio, Jolyne) (Entered: 02/15/2005) |

| 02/14/2005 | 38 | Judge Judith G. Dein : ORDER entered. ORDER ON EXCLUDABLE DELAY as to Girard LaFortune. Time excluded from 2/14/05 until 4/11/05. (Dambrosio, Jolyne) (Entered: 02/15/2005) |
|---|---|---|
| 02/15/2005 | 39 | NOTICE OF MOTION HEARING AND PRETRIAL CONFERENCE as to Girard LaFortune. Hearing on Dispositive Motions and Pretrial Conference set for 4/25/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/15/2005) |
| 02/16/2005 | 40 | Assented to MOTION to Continue Hearing as to Girard LaFortune by USA. (Patch, Christine) (Entered: 02/23/2005) |
| 02/25/2005 |  | Judge Patti B. Saris: Electronic ORDER entered allowing 40 Assented-to Motion to Continue Hearing as to Girard LaFortune. "ALLOWED. THE MOTION HEARING AND PRETRIAL CONFERENCE IS CONTINUED TO APRIL 27, 2005, AT 2:00 P.M." (Alba, Robert) (Entered: 02/25/2005) |
| 03/07/2005 | 41 | Assented to MOTION for Extension of Time to March 21, 2005 to File Substantive Motions as to Girard LaFortune. (Watkins, Timothy) (Entered: 03/07/2005) |
| 03/08/2005 |  | Judge Patti B. Saris: Electronic ORDER entered allowing 41 Assented to MOTION for Extension of Time to March 21, 2005 to File Substantive Motions as to Girard LaFortune. "ALLOWED. HOWEVER, THE MOTION HEARING SHALL REMAIN THE SAME." (Alba, Robert) (Entered: 03/08/2005) |
| 03/22/2005 | 42 | MOTION *to Leave to Late-File Motion to Sever Counts* as to Girard LaFortune. (Fried, Syrie) (Entered: 03/22/2005) |
| 03/22/2005 | 43 | MOTION *To Sever Counts And Memorandum Of Law In Support* as to Girard LaFortune. (Fried, Syrie) (Entered: 03/22/2005) |
| 03/25/2005 |  | Judge Patti B. Saris : Electronic ORDER entered granting 42 Motion for Leave to Late-File Motion to Sever Counts as to Girard LaFortune (1) (Patch, Christine) (Entered: 03/31/2005) |
| 04/18/2005 | 44 | Opposition by USA as to Girard LaFortune re 43 MOTION *To Sever Counts And Memorandum Of Law In Support* (Sacco, Dena) (Entered: 04/18/2005) |
| 04/26/2005 | 45 | MOTION for Leave to File *Additional Pretrial Motions* as to Girard LaFortune. (Watkins, Timothy) (Entered: 04/26/2005) |
| 04/27/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Girard LaFortune held on 4/27/2005 re 43 MOTION To Sever Counts filed by Girard LaFortune, 45 MOTION for Leave to File Additional Pretrial Motions filed by Girard LaFortune. Court denies Motion to Sever, and allows Motion for leave to File. Defense to file any motions within two weeks. Government to respond within four weeks. Hearing on all Motions set for 6/23/2005 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 10/11/2005 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. |

| | | Jury Trial set for 10/17/2005 at 9:00 AM in Courtroom 19 before Judge Patti B. Saris.(Court Reporter Niles Fowlkes.) (Alba, Robert) (Entered: 04/27/2005) |
|---|---|---|
| 04/27/2005 | | Judge Patti B. Saris : Electronic ORDER entered denying 43 Motion to Sever Counts as to Girard LaFortune (1). "After hearing, denied." (Patch, Christine) (Entered: 05/03/2005) |
| 04/27/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 45 Motion for Leave to File Additional Pretrial Motions as to Girard LaFortune (1) (Patch, Christine) (Entered: 05/03/2005) |
| 04/27/2005 | 46 | Judge Patti B. Saris : ORDER entered. PRETRIAL ORDER as to Girard LaFortune A hearing on any motion to dismiss, suppress, sever, or other issue that must be resolved prior to trial will be held on 6/23/05 03:00 PM in Courtroom 19 before Judge Patti B. Saris. Jury Trial set for 10/17/2005 09:00 AM in Courtroom 19 before Judge Patti B. Saris. Final Pretrial Conference set for 10/11/2005 02:00 PM in Courtroom 19 before Judge Patti B. Saris. (Patch, Christine) (Entered: 05/05/2005) |
| 05/10/2005 | 47 | Joint MOTION for Excludable Delay from April 27, 2005 to October 17, 2005 as to Girard LaFortuneby USA. (Sacco, Dena) (Entered: 05/10/2005) |
