UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

06-1699

USDC Docket Number : 03cr10366-PBS

UNITED STATES OF AMERICA

v.

GIRARD LAFORTUNE

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-84, 86-103

and contained in Volume(s) 1 and 2 are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on March 16, 2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 1, 2006.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Catherine M. Gawlik, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 5-1-6 .

*[signature]*
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   06-1699

- 3/06