UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>        Plaintiff, )<br>    v. )<br>                    )<br>GIRARD LAFORTUNE, )<br>        Defendant. )<br>                    ) | Criminal No. 03-10366-PBS |

**UNITED STATES' MOTION**
**FOR FINAL ORDER OF FORFEITURE**

    The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully requests that this Court issue a Final Order of Forfeiture in the above-captioned case, pursuant to Title 18, United States Code, Section 2253 and Rule 32.2 of the Federal Rules of Criminal Procedure. A proposed Final Order of Forfeiture is submitted herewith. In support thereof, the United States sets forth the following:

    1. On March 31, 2004, a federal grand jury sitting in the District of Massachusetts returned a four-count First Superseding Indictment charging Defendant Girard LaFortune (the "Defendant"), with the following violations: Transportation and Attempted Transportation of Child Pornography in Interstate Commerce, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1) (Count One); Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(Count Two); Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(Count Three); and Printing

1

or Publishing a Notice or Advertisement for Child Pornography, in violation of 18 U.S.C. § 2251(d)(Count Four).

2. The First Superseding Indictment sought the forfeiture of (1) any and all matter which contains visual depictions produced, transported, shipped or received in violation of 18 U.S.C. § 2252; (2) any property constituting or derived from any proceeds the Defendant obtained directly or indirectly as a result of the said violations; and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the violations alleged in this Indictment, pursuant to 18 U.S.C. § 2253(a), including the following computer system and related items that were seized by law enforcement officials from the Defendant's residence on October 29, 2003:

   (1) Hewlett Packard Laptop Computer, Model Number ze4210, Serial Number (S) CN30413017 (the "Computer"); and

   (2) Computer Data Storage Media,

(collectively the "Property").

3. On October 27, 2005, the Defendant pled guilty to Counts Two and Three of the First Superseding Indictment.

4. On January 4, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Property.

5. On April 27, 2006, May 4, 2006, and May 11, 2006, the United States published its Notice of the Preliminary Order of

Forfeiture in the <u>Boston</u> <u>Herald</u>, pursuant to 18 U.S.C. § 2253(m).

    6.  As of this date, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on June 12, 2006.  <u>See</u> 18 U.S.C. § 2253(m).

    WHEREFORE, the United States respectfully moves that this Court enter a Final Order of Forfeiture against the Property in the form submitted herewith.

```
                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                               By:  /s/Kristina E. Barclay
                                    GEORGE W. VIEN
                                    KRISTINA E. BARCLAY
                                    Assistant U.S. Attorneys
                                    1 Courthouse Way, Suite 9200
                                    Boston, Massachusetts 02210
                                    (617) 748-3100
```

Date: July 18, 2006

**CERTIFICATE OF SERVICE**

    I, Kristina E. Barclay, Assistant United States Attorney, do hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Kristina E. Barclay
                                          Kristina E. Barclay
                                          Assistant U.S. Attorney

Dated: July 18, 2006