UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>             Plaintiff,     )<br>      v.                        )<br>                                )<br>GIRARD LAFORTUNE,               )<br>             Defendant.    )<br>                                ) | Criminal No. 03-10366-PBS |

**FINAL ORDER OF FORFEITURE**

**SARIS, D.J.**

   WHEREAS, on March 31, 2004, a federal grand jury sitting in the District of Massachusetts returned a four-count First Superseding Indictment charging Defendant Girard LaFortune (the "Defendant"), with the following violations: Transportation and Attempted Transportation of Child Pornography in Interstate Commerce, in violation of 18 U.S.C. § 2252(a)(1) and (b)(1) (Count One); Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(Count Two); Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B)(Count Three); and Printing or Publishing a Notice or Advertisement for Child Pornography, in violation of 18 U.S.C. § 2251(d)(Count Four);

   WHEREAS, the First Superseding Indictment sought the forfeiture of (1) any and all matter which contains visual depictions produced, transported, shipped or received in violation of 18 U.S.C. § 2252; (2) any property constituting or derived from any proceeds the Defendant obtained directly or

indirectly as a result of the said violations; and (3) any and all property used or intended to be used in any manner or part to commit and to promote the commission of the violations alleged in this Indictment, pursuant to 18 U.S.C. § 2253(a), including the following computer system and related items that were seized by law enforcement officials from the Defendant's residence on October 29, 2003:

    (1)  Hewlett Packard Laptop Computer, Model Number ze4210, Serial Number (S) CN30413017 (the "Computer"); and

    (2)  Computer Data Storage Media,

(collectively the "Property");

WHEREAS, on October 27, 2005, the Defendant pled guilty plea to Counts Two and Three of the First Superseding Indictment;

WHEREAS, on January 4, 2006, this Court issued a Preliminary Order of Forfeiture, forfeiting the Defendant's interest in the Property;

WHEREAS, on April 27, 2006, May 4, 2006, and May 11, 2006, the United States published its Notice of the Preliminary Order of Forfeiture in the <u>Boston Herald</u>, pursuant to 18 U.S.C. § 2253(m); and

WHEREAS, no claims of interest in the Property have been filed with the Court or served on the United States Attorney's Office, and the time within which to do so expired on June 12, 2006.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. The United States' Motion for a Final Order of Forfeiture is allowed.

2. The United States of America is now entitled to the forfeiture of all right, title or interest in the Property, and it is hereby forfeited to the United States of America pursuant to the provisions of 18 U.S.C. § 2253.

3. All other parties, having any right, title, or interest in the Property, are hereby held in default.

4. The United States Marshals Service is hereby authorized to dispose of the Property in accordance with applicable law.

DONE AND ORDERED in Boston, Massachusetts, this \_\_\_\_\_ day of _____, 2006.

_____
Patti B. Saris
United States District Judge

Dated: