# United States Court of Appeals
## For the First Circuit

No. 06-1699

UNITED STATES OF AMERICA,

Appellee,

v.

GIRARD LAFORTUNE,

Defendant, Appellant.

**JUDGMENT**

Entered: March 18, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The convictions and sentence of Girard Lafortune are affirmed.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

/s/ Deputy Clerk

Date: APR 0 8 2008

By the Court:

Richard Cushing Donovan, Clerk

[cc: Mr. Gillespie, Ms. Katzin, Mr. Vien, Ms Chaitowitz, Mr. Quinlivan & Ms. Gottovi,]