| 05/11/2005 | | Judge Patti B. Saris : Electronic ORDER entered granting 47 Motion to Exclude as to Girard LaFortune (1) (Patch, Christine) (Entered: 05/13/2005) |
| 05/12/2005 | 48 | MOTION to Suppress *Fruits Of Illegal Search And Seizure At 80 Allen Rd., Billerica And Memorandum Of Law In Support Thereof* as to Girard LaFortune. (Watkins, Timothy) (Entered: 05/12/2005) |
| 06/08/2005 | 49 | First Opposition by USA as to Girard LaFortune re 48 MOTION to Suppress *Fruits Of Illegal Search And Seizure At 80 Allen Rd., Billerica And Memorandum Of Law In Support Thereof* (Sacco, Dena) (Entered: 06/08/2005) |
| 06/23/2005 | | Electronic Clerk's Notes for proceedings held before Judge Patti B. Saris:Motion Hearing as to Girard LaFortune held on 6/23/2005 re 48 MOTION to Suppress *Fruits Of Illegal Search And Seizure At 80 Allen Rd., Billerica And Memorandum Of Law In Support Thereof* filed by Girard LaFortune. Court hears argument of counsel. Court takes motion under advisement. Defense to file additional motions by July 6, 2005. Government to file response by August 5, 2005. Government to submit expert report by July 15, 2005. Defense to file Daubert motion within two weeks after Government's submission of report. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 06/23/2005) |
| 06/29/2005 | 50 | NOTICE of Withdrawal of Appearance in case as to Girard LaFortune. Attorney Dena T. Sacco terminated. (Sacco, Dena) (Entered: 06/29/2005) |
| 06/29/2005 | 51 | NOTICE OF ATTORNEY APPEARANCE George W. Vien appearing for USA. (Vien, George) (Entered: 06/29/2005) |

| | | |
|---|---|---|
| 09/20/2005 | 52 | Copy of Letter from George W. Vien to Syrie Fried and Timothy Watkins regarding the calling of expert witnesses by the government as to Girard LaFortune (Patch, Christine) (Entered: 09/22/2005) |
| 09/23/2005 | 53 | NOTICE *Government's Notice Pursuant to Rule 404(b)* by USA as to Girard LaFortune (Vien, George) Additional attachment(s) added on 9/26/2005 (Patch, Christine). (Entered: 09/23/2005) |
| 09/27/2005 | 54 | MOTION to Continue *Trial* as to Girard LaFortune. (Fried, Syrie) (Entered: 09/27/2005) |
| 09/28/2005 | | Judge Patti B. Saris: ElectronicORDER entered denying 54 Motion to Continue Trial as to Girard LaFortune. "DENIED. HOWEVER, THE CASE IS LIKELY TO BE CONTINUED A WEEK OR TWO BECAUSE OF THE CASE BEGINNING OCTOBER 3. THE LIKELY START DATE IS 10/31. THIS IS AN OLD CASE AND DOES NOT MERIT SUCH A LENGTHY CONTINUANCE." (Alba, Robert) (Entered: 09/28/2005) |
| 09/28/2005 | 55 | NOTICE OF RESCHEDULED JURY TRIAL as to Girard LaFortune. The Jury Trial previously scheduled for October 17, 2005, has been rescheduled to October 31, 2005, at 9:00 a.m. NOTE: The Final Pretrial Conference will remain as scheduled for 10/11/05 at 2:00 p.m. (Alba, Robert) (Entered: 09/28/2005) |
| 09/29/2005 | 56 | NOTICE OF RESCHEDULED FINAL PRETRIAL CONFERENCE as to Girard LaFortune. At the request of counsel, the Final Pretrial Conference previously scheduled for October 11, 2005, has been rescheduled to October 12, 2005, at 4:30 p.m. in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 09/29/2005) |
| 10/12/2005 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Final Pretrial Conference as to Girard LaFortune held on 10/12/2005. Motions to be filed by 10/20/05; responses by 10/27/05. Motion Hearing set for 10/27/2005 12:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Valerie O'Hara.) (Patch, Christine) (Entered: 10/12/2005) |
| 10/20/2005 | 57 | Proposed Voir Dire by USA as to Girard LaFortune (Vien, George) (Entered: 10/20/2005) |
| 10/20/2005 | 58 | MOTION in Limine *Re Penalties And Jury Nullification* as to Girard LaFortuneby USA. (Vien, George) (Entered: 10/20/2005) |
| 10/20/2005 | 59 | Proposed Jury Instructions by USA as to Girard LaFortune (Vien, George) (Entered: 10/20/2005) |
| 10/20/2005 | 60 | TRIAL BRIEF by USA as to Girard LaFortune (Vien, George) (Entered: 10/20/2005) |
| 10/20/2005 | 61 | MOTION in Limine *Re 404(B) Evidence* as to Girard LaFortuneby USA. (Attachments: # 1 Exhibit chat1# 2 Exhibit chat2# 3 Exhibit chat3)(Vien, George) (Entered: 10/20/2005) |

| | | |
|---|---|---|
| 10/20/2005 | 62 | MOTION in Limine *Re Proffer And Motion To Allow Testimony Of Kenneth Lanning* as to Girard LaFortuneby USA. (Attachments: # 1 Exhibit Lanning cv# 2 Exhibit Lanning Power Point)(Vien, George) (Entered: 10/20/2005) |
| 10/20/2005 | 63 | EXHIBIT/WITNESS LIST by USA as to Girard LaFortune (Vien, George) (Entered: 10/20/2005) |
| 10/20/2005 | 64 | EXHIBIT/WITNESS LIST by USA as to Girard LaFortune (Vien, George) (Entered: 10/20/2005) |
| 10/21/2005 | 65 | MOTION in Limine *to Exclude 404b Evidence* as to Girard LaFortune. (Fried, Syrie) (Entered: 10/21/2005) |
| 10/21/2005 | 66 | Proposed Voir Dire by Girard LaFortune (Fried, Syrie) (Entered: 10/21/2005) |
| 10/21/2005 | 67 | Proposed Voir Dire by Girard LaFortune (Fried, Syrie) (Entered: 10/21/2005) |
| 10/21/2005 | 68 | Proposed Voir Dire by Girard LaFortune (Fried, Syrie) (Entered: 10/21/2005) |
| 10/21/2005 | 69 | Proposed Jury Questions by Girard LaFortune. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/24/2005) |
| 10/21/2005 | 72 | MOTION for Attorney- Conducted Voir Dire of Prospective Jurors as to Girard LaFortune. Re-entered by court staff to correct data entry error. (Patch, Christine) (Entered: 10/26/2005) |
| 10/24/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 68 corrected because: it was filed using the incorrect event. Please refer to Document No. 69 for corrected filing, as to Girard LaFortune (Patch, Christine) (Entered: 10/24/2005) |
| 10/25/2005 | 70 | MOTION in Limine *For Orders Prohibiting the Government From Appealing to Jury Passions and Prejudices* as to Girard LaFortune. (Watkins, Timothy) (Entered: 10/25/2005) |
| 10/26/2005 | 71 | RESPONSE to Motion by Girard LaFortune re 62 MOTION in Limine *Re Proffer And Motion To Allow Testimony Of Kenneth Lanning* (Watkins, Timothy) (Entered: 10/26/2005) |
| 10/26/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 66 corrected because: it was filed using the incorrect event. Please refer to Document No. 72 for corrected filing as to Girard LaFortune (Patch, Christine) (Entered: 10/26/2005) |
| 10/26/2005 | 73 | RESPONSE to Motion by USA as to Girard LaFortune re 72 MOTION for Attorney- Conducted Voir Dire of Prospective Jurors (Vien, George) (Entered: 10/26/2005) |
| 10/26/2005 | 74 | RESPONSE to Motion by Girard LaFortune re 61 MOTION in Limine *Re 404(B) Evidence* (Watkins, Timothy) (Entered: 10/26/2005) |

| 10/27/2005 | 75 | PROPOSED ORDER(S) submitted by Girard LaFortune (Watkins, Timothy) (Entered: 10/27/2005) |
|---|---|---|
| 10/27/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:, Motion Hearing as to Girard LaFortune held on 10/27/2005 re 58 MOTION in Limine *Re Penalties And Jury Nullification* filed by USA,, 72 MOTION for Attorney- Conducted Voir Dire of Prospective Jurors filed by Girard LaFortune,, 61 MOTION in Limine *Re 404(B) Evidence* filed by USA,, 62 MOTION in Limine *Re Proffer And Motion To Allow Testimony Of Kenneth Lanning* filed by USA,, 65 MOTION in Limine *to Exclude 404b Evidence* filed by Girard LaFortune,, 70 MOTION in Limine *For Orders Prohibiting the Government From Appealing to Jury Passions and Prejudices* filed by Girard LaFortune. Court makes various rulings on the record. Change of Plea Hearing as to Girard LaFortune held on 10/27/2005. Plea entered by Girard LaFortune Guilty Count 2s,3s. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/27/2005) |
| 10/27/2005 | 77 | Judge Patti B. Saris : Protective ORDER re: Camtasia Video and Screen Shots entered as to Girard LaFortune (Patch, Christine) (Entered: 10/28/2005) |
| 10/27/2005 | 78 | Judge Patti B. Saris : Protective ORDER re: Evidence Derived from Rim Holly CD entered as to Girard LaFortune (Patch, Christine) (Entered: 10/28/2005) |
| 10/27/2005 | 79 | Judge Patti B. Saris : Protective ORDER re: Computer Evidence entered as to Girard LaFortune (Patch, Christine) (Entered: 10/28/2005) |
| 10/28/2005 | 76 | MOTION for Forfeiture of Property as to Girard LaFortuneby USA. (Attachments: # 1 Text of Proposed Order)(Zacks, Jennifer) (Entered: 10/28/2005) |
| 10/31/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris: Voir Dire begun on 10/31/2005 as to Girard LaFortune (1) on Count 1s,4s. Jury Trial - Day One as to Girard LaFortune held on 10/31/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 10/31/2005) |
| 11/01/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Jury Trial - Day Two as to Girard LaFortune held on 11/1/2005. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/01/2005) |
| 11/01/2005 | 80 | Objection as to Girard LaFortune: (Vien, George) (Entered: 11/01/2005) |
| 11/01/2005 | 81 | Proposed Jury Instructions by Girard LaFortune (Watkins, Timothy) (Entered: 11/01/2005) |
| 11/02/2005 |  | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris :Jury Trial - Day Three as to Girard LaFortune held on 11/2/2005. Parties rest. Jury begins deliberations. Jury returns verdict. Verdict: Guilty on Count 1 and Count 2(4). Jury discharged. Sentencing set for 2/2/2006 at 2:00 PM in Courtroom 19 before Judge Patti B. Saris. (Court Reporter Lee Marzilli.) (Alba, Robert) (Entered: 11/02/2005) |

| | | |
|---|---|---|
| 11/02/2005 | 82 | JURY VERDICT as to Girard LaFortune. (Alba, Robert) (Entered: 11/03/2005) |
| 11/02/2005 | 83 | EXHIBIT LIST for Jury Trial held on 10/31/05 through 11/2/05 as to Girard LaFortune. (Alba, Robert) (Entered: 11/03/2005) |
| 11/02/2005 | 84 | WITNESS LIST for Jury Trial held on 10/31/05 through 11/2/05 as to Girard LaFortune. (Alba, Robert) (Entered: 11/03/2005) |
| 11/07/2005 | 85 | TRANSCRIPT of Pretrial Conference/Rule 11 Hearing as to Girard LaFortune held on October 27, 2005 before Judge Sris. Court Reporter: Lee A. Marzilli. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/345-6787 or the Clerk's Office. (Scalfani, Deborah) (Entered: 11/07/2005) |
| 11/07/2005 | 86 | Judge Patti B. Saris : ORDER entered. MEMORANDUM AND ORDER as to Girard LaFortune. "Defendant's motion to suppress (Docket No. 48) is denied." (Patch, Christine) (Entered: 11/07/2005) |
| 01/04/2006 | 87 | Judge Patti B. Saris : ORDER entered granting 76 Motion for Issuance of a Prelimary Order of Forfeiture as to Girard LaFortune (1) (Patch, Christine) Modified on 1/6/2006 (Patch, Christine). (Entered: 01/06/2006) |
| 01/20/2006 | 88 | SENTENCING MEMORANDUM by USA as to Girard LaFortune (Attachments: # 1 # (2) # 3 # 4 # 5)(Vien, George) Additional attachment(s) added on 1/23/2006 (Patch, Christine). Additional attachment(s) added on 1/23/2006 (Patch, Christine). (Entered: 01/20/2006) |
| 01/23/2006 | 89 | Assented to MOTION to Continue *Sentencing Hearing* as to Girard LaFortune. (Fried, Syrie) (Entered: 01/23/2006) |
| 01/24/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 89 Assented to MOTION to Continue Sentencing Hearing as to Girard LaFortune. Sentencing rescheduled to 3/2/2006 at 3:00 PM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 01/24/2006) |
| 02/22/2006 | 90 | NOTICE OF ATTORNEY APPEARANCE Darcy F. Katzin appearing for USA. (Katzin, Darcy) (Entered: 02/22/2006) |
| 02/23/2006 | | Attorney update in case as to Girard LaFortune. Attorney Darcy F. Katzin for USA added. (Patch, Christine) (Entered: 02/23/2006) |
| 02/24/2006 | 91 | SENTENCING MEMORANDUM by USA as to Girard LaFortune (Attachments: # 1 # 2)(Vien, George) (Entered: 02/24/2006) |
| 02/24/2006 | 92 | MOTION to Continue *Sentencing Hearing* as to Girard LaFortune. (Fried, Syrie) (Entered: 02/24/2006) |
| 02/27/2006 | 93 | RESPONSE to Motion by USA as to Girard LaFortune re 92 MOTION to Continue *Sentencing Hearing* (Vien, George) (Entered: 02/27/2006) |
| 02/28/2006 | | Judge Patti B. Saris: Electronic ORDER entered allowing 92 Motion to Continue Sentencing as to Girard LaFortune. Allowed. Sentencing |

| | | |
|---|---|---|
| | | continued to 3/10/2006 at 10:00 AM in Courtroom 19 before Judge Patti B. Saris. (Alba, Robert) (Entered: 02/28/2006) |
| 03/09/2006 | 94 | SENTENCING MEMORANDUM by Girard LaFortune (Fried, Syrie) (Entered: 03/09/2006) |
| 03/10/2006 | 95 | MOTION to Continue to March 17, 2006 to Hold Sentencing Hearing as to Girard LaFortuneby USA. (Vien, George) (Entered: 03/10/2006) |
| 03/10/2006 | | ElectronicClerk's Notes for proceedings held before Judge Patti B. Saris:Sentencing held on 3/10/2006 for Girard LaFortune (1), Count(s) 1s, 2s, 3s, 4s. Court sentences defendant to 420 months imprisonment, 60 months supervised release w/conditions, $400 special assessment. Defendant informed of right of appeal. (Court Reporter Valerie O'Hara.) (Alba, Robert) (Entered: 03/10/2006) |
| 03/10/2006 | 96 | Judge Patti B. Saris : ORDER entered. JUDGMENT as to Girard LaFortune (1), Count(s) 1s, 4s, Defendant found guilty after a plea of not guilty. Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 420 months. The Court makes a recommendation to FCI Butner. Defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months, with conditions: Sex offender treatment including polygraph and counseling; no contact with children; register with the Sex Offencer Registry; no using computers. The $400.00 Special Assessment is due immediately. Forfeiture as indictated in the Preliminary Order of Forfeiture issued by the Court on January 4, 2006, and pronounced orally at sentencing on March 10, 2006.; Count(s) 2s, 3s, Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 420 months. The Court makes a recommendation to FCI Butner. Defendant is remanded to the custody of the US Marshal. Upon release from imprisonment, defendant shall be on supervised release for a term of 60 months, with conditions: Sex offender treatment including polygraph and counseling; no contact with children; register with the Sex Offencer Registry; no using computers. The $400.00 Special Assessment is due immediately. Forfeiture as indictated in the Preliminary Order of Forfeiture issued by the Court on January 4, 2006, and pronounced orally at sentencing on March 10, 2006. (Patch, Christine) (Entered: 03/15/2006) |
| 03/16/2006 | 97 | NOTICE OF APPEAL by Girard LaFortune Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/5/2006. (Fried, Syrie) (Entered: 03/16/2006) |
| 03/31/2006 | 98 | TRANSCRIPT of Sentencing as to Girard LaFortune held on March 10, 2006 before Judge Saris. Court Reporter: Valerie A. O'Hara. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/737-2346 or the |

| | | |
|---|---|---|
| | | Clerk's Office. (Scalfani, Deborah) (Entered: 03/31/2006) |
| 04/11/2006 | 99 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Girard LaFortune served Delivered on 3/17/06 (Patch, Christine) (Entered: 04/14/2006) |
| 04/11/2006 | 100 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Syrie D. Fried served Delivered on 3/17/06 (Patch, Christine) (Entered: 04/14/2006) |
| 04/11/2006 | 101 | US Marshal Process Receipt and Return for Prelminary Order of Forfeiture. Timothy G. Watkins served Delivered on 3/9/06 (Patch, Christine) (Entered: 04/14/2006) |
| 04/11/2006 | 102 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. Computer Data Storage Media served Delivered on 3/7/06 (Patch, Christine) (Entered: 04/14/2006) |
| 04/11/2006 | 103 | US Marshal Process Receipt and Return for Preliminary Order of Forfeiture. One Hewlett Packard Laptop Computer, Model Number ze4210, Serial Number (s) CN30413017 served Delivered on 3/7/06 (Patch, Christine) (Entered: 04/14/2006) |